**Exhibit C**

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF ELECTIONS**
**Cancellation - Declared Non-Citizen**
**153 - PRINCE WILLIAM COUNTY**

Locality: 153
Precinct: ALL
District: ALL

Start Date: 01/01/2011
End Date: 08/16/2016

### August 2015

| PCT | Name / Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0201 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0303 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0402 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0409 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0504 | FREEMAN, LUCIANIA C. REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0512 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0601 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0608 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |

### September 2015

| PCT | Name / Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0110 | REDACTED | REDACTED | 9/22/2015 | Declared Non-Citizen |
| 0111 | REDACTED | REDACTED | 9/22/2015 | Declared Non-Citizen |
| 0207 | REDACTED | REDACTED | 9/21/2015 | Declared Non-Citizen |
| 0703 | REDACTED | REDACTED | 9/22/2015 | Declared Non-Citizen |

### October 2015

| PCT | Name / Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0201 | REDACTED | REDACTED | 10/29/2015 | Declared Non-Citizen |
| 0302 | REDACTED | REDACTED | 10/14/2015 | Declared Non-Citizen |

Generated on 08/16/2016 09:49:44 AM                    Page 26 of 29

Exhibit 1, page 26 of 29

**1** * Are you a citizen of the United States of America? ☑ YES ☐ NO    * Will you be at least 18 years of age on or before the next General Election day? ☑ YES ☐ NO    If you checked "NO" in response to either of these questions, do not complete this form.

**2** ☐ Male ☑ Female   *Gender    REDACTED   *Date of Birth    REDACTED   Daytime Telephone Number

| Freeman | Lucianla | Clurice | ☐ None | ☑ Nor |
|---|---|---|---|---|
| *Last Name | *First Name | *Full Middle or Maiden Name | *Suffix (Jr., Sr., III, Et |

**3** REDACTED
* Residence (Permanent) Home Address    Apt/Unit/Lot/Rm/Ste   City/Town    Zip Code
REDACTED

If Rural Address or Homeless, please describe where you reside    E-mail address
REDACTED

Mailing Address (If different)/ Virginia P.O.Box or Uniformed Service Address, if applicable (include Zip Code)    ☐ City or ☑ County
Name of City or County of Residence

**4** * Have you ever been convicted of a felony? ☐ YES ☑ NO    State where convicted _____
If YES, have your voting rights been restored? ☐ YES ☐ NO    If YES, when restored? __/__/____

**5** * Have you ever been judged mentally incapacitated? ☐ YES ☑ NO
If YES, has court restored you to capacity? ☐ YES ☐ NO    If YES, when restored? __/__/____

**6** Registration Statement: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have read the Privacy Act Notice on the front of this form.
→ *Signature (or mark if unable to sign) _Luciania Freeman_    09/19/200[8]
SEP 26 2008

If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required). ☐ Check/describe if you have a disability that requires accommodation in order to

☐ I'm interested in being an Election Official on Election Day. Please send me information.    You may request that your home address not be released if you (a) are active or retired law enforcement, or (b) have been granted a protective court order, or (c) are in of your personal safety from someone who has threatened or stalked you and have filed a complaint against that person with a magistrate or law enforcement (must at copy of complaint). You must show a Virginia P.O. box under mailing address in Box 3 above.    ☐ Law Enforcement  ☐ Protective Order  ☐ Threatened/Stalke

CANCELLED DECLARED NON CITIZEN  AUG 2 2015

Exhibit 7, page 48 of 84