**Exhibit D**

# COMMONWEALTH OF VIRGINIA
# DEPARTMENT OF ELECTIONS
## Cancellation - Declared Non-Citizen
### 059 - FAIRFAX COUNTY

**Locality: ALL**
**Precinct: ALL**
**District: ALL**

**Start Date: 01/01/2011**
**End Date: 03/20/2017**

| 0919 | REDACTED | REDACTED | 3/27/2012 | Declared Non-Citizen |
| 0923 | REDACTED | REDACTED | 3/27/2012 | Declared Non-Citizen |

**April 2012**

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0105 | REDACTED | REDACTED | 4/23/2012 | Declared Non-Citizen |
| 0237 | REDACTED | REDACTED | 4/30/2012 | Declared Non-Citizen |

**May 2012**

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0106 | REDACTED | REDACTED | 5/8/2012 | Declared Non-Citizen |
| 0110 | REDACTED | REDACTED | 5/8/2012 | Declared Non-Citizen |
| 0115 | REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |
| 0121 | REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |
| 0123 | REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |
| 0131 | REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |
| 0209 | REDACTED | REDACTED | 5/8/2012 | Declared Non-Citizen |
| 0220 | REDACTED | REDACTED | 5/8/2012 | Declared Non-Citizen |
| 0226 | REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |
| 0315 | REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |
| 0321 | BONILLA, ELIUD REDACTED | REDACTED | 5/3/2012 | Declared Non-Citizen |

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF ELECTIONS
### Cancellation - Declared Non-Citizen
### 153 - PRINCE WILLIAM COUNTY

**Locality: ALL**
**Precinct: ALL**
**District: ALL**

**Start Date: 01/01/2011**
**End Date: 03/20/2017**

### August 2015

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0201 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0303 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0402 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0409 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0504 | FREEMAN, LUCIANIA C. REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0512 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0601 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |
| 0608 | REDACTED | REDACTED | 8/12/2015 | Declared Non-Citizen |

### September 2015

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0110 | REDACTED | REDACTED | 9/22/2015 | Declared Non-Citizen |
| 0111 | REDACTED | REDACTED | 9/22/2015 | Declared Non-Citizen |
| 0207 | REDACTED | REDACTED | 9/21/2015 | Declared Non-Citizen |
| 0703 | REDACTED | REDACTED | 9/22/2015 | Declared Non-Citizen |

### October 2015

| PCT | Name Address | Registration ID | Cancel Date | Cancel Type |
|---|---|---|---|---|
| 0201 | REDACTED | REDACTED | 10/29/2015 | Declared Non-Citizen |
| 0302 | REDACTED | REDACTED | 10/14/2015 | Declared Non-Citizen |

**1** * Are you a citizen of the United States of America?  ☑ YES  ☐ NO    * Will you be at least 18 years of age on or before the next General Election day?  ☑ YES  ☐ NO    If you checked "NO" in response to either of these questions, do not complete this form.

REDACTED

☐ Male  ☑ Female

Social Security Number    * Gender    * Date of Birth    Daytime Telephone Number

ROSEN, JEANNE, ANN E.    Sanzone    ☐ None    ☐ None
* Last Name    * First Name    * Full Middle or Maiden Name    * Suffix (Jr.,Sr.,III,Etc.)

**3**    REDACTED

* Residence (Permanent) Home Address    Apt/Unit/Lot/Rm/Ste    City/Town    Zip Code

If Rural Address or Homeless, please describe where you reside    E-mail address

Mailing Address (if different) /Virginia P.O. Box or Uniformed Service Address, if applicable (include Zip Code)    ☐ City or  ☐ County
Name of City or County of Residence    REDACTED

**4** * Have you ever been convicted of a felony?  ☐ YES  ☑ NO    State where convicted
If YES, have your voting rights been restored?  ☐ YES  ☐ NO    If YES, when restored?  M M  D D  Y Y Y Y

**5** * Have you ever been judged mentally incapacitated?  ☐ YES  ☑ NO
If YES, has court restored you to capacity?  ☐ YES  ☐ NO    If YES, when restored?  M M  D D  Y Y Y Y

**6** Registration Statement: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have read the Privacy Act Notice above.

* Signature (or mark if unable to sign)  Jeanne Rosen    REDACTED
09-18-2013    0402
If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required).    ☐ Check if you have a disability that requires someone to assist you in order to vote.

☐☐☐  Protected Voter Code if applicable. See above.    RECEIVED SEP 1 8 2013
☐ I'm interested in being an Election Official on Election Day. Please send me information.

**1** * Are you a citizen of the United States of America?  ☑ YES  ☐ NO | * Will you be at least 18 years of age on or before the next General Election day?  ☑ YES  ☐ NO | If you checked "NO" in response to either of these questions, do not complete this form.

Male  ☐ ☑ Female

REDACTED

Social Security Number | * Gender | * Date of Birth | Daytime Telephone Number

FOCHT  ~~ABBY SET~~ | Abby | Sharpe  ☐ None | ☐ None
* Last Name | * First Name | * Full Middle or Maiden Name | * Suffix (Jr.,Sr.,III,Etc.)

**3**

REDACTED

* Residence (Permanent) Home Address | Apt/Unit/Lot/Rm/Ste | City/Town | Zip Code

If Rural Address or Homeless, please describe where you reside | E-mail address

Mailing Address *(if different)* /Virginia P.O. Box or Uniformed Service Address, if applicable *(include Zip Code)* | ☐ City or  ☐ County  *Name of City or County of Residence*  REDACTED

**4** * Have you ever been convicted of a felony?  ☐ YES  ☑ NO  State where convicted

If *YES*, have your voting rights been restored?  ☐ YES  ☐ NO  If *YES*, when restored?  [M M] [D D] [ ]

**5** * Have you ever been judged mentally incapacitated?  ☐ YES  ☑ NO

If *YES*, has court restored you to capacity?  ☐ YES  ☐ NO  If *YES*, when restored?  [M M] [D D] [ ]

**6** Registration Statement: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have read the Privacy Act Notice above.

➡ * Signature (or mark if unable to sign) | 03 24 2012

04512 AI3

If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required) | ☐ Check/describe if you have a disability that requires accommodation in order to vote

☐ I'm interested in being an Election Official on Election Day. Please send me information. | You may request that your home address not be released if you or member of your household are a) active or retired law enforcement, or b) have been granted a protective court order, or c) are in fear of your personal safety because who has threatened or stalked you and have filed a complaint against that person with a magistrate or law enforcement (must attach copy of complaint) or d) participate in the Address Confidentiality Program. You must show a Virginia P.O. box under mailing address in Box 3 above.

☐ Law Enforcement  ☐ Protective Order  ☐ Threatened/Stalked  ☐ Address Confidentiality Program

| OFFICE USE ONLY | OFFICE USE ONLY | | OFFICE USE ONLY |
|---|---|---|---|
| NEW LAST NAME | NEW FIRST, MIDDLE/MAIDEN NAME AND SUFFIX | | DATE CHANGED |

| OTHER CHANGES | NEW PCT | AUTHORIZED BY | DATE CHANGED |
|---|---|---|---|
| | | | |

☐ DECEASED _____
☐ OUT OF STATE _____
☐ PERSONAL REQUEST _____
☐ CONVICTED OF A FELONY _____
NOTES:

☐ JUDGED INCAPACITATED _____
☐ ERROR DELETED _____
☐ NVRA PURGE _____

☐ TRANSFERRED OUT _____
☑ RE-REGISTERED 6-13-14
☐ INACTIVE STATUS w/name chg Scarhore
☐ REACTIVATED _____
Removed
6-25-14 pq

**1** | \* Are you a citizen of the United States of America? ☒YES ☐NO | \* Will you be at least 18 years of age on or before the next General Election day? ☒YES ☐NO | If you checked "NO" in response to either of these questions, do not complete this form.

**2** | ☒Male ☐Female | | **REDACTED**

| \* Social Security Number | \* Gender | \* Date of Birth | Daytime Telephone Number |

Bonilla | Eliud | | ☒None | ☒None
\* Last Name | \* First Name | \* Full Middle or Maiden Name | \* Suffix (Jr., Sr., III, Etc.)

**3** | **REDACTED**

\* Residence (Permanent) Home Address | Apt/Unit/Lot/Rm/Ste | City/Town | Zip Code

If Rural Address or Homeless, please describe where you reside | E-mail address **REDACTED**

Mailing Address (If different)/ Virginia P.O.Box or Uniformed Service Address, if applicable (include Zip Code) | ☐City or ☒County
Name of City or County of Residence

**4** | \* Have you ever been convicted of a felony? ☐YES ☒NO     State where convicted
If YES, have your voting rights been restored? ☐YES   ☐NO   If YES, when restored?

**5** | \* Have you ever been judged mentally incapacitated? ☐YES ☒NO
If YES, has court restored you to capacity? ☐YES ☐NO     If YES, when restored?

**6** | **Registration Statement:** I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have read the Privacy Act Notice on the front of this form.

→ \* Signature (or mark if unable to sign) _Eliud Bonilla_        08/31/2012
092412    Cancelled Declared Non-Citizen 5-3-2012

If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required). ☐Check/describe if you have a disability that requires accommodation in order to vote.

☐ I'm interested in being an Election Official on Election Day. Please send me information. | You may request that your home address not be released if you or member of your household (a) are active or retired law enforcement, or (b) have been granted a protective court order, (c) are in fear of your personal safety from someone who has threatened or stalked you and have filed a complaint against that person with a magistrate or law enforcement (must attach copy of complaint), or (d) participate in the Address Confidentiality Program. You must show a Virginia P.O. box under mailing address in Box 3 above.    ☐Law Enforcement  ☐Protective Order  ☐Threatened/Stalked  ☐Address Confidentiality Program

PILF-00050

**1** | *Are you a citizen of the United States of America? ☑YES ☐NO | *Will you be at least 18 years of age on or before the next General Election day? ☑YES ☐NO | If you checked "NO" in response to either of these questions, do not complete this form.

**2** | ☐Male ☑Female
*Gender | REDACTED
*Date of Birth | REDACTED
Daytime Telephone Number

Freeman | Luciania | Clurice | ☐None ☑Nor
*Last Name | *First Name | *Full Middle or Maiden Name | *Suffix (Jr., Sr., III, Et

**3** | REDACTED
*Residence (Permanent) Home Address | Apt/Unit/Lot/Rm/Ste City/Town | Zip Code
REDACTED

If Rural Address or Homeless, please describe where you reside | E-mail address
REDACTED

Mailing Address (*If different*)/ Virginia P.O. Box or Uniformed Service Address, if applicable (*include Zip Code*) | ☐City or ☑County
Name of City or County of Residence

**4** | *Have you ever been convicted of a felony? ☐YES ☑NO | State where convicted
If *YES*, have your voting rights been restored? ☐YES ☐NO | If *YES*, when restored? M M / D D / Y Y Y Y

**5** | *Have you ever been judged mentally incapacitated? ☐YES ☑NO
If *YES*, has court restored you to capacity? ☐YES ☐NO | If *YES*, when restored? M M / D D / Y Y Y Y

**6** | Registration Statement: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation (entered in Box 7 below) of my current registration and I have re the Privacy Act Notice on the front of this form.
→ *Signature (*or mark if unable to sign*) _____ *Lucianta Freeman* 09 / 19 / 200
SEP 26 2008

If applicant is unable to sign due to a physical disability, write the name/address of person who assisted. (Required). ☐ Check/describe if you have a disability that requires accommodation in order to

☐ I'm interested in being an Election Official on Election Day. Please send me information. | You may request that your home address not be released if you (a) are active or retired law enforcement, or (b) have been granted a protective court order, or (c) are in of your personal safety from someone who has threatened or stalked you and have filed a complaint against that person with a magistrate or law enforcement (must at copy of complaint). You must show a Virginia P.O. box under mailing address in Box 3 above. ☐ Law Enforcement ☐ Protective Order ☐ Threatened/Stalke

CANCELLED DECLARED NON CITIZEN AUG 1 2 2015