UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| League of United Latin American Citizens - Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, Abby Jo Gearhart, and Jeanne Rosen,<br><br>    Plaintiffs,<br><br>v.<br><br>Public Interest Legal Foundation and J. Christian Adams,<br><br>    Defendants. | Civil Action No. 1:18cv423 (LO/IDD) |

## **DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS**

Defendants, Public Interest Legal Foundation ("PILF") and J. Christian Adams ("Mr. Adams"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Court to dismiss Plaintiffs' Complaint in its entirety. For the reasons set forth in the Memorandum in Support of Defendants' Rule 12(b)(6) Motion to Dismiss being filed contemporaneously herewith, Plaintiffs' Complaint fails to state any claim against Defendants upon which relief may be granted and fails to allege facts sufficient to establish legally cognizable causes of action. Furthermore, Plaintiff League of United Latin American Citizens – Richmond Region Council 4614 lacks standing to assert any claims against Defendants. Defendants therefore respectfully request that this Court dismiss the Complaint in its entirety, with prejudice, and that this Court award such other and further relief as the Court deems appropriate.

Dated: May 29, 2018                Respectfully submitted,


                                   PUBLIC INTEREST LEGAL FOUNDATION
                                   and J. CHRISTIAN ADAMS

                                   By */s/ Michael J. Lockerby*
                                           Counsel

                                   Michael J. Lockerby (VA Bar No. 24003)
                                   Eli L. Evans (*Pro hac vice* motion forthcoming)
                                   FOLEY & LARDNER LLP
                                   Washington Harbour
                                   3000 K Street, N.W., Suite 600
                                   Washington, D.C. 20007-5109
                                   Telephone:  202-945-6079
                                   Facsimile:  202-672-5399
                                   Email: mlockerby@foley.com
                                   Email: eevans@foley.com


                                   William E. Davis (*Pro hac vice* motion forthcoming)
                                   Ana Romes (*Pro hac vice* motion forthcoming)
                                   FOLEY & LARDNER LLP
                                   One Biscayne Tower
                                   2 South Biscayne Boulevard, Suite 1900
                                   Miami, Florida 33131
                                   Telephone:  305-482-8404
                                   Facsimile:  305-482-8600
                                   Email: wdavis@foley.com
                                   Email: aromes@foley.com

                                   Counsel for Defendants

4852-6114-0839.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May, 2018, I caused the foregoing DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS to be filed in the Alexandria Division of the United States District Court for the Eastern District of Virginia via the CM/ECF system, which will serve a Notice of Electronic Filing ("NEF") on all counsel of record, including:

Anisa A. Somani, Esq.
Nicole M. Cleminshaw, Esq.
Geoffrey M. Wyatt, Esq.
Sean M. Tepe, Esq., Esq.
Lauren A. Eisenberg, Esq.
Samuel Levo, Esq.
Andrew Hanson, Esq.
1440 New York Avenue, N.W.
Washington, D.C. 20005

Allison Riggs, Esq.
Jacklyn Maffetore, Esq.
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, North Carolina 27707

Cameron Kistler, Esq.
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue, N.W. # 163
Washington, D.C. 20006

Larry Schwartztol, Esq.
PROTECT DEMOCRACY PROJECT
10 Ware Street
Cambridge, Massachusetts 02138

Andrew G. Celli, Jr., Esq.
Alanna Kaufman, Esq.
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020

          */s/ Michael J. Lockerby*
          Michael J. Lockerby (VA Bar No. 24003)
          FOLEY & LARDNER LLP
          Washington Harbour
          3000 K Street, N.W., Suite 600
          Washington, D.C. 20007-5109
          Telephone: 202-945-6079
          Facsimile: 202-672-5399
          Email: mlockerby@foley.com

          Counsel for Defendants

4852-6114-0839.1