IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS – RICHMOND REGION COUNCIL 4614 ET AL., <br><br> *Plaintiff,* <br><br> v. <br><br> PUBLIC INTEREST LEGAL FOUNDATION ET AL., <br><br> *Defendant.* | Civil No. 1:18-cv-00423-LO-IDD <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Notice of Voluntary Dismissal of Plaintiff Jeanne Rosen's Action as to Defendants Public Interest Legal Foundation and J. Christian Adams. (Dkt. No. 64). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a matter may be dismissed by the Plaintiff before the opposing party serves either an answer or a motion for summary judgment. Having found that no answer or motion for summary judgment has been filed by the relevant Defendants in this matter, and for good cause shown, the Court hereby **ORDERS** that Jeanne Rosen's individual action is **DISMISSED** as to Defendants Public Interest Legal Foundation and J. Christian Adams **WITHOUT PREJUDICE**.

August 24, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge