Date: 2/22/2019                     Judge: Ivan D. Davis
                                    Reporter: FTR

Start: 10:17 a.m.
Finish: 10:40 a.m.

Civil Action Number: 1:18-cv-423

League of United Latin American Citizens –
Richmond Region Council 4614, et al

vs.

Public Interest Legal Foundation, et al

Appearances of Counsel for (x) Pltf (x) Deft

Motion to/for argued and:

[98] Plaintiff's Motion to Compel – Granted

Order to follow.