IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PUB. INTEREST FOUND., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-00423 (LO/IDD)<br>)<br>)<br>)<br>)<br>) |

FILED FEB 22 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel [Dkt. No. 98] is **GRANTED**. Defendants shall furnish all discovery responses and documents to Plaintiffs by March 8, 2019.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 22nd day of February 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia