**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| League of United Latin American Citizens – Richmond Region Council 4614, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Public Interest Legal Foundation, an Indiana Corporation, <br> and J. Christian Adams <br><br> Defendants, | ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-00423-LO-IDD ) ) ) ) ) ) ) ) |

**JOINT MOTION OF THE PARTIES FOR ENTRY OF A STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY**

The Parties are producing certain information in discovery that they consider to be confidential and/or proprietary. The Parties wish to safeguard such confidential and proprietary information and would like to produce certain information pursuant to an appropriate protective order. No Party objects to the entry of a protective order to safeguard this information.

Based on the foregoing and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties jointly request entry of the Proposed Stipulated Protective Order attached as Exhibit 1 to this motion. The Parties waive any right to a hearing on this motion.

Dated: March 6, 2019

                /s/
CHRISTOPHER S. HERLIHY (VSB No. 93558)
ANISA A. SOMANI (VSB No. 86103)
NICOLE M. CLEMINSHAW (VSB No. 92161)
GEOFFREY M. WYATT (*Pro hac vice*)
SEAN M. TEPE (*Pro hac vice*)
ANDREW HANSON (*Pro hac vice*)
ZACHARY W. MARTIN (*Pro hac vice*)
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7293
Facsimile:    (202) 661-8293
Christopher.Herlihy@probonolaw.com
Anisa.Somani@probonolaw.com
Nicole.Cleminshaw@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com


ALLISON RIGGS (*Pro hac vice*)
JACLYN MAFFETORE (*Pro hac vice*)
JEFF LOPERFIDO (*Pro hac vice*)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone:    (919) 323-3380
Facsimile:    (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org


CAMERON KISTLER (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006
Telephone:    (202) 599-0466
Facsimile:    (929) 777-9428
cameron.kistler@protectdemocracy.org

Respectfully submitted,

                /s/
Michael J. Lockerby (VSB No. 24003)
Eli L. Evans (VSB No. 90700)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone:  202-945-6079
Facsimile:  202-672-5399
Email: mlockerby@foley.com
Email: eevans@foley.com

William E. Davis (admitted *pro hac vice*)
Ana Romes (admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone:  305-482-8404
Facsimile:  305-482-8600
Email: wdavis@foley.com
Email: aromes@foley.com

*Attorneys for Defendants Public Interest Legal Foundation and J. Christian Adams*

LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
10 Ware St.
Cambridge, MA 02138
Telephone: (202)-599-0466
Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org


ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone:    (212) 763-5000
Facsimile:    (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com


*Attorneys for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, Abby Jo Gearhart*

## **CERTIFICATE OF SERVICE**

      I, Christopher S. Herlihy, hereby certify that on March 6, 2019, I have electronically filed the foregoing Joint Motion of the Parties for Entry of a Stipulated Protective Order Regarding Confidentiality with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

Michael J. Lockerby  
Foley & Lardner LLP  
3000 K Street, N.W. | Suite 600  
Washington, DC 20007  
MLockerby@foley.com  

*Counsel for Defendants*

                                            /s/ Christopher S. Herlihy  
                                            CHRISTOPHER S. HERLIHY (VSB No. 93558)  
                                            1440 New York Ave. NW  
                                            Washington, DC 20005  
                                            Telephone:    (202) 371-7293  
                                            Facsimile:     (202) 661-8293  
                                            Christopher.Herlihy@probonolaw.com  

                                            *Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, Abby Jo Gearhart*