# EXHIBIT D

| # | Bates Number | Date | Email From/Author/Custodian | Recipient(s) | Privilege Description | Privilege Assertion | Redacted (Yes/No) |
|---|---|---|---|---|---|---|---|
| 1 | | 2017/06/27 | Justin Levitt* | Allison Riggs* | Communication between counsel re information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 2 | | 2017/07/12 | Justin Levitt* | Allison Riggs* | Communication between counsel re evaluation of anticipated litigation | Attorney Work Product | No |
| 3 | | 2017/07/12 | Allison Riggs* | Justin Levitt* | Communication between counsel re evaluation of anticipated litigation | Attorney Work Product | No |
| 4 | | 2017/07/14 | Larry Schwartztol* | Justin Levitt* | Communication between counsel re information gathered in investigation into anticipated claims and potential claimants | Attorney Work Product | No |
| 5 | | 2017/07/14 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re information gathered in investigation into anticipated claims and potential claimants | Attorney Work Product | No |
| 6 | | 2017/07/14 | Larry Schwartztol* | Justin Levitt* | Communication between counsel re information gathered in investigation into anticipated claims and potential claimants | Attorney Work Product | No |
| 7 | | 2017/07/14 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 8 | | 2017/07/14 | Larry Schwartztol* | Justin Levitt* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 9 | | 2017/07/14 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 10 | | 2017/07/19 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 11 | | 2017/07/19 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 12 | | 2017/07/19 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 13 | | 2017/07/21 | Justin Levitt* | Allison Riggs* | Communication between counsel re evaluation of anticipated litigation and potential claimants | Attorney Work Product | No |
| 14 | | 2017/08/03 | Allison Riggs* | Justin Levitt* , Alesha Brown* | Communication between counsel re evaluation of anticipated litigation | Attorney Work Product | No |
| 15 | | 2017/08/03 | Justin Levitt* | Allison Riggs*, Alesha Brown* | Communication between counsel re evaluation of anticipated litigation | Attorney Work Product | No |
| 16 | | 2017/08/03 | Alesha Brown* | Justin Levitt* , Allison Riggs* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 17 | | 2017/08/03 | Justin Levitt* | Alesha Brown* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 18 | | 2017/08/04 | Justin Levitt* | Alesha Brown* | Communication between counsel re potential claimants | Attorney Work Product | No |
| 19 | | 2017/08/04 | Alesha Brown* | Justin Levitt* | Communication between counsel re potential claimants | Attorney Work Product | No |
| 20 | | 2017/08/04 | Justin Levitt* | Alesha Brown* | Communication between counsel re potential claimants | Attorney Work Product | No |
| 21 | | 2017/08/05 | Justin Levitt* | Alesha Brown* | Communication between counsel re investigation into potential claimants and information gathered on anticipated claims | Attorney Work Product | No |
| 22 | | 2017/08/07 | Alesha Brown* | Justin Levitt* | Communication between counsel re investigation into potential claimants and information gathered on anticipated claims | Attorney Work Product | No |
| 23 | | 2017/08/07 | Justin Levitt* | Alesha Brown* | Communication between counsel re investigation into potential claimants and information gathered on anticipated claims | Attorney Work Product | No |
| 24 | | 2017/08/15 | Anita Earls* | Justin Levitt*, Alesha Brown*, Allison Riggs* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |

***indicates individual is an attorney**

| # | Bates Number | Date | Email From/Author/Custodian | Recipient(s) | Privilege Description | Privilege Assertion | Redacted (Yes/No) |
|---|---|---|---|---|---|---|---|
| 25 | | 2017/08/15 | Justin Levitt* | Anita Earls*, Alesha Brown*, Allison Riggs* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 26 | | 2017/08/15 | Justin Levitt* | Anita Earls*, Alesha Brown*, Allison Riggs* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 27 | | 2017/08/15 | Justin Levitt* | Alesha Brown* | Communication between counsel re information gathered in investigation of anticipated claims | Attorney Work Product | No |
| 28 | | 2017/08/15 | Justin Levitt* | Alesha Brown* | Communication between counsel re information gathered in investigation of anticipated claims and potential claimants | Attorney Work Product | No |
| 29 | | 2017/08/15 | Justin Levitt* | Alesha Brown* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 30 | | 2017/08/15 | Justin Levitt* | Alesha Brown* | Communication between counsel re information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 31 | | 2017/08/15 | Justin Levitt* | Alesha Brown* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 32 | | 2017/08/15 | Larry Schwartztol* | Justin Levitt* | Communication between counsel re anticipated claims and research on unrelated litigation | Attorney Work Product | No |
| 33 | | 2017/08/15 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re anticipated claims and research on unrelated litigation | Attorney Work Product | No |
| 34 | | 2017/08/15 | Larry Schwartztol* | Justin Levitt* | Communication between counsel re anticipated claims and research on unrelated litigation | Attorney Work Product | No |
| 35 | | 2017/08/15 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re anticipated claims and research on unrelated litigation | Attorney Work Product | No |
| 36 | | 2017/08/16 | Larry Schwartztol* | Justin Levitt*, Andrew G. Celli*, Alanna Kaufman* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 37 | | 2017/08/16 | Andrew G. Celli* | Larry Schwartztol*, Justin Levitt*, Alanna Kaufman* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 38 | | 2017/08/16 | Justin Levitt* | Andrew G. Celli*, Larry Schwartztol*, Alanna Kaufman* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 39 | | 2017/08/16 | Justin Levitt* | Andrew G. Celli*, Larry Schwartztol*, Alanna Kaufman* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 40 | | 2017/08/22 | Justin Levitt* | Andrew G. Celli*, Larry Schwartztol*, Alanna Kaufman*, Denise Edwards | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 41 | | 2017/08/22 | Justin Levitt* | Andrew G. Celli*, Larry Schwartztol*, Alanna Kaufman* | Communication between counsel re information gathered in investigation into anticipated claims and coordination of anticipated litigation | Attorney Work Product | No |
| 42 | | 2017/08/22 | Andrew G. Celli* | Justin Levitt*, Larry Schwartztol*, Alanna Kaufman* | Communication between counsel re information gathered in investigation into anticipated claims and coordination of anticipated litigation | Attorney Work Product | No |
| 43 | | 2017/08/22 | Larry Schwartztol* | Andrew G. Celli*, Justin Levitt*, Alanna Kaufman* | Communication between counsel re coordination of anticipated litigation | Attorney Work Product | No |
| 44 | | 2017/08/22 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re coordination of anticipated litigation | Attorney Work Product | No |
| 45 | | 2017/08/22 | Justin Levitt* | Andrew G. Celli*, Alanna Kaufman*, Larry Schwartztol* | Communication between counsel re transmission of information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 46 | | 2017/08/22 | Justin Levitt* | Anita Earls*, Alesha Brown*, Allison Riggs* | Communication between counsel re coordination of anticipated litigation | Attorney Work Product | No |
| 47 | | 2017/08/22 | Justin Levitt* | Anita Earls*, Alesha Brown* | Communication between counsel re coordination of anticipated litigation and anticipated claims | Attorney Work Product | No |

**\*indicates individual is an attorney**

| # | Bates Number | Date | Email From/Author/Custodian | Recipient(s) | Privilege Description | Privilege Assertion | Redacted (Yes/No) |
|---|---|---|---|---|---|---|---|
| 48 | | 2017/08/22 | Allison Riggs* | Justin Levitt*, Anita Earls* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 49 | | 2017/08/22 | Justin Levitt* | Allison Riggs*, Anita Earls* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 50 | | 2017/08/22 | Justin Levitt* | Allison Riggs*, Anita Earls* | Communication between counsel re scheduling teleconference to discuss anticipated litigation | Attorney Work Product | No |
| 51 | | 2017/08/23 | Justin Levitt* | Larry Schwartztol*, Andrew G. Celli*, Alanna Kaufman* | Communication between counsel re coordination of anticipated litigation | Attorney Work Product | No |
| 52 | | 2017/08/23 | Justin Levitt* | Alanna Kaufman* | Communication between counsel re transmission of information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 53 | | 2017/08/23 | Justin Levitt* | Larry Schwartztol* | Communication between counsel re transmission of information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 54 | | 2017/08/23 | Justin Levitt* | Alanna Kaufman* | Communication between counsel re transmission of information gathered in investigation into anticipated claims | Attorney Work Product | No |
| 55 | | 2017/08/23 | Larry Schwartztol* | Andrew G. Celli*, Alanna Kaufman*, Anita Earls*, Allison Riggs*, Justin Levitt* | Communication between counsel re anticipated claims, counsel's investigation, and potential co-counsel | Attorney Work Product | No |
| 56 | | 2017/08/23 | Justin Levitt* | Larry Schwartztol*, Andrew G. Celli*, Alanna Kaufman* | Communication between counsel re anticipated legal claims and coordination of anticipated litigation | Attorney Work Product | No |
| 57 | | 2017/08/28 | Justin Levitt* | Allison Riggs*, Anita Earls* | Communication between counsel re investigation into potential claimants | Attorney Work Product | No |
| 58 | | 2018/05/18 | Jeff Loperfido* | Justin Levitt* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 59 | | 2018/05/18 | Jeff Loperfido* | Justin Levitt* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 60 | | 2018/05/19 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 61 | | 2018/05/21 | Jeff Loperfido* | Justin Levitt* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 62 | | 2018/05/21 | Jeff Loperfido* | Justin Levitt* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 63 | | 2018/06/12 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 64 | | 2018/06/13 | Jeff Loperfido* | Justin Levitt* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 65 | | 2018/06/13 | Jeff Loperfido* | Justin Levitt* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 66 | | 2018/06/13 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 67 | | 2018/06/26 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 68 | | 2018/06/26 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re scheduling teleconference to discuss expert phase of litigation | Attorney Work Product | No |
| 69 | | 2018/07/02 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re expert phase of litigation | Attorney Work Product | No |
| 70 | | 2018/07/02 | Justin Levitt* | Jeff Loperfido* | Communication between counsel re expert phase of litigation | Attorney Work Product | No |
| 71 | TBD | 2018/07/19 | Allison Riggs* | Justin Levitt* | Communication between counsel re potential witness in litigation | Attorney Work Product | Yes |

*indicates individual is an attorney

| # | Bates Number | Date | Email From/Author/Custodian | Recipient(s) | Privilege Description | Privilege Assertion | Redacted (Yes/No) |
|---|---|---|---|---|---|---|---|
| 72 |  | 2018/08/09 | Justin Levitt* | Allison Riggs* | Communication between counsel re additional investigation into evidence in support of claims | Attorney Work Product | No |
| 73 | TBD | 2018/08/13 | Allison Riggs* | Justin Levitt* | Communication between counsel re expert witness engagement in unrelated litigation | Attorney Work Product | Yes |
| 74 | TBD | 2018/08/13 | Justin Levitt* | Allison Riggs* | Communication between counsel re expert witness engagement in unrelated litigation | Attorney Work Product | Yes |
| 75 |  | 2018/09/29 | Justin Levitt* | Allison Riggs* | Communication between counsel re additional investigation into evidence in support of claims | Attorney Work Product | No |

*indicates individual is an attorney