IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS - RICHMOND REGION COUNCIL 4614, ELIUD BONILLA, LUCIANIA FREEMAN, and ABBY JO GEARHART, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-00423 (LO/IDD) |
| v. | ) ) | |
| PUBLIC INTEREST LEGAL FOUNDATION and J. CHRISTIAN ADAMS, | ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF HEARING ON
DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS
RELEVANT TO ANTI-SLAPP AND FIRST AMENDMENT ISSUES
WITHHELD OR REDACTED BY PLAINTIFFS' COUNSEL

**PLEASE TAKE NOTICE** that on Friday, May 3, 2019, at 10:00 a.m., or as soon thereafter as the undersigned counsel may be heard, Defendants Public Interest Legal Foundation ("PILF") and J. Christian Adams ("Mr. Adams") will bring on for oral argument Defendants' Motion to Compel Production of Documents Relevant to Anti-SLAPP and First Amendment Issues Withheld or Redacted By Plaintiffs' Counsel**.** The hearing will take place in the United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314.

4820-3494-0565.1

Dated: April 26, 2019                Respectfully submitted,


PUBLIC INTEREST LEGAL FOUNDATION
and J. CHRISTIAN ADAMS

By */s/ Michael J. Lockerby*
          Counsel

Michael J. Lockerby (Virginia State Bar No. 24003)
Eli L. Evans (Virginia State Bar No. 90700)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: 202-945-6079
Facsimile: 202-672-5399
Email: mlockerby@foley.com
Email: eevans@foley.com


William E. Davis (Admitted *pro hac vice*)
Ana Romes (Admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-482-8404
Facsimile: 305-482-8600
Email: wdavis@foley.com
Email: aromes@foley.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2019, I electronically filed the foregoing NOTICE OF HEARING ON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELEVANT TO ANTI-SLAPP AND FIRST AMENDMENT ISSUES WITHHELD OR REDACTED BY PLAINTIFFS' COUNSEL with the Court using the CM/ECF system, which will then send a Notice of Electronic Filing (NEF) to all counsel of record.

In addition, I sent a copy of the foregoing NOTICE OF HEARING ON DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELEVANT TO ANTI-SLAPP AND FIRST AMENDMENT ISSUES WITHHELD OR REDACTED BY PLAINTIFFS' COUNSEL by email and U.S. mail to the following attorneys who are not counsel of record:

| | |
|---|---|
| Harold A. Bridges, Esq. | Thomas E. Gorman, Esq. |
| Bridges & Bridges | Keker, Van Nest & Peters LLP |
| 318 Avenue I, #606 | 633 Battery Street |
| Redondo Beach, California 90277 | San Francisco, California 94111-1809 |
| drew@bridges-law.com | tgorman@keker.com |
| *Counsel for* | *Counsel for* |
| *Justin M. Levitt* | *Southern Coalition for Social Justice* |
| *and Loyola Law School* | *and The Protect Democracy Project* |

/s/ *Michael J. Lockerby*
Michael J. Lockerby (VSB No. 24003)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: 202-945-6079
Facsimile: 202-672-5399
Email: mlockerby@foley.com

*Counsel for Defendants*