IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PUB. INTEREST FOUND., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:18-cv-00423 (LO/IDD) ) ) ) ) ) ) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendants' Motion to Compel [Dkt. No. 128] is **CONTINUED TO MAY 10, 2019**. By no later than 12 p.m. on May 7, 2019, Plaintiffs shall supplement their privilege log with more specific and additional information of why they believe the entries amount to attorney work product, including answers to discussions that are not attorney opinion or strategy. The parties shall then meet and confer on May 9, 2019, to resolve any and all disputes pertaining to this Motion. By 5 p.m. on May 9, 2019, the parties shall file a notice with the Court indicating whether any disputes remain. If so, the Court will reconvene this Motion on May 10, 2019, at 10 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 3rd day of May 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia