**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| League of United Latin American Citizens – Richmond Region Council 4614 et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC INTEREST LEGAL FOUNDATION, an Indiana Corporation, and J. CHRISTIAN ADAMS, <br><br> Defendants. | Civil Action No. 1:18-cv-00423-LO-IDD |

**JOINT NOTICE OF STATUS RE COURT-ORDERED
CONFERENCE OF THE PARTIES (DKT. 138)**

In accordance with Judge Davis's Order (Dkt. No. 138), on May 7, 2019, Plaintiffs timely produced a privilege log with respect to communications between Plaintiffs' counsel and Professor Justin Levitt. Plaintiffs also produced a number of documents that Professor Levitt and Loyola Law School previously withheld in response to subpoenas Defendants issued to them. On May 8, 2019, the parties met and conferred at length by phone. As a result of that conversation, the parties were able to reach a compromise with respect to all remaining disputed documents.

Accordingly, there are no remaining disputes between the parties regarding the documents that are the subject of Defendants' Motion to Compel (Dkt. No. 128) and the parties agree that no further hearing is necessary.

1

Dated: May 9, 2019                                          Respectfully submitted,

| */s/ Michael J. Lockerby* | */s/ Christopher S. Herlihy* |
|---|---|
| MICHAEL J. LOCKERBY (VSB No. 24003) | CHRISTOPHER S. HERLIHY (VSB No. 93558) |
| ELI L. EVANS (VSB No. 90700) | ANISA A. SOMANI (VSB No. 86103) |
| **FOLEY & LARDNER LLP** | NICOLE M. CLEMINSHAW (VSB No. 92161) |
| Washington Harbour | GEOFFREY M. WYATT (*Pro hac vice*) |
| 3000 K Street, N.W., Suite 600 | SEAN M. TEPE (*Pro hac vice*) |
| Washington, D.C. 20007 | ANDREW HANSON (*Pro hac vice*) |
| Telephone: (202) 945-6079 | ZACHARY W. MARTIN (*Pro hac vice*) |
| Facsimile: (202) 672-5399 | JOHN R. THORNBURGH II (*Pro hac vice*) |
| mlockerby@foley.com | 1440 New York Ave. NW |
| eevans@foley.com | Washington, DC 20005 |
|  | Telephone: (202) 371-7293 |
| WILLIAM E. DAVIS (*Pro hac vice*) | Facsimile: (202) 661-8293 |
| ANA ROMES (*Pro hac vice*) | Christopher.Herlihy@probonolaw.com |
| **FOLEY & LARDNER LLP** | Anisa.Somani@probonolaw.com |
| One Biscayne Tower | Nicole.Cleminshaw@probonolaw.com |
| 2 South Biscayne Blvd., Suite 1900 | Geoffrey.Wyatt@probonolaw.com |
| Miami, FL 33131 | Sean.Tepe@probonolaw.com |
| Telephone: (305) 482-8404 | Andrew.Hanson@probonolaw.com |
| Facsimile: (305) 482-8600 | Zachary.Martin@probonolaw.com |
| wdavis@foley.com | John.Thornburgh@probonolaw.com |
| aromes@foley.com |  |

*Attorneys for Defendants Public Interest Law Foundation and J. Christian Adams*

*Attorneys for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, Abby Jo Gearhart*

(*Additional counsel on next page*)

ALLISON RIGGS (*Pro hac vice*)
JACLYN MAFFETORE (*Pro hac vice*)
JEFFREY LOPERFIDO (*Pro hac vice*)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone:     (919) 323-3380
Facsimile:     (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

CAMERON KISTLER (*Pro hac vice*)
GENEVIEVE NADEAU (*Pro hac vice*)
JAMILA BENKATO (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006
Telephone:     (202) 599-0466
Facsimile:     (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@ protectdemocracy.org

LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202)-599-0466
Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org

ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
DAVID LEBOWITZ (*Pro hac vice*)
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone:     (212) 763-5000
Facsimile:     (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

# CERTIFICATE OF SERVICE

I, Christopher S. Herlihy, hereby certify that on May 9, 2019, I have electronically filed the foregoing Joint Notice of Status re Court-Ordered Conference of the Parties (Dkt. 138) using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

Michael J. Lockerby
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007
MLockerby@foley.com

*Counsel for Defendants*

        /s/ Christopher S. Herlihy
CHRISTOPHER S. HERLIHY (VSB No. 93558)
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7293
Facsimile:    (202) 661-8293
Christopher.Herlihy@probonolaw.com

*Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, Abby Jo Gearhart*