IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LEAGUE OF UNITED LATIN          )
AMERICAN CITIZENS *et al.*,     )
                                )
          Plaintiffs,           )
                                )
v.                              )     Civil Action No. 1:18-cv-00423 (LO/IDD)
                                )
PUB. INTEREST FOUND., *et al.*, )
                                )
          Defendants.           )
_____ )

**ORDER**

This MATTER is before the Court on Defendants' Motion to Compel [Dkt. No. 128].

Pursuant to the Notice filed by the parties on May 9, 2019 [Dkt. No. 142], it is hereby

**ORDERED** that Defendants' Motion is **DENIED as moot**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 9th day of May 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia