IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS - RICHMOND REGION
COUNCIL 4614, ELIUD BONILLA,
LUCIANIA FREEMAN, and ABBY JO
GEARHART,

                Plaintiffs,

    v.

PUBLIC INTEREST LEGAL FOUNDATION
and J. CHRISTIAN ADAMS,

                Defendants.

Civil Action No. 1:18-cv-00423 (LO/IDD)

## PLAINTIFFS' RULE 26(a)(3) DISCLOSURES, EXHIBIT LIST AND WITNESS LIST

Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, and Abby Jo Gearhart ("Plaintiffs"), by and through counsel, respectfully submit these disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's December 3, 2018 Order.  These disclosures are made without waiver of the attorney-client privilege, attorney work product doctrine or any other applicable privilege.  Plaintiffs reserve the right to add to, or amend, these disclosures, as appropriate and necessary.

## I.    Witness List

Set forth below are the witnesses that Plaintiffs expect to present at trial as part of their case in chief, the witnesses that Plaintiffs may call if the need arises, and the deposition designations, if any, of testimony that Plaintiffs expect to present by deposition.

| Witness | Deposed | Designations (If Applicable) | Expects/ May |
|---|---|---|---|
| Public Interest Legal Foundation 30(b)(6) designee, J. Christian Adams | Yes | 4/18/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.): <br><br> 6:8-9, 6:22-7:1,  8:5-23, 14:14-18, 16:19-18:17, 21:20-23:12, 24:20-25:17,  27:14-18, 30:24-32:15, 33:12-15, 34:5-25, 35:5-37:14, 38:16-39:5, 39:24-41:4, 42:17-44:15, 49:2-51:11, 52:14-20, 54:1-55:2, 56:25-57:8, 57:22-58:20, 59:5-60:25, 61:8-61:25, 67:25-68:5, 68:11-69:20, 78:14-79:2, 79:12-80:4, 92:1-17, 93:22-95:22, 102:12-103:20, 106:17-107:12, 108:10-110:3, 111:7-15, 112:5-16, 113:10-14, 117:18-119:10, 120:1-121:4, 122:12-127:5, 130:1-11, 132:6-135:12, 136:16-138:21, 140:17-141:24, 142:2-144:20, 144:23-145:13, 145:22-148:2, 148:13-151:19, 155:11-161:4, 162:14-24, 165:14-168:5, 168:12-170:20, 170:23-173:16, 174:6-175:24, 177:11-178:9, 181:23-185:16, 185:22-189:3, 190:12-191:4, 192:3-193:11, 194:22-195:17, 202:12-204:4, 206:17-210:22, 212:8-213:8, 213:15-215:2, 215:10-219:8, 224:22-225:1, 230:20-233:8, 235:19-236:1, 236:7-237:12, 238:7-12, 238:18-241:12, 244:6-10, 244:15-245:9, 246:6-247:1, 247:22-248:25, 251:19-252:2, 253:9-257:12, 257:22-259:3, 260:2-261:13, 261:19-262:15, 263:2-265:14, 265:19-268:2, 276:19-25, 277:6-9, 278:14-282:1, 282:8-285:13, 285:20-287:9, 288:1-13, 290:22-291:17, 296:6-20, 297:3-298:5, 298:17-299:3, 299:9-23, 301:10-19, 302:13-19, 303:11-304:12, 304:18-305:11, 305:17-306:3, 306:9-307:7, 307:13-307:23, 308:2-308:17, 308:23- | E |

| Witness | Deposed | Designations<br>(If Applicable) | Expects/<br>May |
|---|---|---|---|
| | | 309:9, 309:12-311:5, 311:14-20, 314:16-315:5, 315:8-12, 315:17-316:16, 316:22-318:5, 318:10-320:5, 320:16-321:11, 321:12-16, 321:19-322:8, 322:15-323:13, 323:19-324:5, 324:11-325:15, 325:21-326:9, 326:24-327:2<br><br>4/22/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.):<br><br>6:6-14, 7:12-15, 7:22-10:14, 12:17-14:20, 15:3-8, 15:11-16:3, 16:17-18, 16:20-17:4, 17:6-7, 17:15-17, 17:24-25, 18:8-12, 18:19-21, 19:13-20:11, 21:5-9, 21:13-22, 22:1-21, 23:1-24, 26:4-27:6, 30:8-13, 30:22-31:8, 31:13-32:3, 32:13-21, 33:2-3, 33:20-34:20, 35:2-10, 35:15-37:12, 37:18-38:11, 40:14-41:21, 42:15-43:2, 44:18-46:7, 46:16-47:4, 47:6-48:25, 49:11-50:6, 50:16-23, 51:9-52:22, 52:23-53:2, 55:12-25, 57:13-17, 60:18-61:8, 61:13-19, 62:2-5, 62:9-12, 63:7-15, 64:2-7, 64:14-68:6, 70:8-74:6, 75:9-11, 75:16-76:4, 76:6-15, 79:8-10, 79:14-80:4, 80:11-12, 82:9-85:9, 86:18-87:10, 88:2-5, 90:5-91:19, 92:7-23, 93:6-23, 94:14-17, 95:21-96:10, 96:12-23, 97:2-12, 97:24-99:5, 99:9-17, 99:19-100:3, 100:12-15, 101:4-102:2, 102:19-104:25, 105:12-19, 107:18-109:11, 109:19-110:16, 112:13-114:10, 117:21-118:6, 119:24-121:25, 123:20-124:19, 126:5-127:7, 127:9-129:1, 131:7-9, 131:23-133:1, 133:23-134:9, 136:2-19, 137:15-20, 138:1-21, 139:5-12, 142:7-20, 143:20-145:3, 147:2-6, 147:12-21, 149:15-150:5,  152:23-153:6, 153:13-154:15, 156:13-158:12, 158:22-159:16, 160:5-162:3, 163:8-164:6, 169:5-170:16, 170:21-171:6, 171:9-15, 171:18-172:1, 173:16-174:21, 175:2-5, 176:21-177:20, 178:1-181:14, 249:9-16, 252:16-253:12, 254:6-255:19, 256:9-257:2, 258:7-10, 258:19-259:1, 259:13-263:11, 263:14-265:9, 268:11-25 | |
| J. Christian Adams | Yes | N/A | M |

| Witness | Deposed | Designations (If Applicable) | Expects/ May |
|---|---|---|---|
| Steve Albertson | Yes | N/A | M |
| David Bjerke | No | N/A | E |
| Eliud Bonilla | Yes | N/A | E |
| Virginia Department of Elections 30(b)(6) designee, Edgardo Cortes | Yes | 4/10/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.): <br><br> 12:20-23, 20:14-25:5, 25:12-30:23, 45:2-48:16, 182:17-183:13, 196:13-15, 196:20-198:1, 198:5-198:10, 207:2-207:4, 207:7-209:17, 223:24-224:21, 234:12-235:8, 242:3-249:14, 249:17-249:21, 249:24-250:24, 251:2-12, 251:15-20, 251:23-252:17, 252:20-253:10, 253:13-256:2, 256:5-258:9, 258:12-259:4, 259:7-260:3, 260:6-15, 263:20-266:12, 266:15-267:5, 267:8-268:5, 268:8-17, 269:18-21, 269:24-270:12, 271:7-12, 271:19-272:18, 272:21, 273:5-16, 273:19-274:13, 274:16-275:1, 275:6-276:14, 276:17-277:11, 277:14-279:14, 279:17-281:5, 281:21-282:8, 295:12-18 | E |
| Ann Fitzgerald | No | N/A | M |
| Mary Anne Franks | Yes | N/A | E |
| Luciana Freeman | Yes | N/A | E |
| Abby Jo Gearhart | Yes | N/A | E |
| Virginia Voters Alliance 30(b)(6) designee, Reagan George | Yes | 3/15/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.): <br><br> 7:20-22, 8:3-4, 9:18-22, 16:24-17:11, 18:18-25, 19:25-20:5, 21:17-22:5, 24:21-25:22, 27:19-28:3, 34:11-35:9, 35:22-37:14, 37:18-40:10, 44:23-46:4, 46:8-50:24, 51:9-52:9, 52:12-53:1, 53:25-55:16, 56:22-24, 57:7-17, 60:23-63:17, 63:22-64:4, 64:10-13, 67:6-21, 68:2-70:10, 80:16-18, 82:9-85:3, 85:8-86:5, 87:1-16, 87:24- | E |

| Witness | Deposed | Designations (If Applicable) | Expects/ May |
|---|---|---|---|
| | | 88:3, 97:1-99:4, 101:2-102:10, 102:13, 102:16, 102:19-103:2, 107:2-108:16, 108:19-25, 111:3-20, 113:4-8, 113:11-17, 115:12-116:9, 116:19-118:4, 118:16-119:2, 119:18-120:22, 121:25-123:18, 131:3-134:3, 138:5-139:8, 140:4-141:2, 141:16-17, 141:22-142:4, 144:14-145:9, 146:1-147:10, 147:13-22, 148:12-149:3, 152:2-5, 152:20-153:16, 158:18-160:3, 160:19-161:2, 167:3-8, 167:20-24, 186:5-11, 186:17-190:6, 191:15-192:2, 192:4-22, 192:25-193:2, 193:23-25, 194:12-197:25, 203:12-25, 210:23-212:21, 214:15-215:19, 216:1-217:25, 218:17-218:25, 219:12-224:5, 224:21-225:8, 230:2-23,  239:5-6, 239:10-22, 240:3-9, 240:13-241:6, 241:14-242:19, 242:22-243:13, 244:11-24, 245:4-246:15, 247:1-20, 248:6-23, 249:1-25, 250:5-253:10, 291:15-291:17, 293:20-294:12, 294:23-296:9 | |
| Larry Haake | No | N/A | E |
| Noel Johnson | Yes | 4/12/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.): <br><br> 10:11-13, 11:2-10, 17:15-18:5, 19:21-20:9, 22:21-23:2, 24:6-20, 31:15-17, 31:22-34:20, 36:19-37:23, 37:24-38:2, 38:5, 38:7-15, 38:22-39:2, 39:4-6, 44:5-45:2, 45:23-46:5, 46:23-47:21, 49:22- 52:10, 52:12-14, 52:16-52:25, 53:18-55:21, 56:23-58:8, 58:13-59:2, 59:4-11, 59:13-17, 59:22-60:1, 60:3-7, 60:9-16, 60:18-23, 60:25-61:4, 61:6-12, 61:14-21, 61:23-62:4, 62:6-11, 62:13-18, 62:20-63:1, 63:3-9, 63:11-16, 63:18-22, 63:24-64:5, 64:7-12, 64:14-66:8, 66:14-67:2, 67:20-22, 68:6-15, 68:17, 68:19-20, 68:22, 68:24-69:6, 69:8-9, 69:11-17, 69:20-70:14, 70:15-17, 70:21-71:10, 71:12-22, 72:1-13, 72:21-74:1, 74:14-75:1, 75:4-76:11, 76:12-77:22, 78:13-81:14, 81:15-83:6, 83:8-9, 83:10-84:1, 84:2-17, 84:18-85:3, 85:6-86:22, 87:19-21, 87:22-91:15, 93:11-95:4, 95:11-97:19, 97:21-22, | E |

| Witness | Deposed | Designations (If Applicable) | Expects/ May |
|---|---|---|---|
| | | 98:7-99:6, 99:10-100:1, 101:8-102:1, 103:15-105:5, 105:7-8, 107:18-108:16, 108:19-24, 110:19-111:1, 111:3-14, 111:17-20, 111:22-114:14, 114:15-25, 116:5-24, 117:20-23, 118:2-8, 118:13-121:2, 121:6-122:9, 122:13-124:19, 124:21-22, 125:17-126:2, 126:4-11, 126:13-18, 127:2-6, 127:9-10, 128:6-21, 128:25-132:18, 132:20-133:15, 133:18-19, 133:21-134:8, 134:16-136:18, 136:20-23, 142:9-143:3, 143:6-145:20, 146:9-148:8, 148:13-19, 148:23-150:20, 150:24-153:13, 153:15-18, 153:20-154:4, 162:11-18, 163:11-12, 163:14-15, 165:19-167:5, 180:18-21, 181:4-17, 181:21-183:19, 184:17-20, 184:22-185:22, 185:25-186:5, 186:19-20, 186:22-187:3, 187:4-14, 187:17-189:19, 190:18-191:19, 191:21-192:3, 192:22-194:2, 194:16-195:10, 195:14-196:22, 198:22-199:9, 200:6-14, 200:16-17, 202:21-204:18, 204:22-206:8, 206:12-209:7, 209:10-210:2, 210:9-211:4, 211:7-8, 211:11-21, 211:23-212:5, 212:6-13, 212:24-213:5, 219:24-220:2, 220:8-15, 220:19-223:4, 223:8-224:20, 227:11-228:3, 228:5-10, 228:14-230:3, 230:7-231:5, 231:7-232:2, 232:7-234:11, 236:16-237:2, 237:6-239:20, 239:24-241:24, 242:3-243:18, 243:20-244:8, 244:10-13, 244:15-25, 245:4-246:18, 280:8-12, 281:17-285:15, 285:20-286:4, 286:6-9 | |
| David Kulivan | No | N/A | M |
| Anna Leider | No | N/A | M |
| Virginia Department of Elections 30(b)(6) designee, Christopher Piper | Yes | 4/19/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.):<br><br>158:3-5, 158:14-25, 159:1-160:5, 161:8-165:2, 165:16-167:3, 172:18-174:13,  174:20-25, 183:23-184:7, 184:13-185:11, 185:12-186:12, 187:8-189:21, 199:22-202:14, 205:10-207:1, 207:24-208:14, 208:17-209:2, 209:5-210:9, 210:12-213:4, 213:24-214:7, 214:10-214:25, | M |

| Witness | Deposed | Designations (If Applicable) | Expects/ May |
|---|---|---|---|
| Virginia Department of Elections 30(b)(6) designee, Arielle Schneider | Yes | 4/19/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.):<br><br>9:22-25, 10:9-18, 12:1-5, 21:10-22:14, 23:2-20, 38:23-39:24, 40:21-41:3, 41:6-24, 46:5-15, 48:18-49:3, 49:6-50:13 | M |
| Virginia Department of Elections 30(b)(6) designee, Matthew Sears | Yes | 4/19/2019 deposition taken in *League of United Latin American Citizens – Richmond Region Council 4614, et. al. v. Public Interest Legal Foundation, an Indiana Corporation, and J. Christian Adams* No. 1:18-cv-00423 (LO/IDD) (E.D. Va.):<br><br>63:18-20, 64:2-11, 65:21-66:21, 66:22-69:2, 69:3-72:4, 72:5-73:2, 74:5-78:1, 84:8-86:23, 91:25-92:8, 92:12-95:8, 95:20-96:16, 109:16-110:5, 110:15-112:3, 115:13-116:21, 117:4-119:12, 119:25-120:6, 120:17-122:6, 122:9-124:25, 125:12-126:13, 139:8-140:9, 144:10-144:24, 146:3-13 | M |
| Vilma Seymour | Yes | N/A | E |
| Doug Smith | Yes | N/A | E |
| Timothy Webster | No | N/A | M |

Plaintiffs reserve the right to call additional witnesses as may be required solely for document authentication, or who may be needed for rebuttal purposes.  Plaintiffs reserve the right to call any witness that appears on Defendants' witness list, and to offer additional testimony by deposition or trial transcript.  Plaintiffs reserve the right to provide counter-designations in response to Defendants' witness list and designations.  Plaintiffs further reserve the right to amend the designations in connection with the depositions recently taken, for which final transcripts and exhibits are not available.

## II.     Exhibit List

Set forth below are the exhibits that Plaintiffs expect to present at trial as part of their case in chief and the exhibits that Plaintiffs may present if the need arises.

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 1 | ACFITZ-000001 - ACFITZ-000013 | May |
| 2 | ACFITZ-000022 - ACFITZ-000022 | May |
| 3 | ACFITZ-000023 - ACFITZ-000024 | May |
| 4 | ACFITZ-000025 - ACFITZ-000029 | May |
| 5 | ACFITZ-000030 | May |
| 6 | ACFITZ-000031 | May |
| 7 | ACFITZ-000032 - ACFITZ-000039 | May |
| 8 | ACFITZ-000040 - ACFITZ-000043 | May |
| 9 | ACFITZ-000048 - ACFITZ-000049 | May |
| 10 | ACFITZ-000053 | May |
| 11 | ACFITZ-000056 - ACFITZ-000058 | May |
| 12 | ACFITZ-000070 - ACFITZ-000071 | May |
| 13 | Adams Dep. Ex. 3 | May |
| 14 | Adams Dep. Ex. 4 | May |
| 15 | Adams Dep. Ex. 5 | May |
| 16 | Adams Dep. Ex. 6 (PILF-ADAMS-0044021) | May |
| 17 | Adams Dep. Ex. 7 (PILF-ADAMS-0006102 - PILF-ADAMS-0006104) | Expects |
| 18 | Adams Dep. Ex. 8 (PILF-ADAMS-0005601- PILF-ADAMS-0005619, PILF-ADAMS-0005620) | May |
| 19 | Adams Dep. Ex. 9 (PILF-ADAMS-0014015 - PILF-ADAMS-0014032, PILF-ADAMS-0014033) | Expects |
| 20 | Adams Dep. Ex. 10 (PILF-ADAMS-0038892 - PILF-ADAMS-0038895) | Expects |
| 21 | Adams Dep. Ex. 11 (PILF-ADAMS-0014964) | Expects |
| 22 | Adams Dep. Ex. 14 | May |
| 23 | Adams Dep. Ex. 15 | May |
| 24 | Adams Dep. Ex. 16 | May |
| 25 | Adams Dep. Ex. 17 | May |
| 26 | Adams Dep. Ex. 18 (PILF-ADAMS-0001050 - PILF-ADAMS-0001052) | May |
| 27 | Adams Dep. Ex. 19 (PILF-ADAMS-0000760) | Expects |
| 28 | Adams Dep. Ex. 20 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 29 | Adams Dep. Ex. 21 | May |
| 30 | Adams Dep. Ex. 22 | May |
| 31 | Adams Dep. Ex. 23 | Expects |
| 32 | Adams Dep. Ex. 24 (PILF-ADAMS-0000312 - PILF-ADAMS-0000316) | Expects |
| 33 | Adams Dep. Ex. 26 (PILF-ADAMS-0018016 - PILF-ADAMS-0018017) | Expects |
| 34 | Adams Dep. Ex. 27 (PILF-ADAMS-0018001 - PILF-ADAMS-0018002) | Expects |
| 35 | Adams Dep. Ex. 28 (PILF-ADAMS-0018006 - PILF-ADAMS-0018007) | Expects |
| 36 | Adams Dep. Ex. 29 (PILF-ADAMS-0040864 - PILF-ADAMS-0040865) | Expects |
| 37 | Adams Dep. Ex. 30 (PILF-ADAMS-0017674 - PILF-ADAMS-0017677) | Expects |
| 38 | Adams Dep. Ex. 31 (PILF-ADAMS-0040925 - PILF-ADAMS-0040930) | Expects |
| 39 | Adams Dep. Ex. 32 (PILF-ADAMS-0041116 - PILF-ADAMS-0041122) | Expects |
| 40 | Adams Dep. Ex. 33 (Non-Party Palmer000035) | May |
| 41 | Adams Dep. Ex. 35 (PILF-ADAMS-0043845 - PILF-ADAMS-0043848) | May |
| 42 | Adams Dep. Ex. 37 (PILF-ADAMS-0051839) | May |
| 43 | Adams Dep. Ex. 38 | May |
| 44 | Adams Dep. Ex. 39 | Expects |
| 45 | Adams Dep. Ex. 40 | Expects |
| 46 | Adams Dep. Ex. 41 (PILF-ADAMS-0007747 - PILF-ADAMS-0007779) | Expects |
| 47 | Adams Dep. Ex. 43 (PILF-ADAMS-0039499 - PILF-ADAMS-0039680) | May |
| 48 | Adams Dep. Ex. 44 (PILF-ADAMS-0013078 - PILF-ADAMS-0013079) | May |
| 49 | ARL-FOIA-000047 - ARL-FOIA-000049 | May |
| 50 | B-000002 | May |
| 51 | B-000029 | Expects |
| 52 | B-000030 | Expects |
| 53 | B-000075 - B-000078 | May |
| 54 | Bonilla Dep. Ex. 01 (B-000028) | Expects |
| 55 | Bonilla Dep. Ex. 04 (B-000046 - B-000049) | May |
| 56 | Bonilla Dep. Ex. 06 (B-000058) | Expects |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 57 | Bonilla Dep. Ex. 07 (B-000027) | Expects |
| 58 | Bonilla Dep. Ex. 11 (B-000054 - B-000055) | May |
| 59 | Bonilla Dep. Ex. 13 | May |
| 60 | CHE-FOIA-000001 | Expects |
| 61 | CHE-FOIA-000034 - CHE-FOIA-000035 | Expects |
| 62 | CHE-FOIA-000531-  CHE-FOIA-000532 | Expects |
| 63 | CHE-FOIA-000560 - CHE-FOIA-000628, CHE-FOIA-000629 | Expects |
| 64 | CHE-FOIA-000630 | Expects |
| 65 | CHE-FOIA-000642 - CHE-FOIA-000650 | Expects |
| 66 | CHE-FOIA-000671 - CHE-FOIA-000674 | Expects |
| 67 | CHE-FOIA-000735 - CHE-FOIA-000736 | Expects |
| 68 | CHE-FOIA-000759 - CHE-FOIA-000777 | Expects |
| 69 | CHE-FOIA-000801 - CHE-FOIA-000829 | Expects |
| 70 | Cortes Dep. Ex. 27 (PILF-ADAMS-0010902 - PILF-ADAMS-0010904) | Expects |
| 71 | Cortes Dep. Ex. 28 (ELECT003633 - ELECT003633) | Expects |
| 72 | F-000006 - F-000008 | May |
| 73 | F-000071 - F-000078 | Expects |
| 74 | F-000231 - F-000234 | May |
| 75 | F-000375 | Expects |
| 76 | F-000376 | Expects |
| 77 | FC-FOIA-000600 - FC-FOIA-000602 | Expects |
| 78 | FC-FOIA-002588 – FC-FOIA-002593 | Expects |
| 79 | FC-FOIA-003064 - FC-FOIA-003065 | Expects |
| 80 | FC-FOIA-003103 - FC-FOIA-003104 | Expects |
| 81 | FC-FOIA-003129 | Expects |
| 82 | FC-FOIA-003141 - FC-FOIA-003143 | Expects |
| 83 | FC-FOIA-003184 | Expects |
| 84 | FC-FOIA-003459 - FC-FOIA-003461 | Expects |
| 85 | FORTHRIGHT-000001 - FORTHRIGHT-000006 | May |
| 86 | FORTHRIGHT-000013 - FORTHRIGHT-000019 | May |
| 87 | FORTHRIGHT-000026 - FORTHRIGHT-000031 | May |
| 88 | FORTHRIGHT-000032 - FORTHRIGHT-000038 | May |
| 89 | FORTHRIGHT-000051 | May |
| 90 | Freeman Dep. Ex. 1 (F-000377 - F-000381) | May |
| 91 | Freeman Dep. Ex. 16 (F-000003 - F-000004) | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 92 | Freeman Dep. Ex. 18 (F-000058 - F-000060) | May |
| 93 | Freeman Dep. Ex. 25 | Expects |
| 94 | G-000042 - G-000043 | Expects |
| 95 | G-000063 - G-000065 | May |
| 96 | Gearhart Dep. Ex. 1 (PILF-ADAMS-0007820) | Expects |
| 97 | Gearhart Dep. Ex. 2 (PILF-ADAMS-0007792) | Expects |
| 98 | Gearhart Dep. Ex. 19 (G-000066 - G-000071) | Expects |
| 99 | Johnson Dep. Ex. 2 (PILF-ADAMS-0009064 - PILF-ADAMS-0009135) | Expects |
| 100 | Johnson Dep. Ex. 3 (PILF-ADAMS-0046537 - PILF-ADAMS-0046538) | Expects |
| 101 | Johnson Dep. Ex. 4 (PILF-ADAMS-0008775 - PILF-ADAMS-0008940) | Expects |
| 102 | Johnson Dep. Ex. 5 | Expects |
| 103 | Johnson Dep. Ex. 6 (PILF-ADAMS-0014107 - PILF-ADAMS-0014113) | Expects |
| 104 | Johnson Dep. Ex. 7 (PILF-ADAMS-0005621 - PILF-ADAMS-0005636) | Expects |
| 105 | Johnson Dep. Ex. 8 (PILF-ADAMS-0005601 - PILF-ADAMS-0005619, PILF-ADAMS-0005620) | Expects |
| 106 | Johnson Dep. Ex. 9 (PILF-ADAMS-0004985 - PILF-ADAMS-0005128) | Expects |
| 107 | Johnson Dep. Ex. 10 | Expects |
| 108 | Johnson Dep. Ex. 11 | Expects |
| 109 | Johnson Dep. Ex. 12 (PILF-ADAMS-0000996 - PILF-ADAMS-0001019) | Expects |
| 110 | Johnson Dep. Ex. 13 (PILF-ADAMS-0013234 - PILF-ADAMS-0013335) | Expects |
| 111 | Johnson Dep. Ex. 14 (PILF-ADAMS-0013148 - PILF-ADAMS-0013194) | Expects |
| 112 | Johnson Dep. Ex. 15 (PILF-ADAMS-0013118 - PILF-ADAMS-0013147) | Expects |
| 113 | Johnson Dep. Ex. 16 (PILF-ADAMS-0000210) | Expects |
| 114 | Johnson Dep. Ex. 17 (PILF-ADAMS-0000782 - PILF-ADAMS-0000784) | Expects |
| 115 | Johnson Dep. Ex. 18 (PILF-ADAMS-0000732 - PILF-ADAMS-0000733) | Expects |
| 116 | Johnson Dep. Ex. 19 (PILF-ADAMS-0013405 - PILF-ADAMS-0013406) | Expects |
| 117 | Johnson Dep. Ex. 20 (PILF-ADAMS-0003261) | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 118 | Johnson Dep. Ex. 21 (PILF-ADAMS-0007468 - PILF-ADAMS-0007470) | May |
| 119 | Johnson Dep. Ex. 22 (PILF-ADAMS-0013638 - PILF-ADAMS-0013639) | May |
| 120 | Johnson Dep. Ex. 23 (PILF-ADAMS-0005600) | Expects |
| 121 | Johnson Dep. Ex. 24 (PILF-ADAMS-0044022) | May |
| 122 | Johnson Dep. Ex. 25 (PILF-ADAMS-0000770 - PILF-ADAMS-0000771) | Expects |
| 123 | Johnson Dep. Ex. 26 (PILF-ADAMS-0037501) | Expects |
| 124 | Johnson Dep. Ex. 27 (PILF-ADAMS-0001979 - PILF-ADAMS-0001981) | Expects |
| 125 | Johnson Dep. Ex. 28 (PILF-ADAMS-0009322 - PILF-ADAMS-0009324) | Expects |
| 126 | Johnson Dep. Ex. 29 (PILF-ADAMS-0017930 - PILF-ADAMS-0017933) | Expects |
| 127 | Johnson Dep. Ex. 30 | Expects |
| 128 | Johnson Dep. Ex. 31 (PILF-ADAMS-0011327) | Expects |
| 129 | Johnson Dep. Ex. 32 (PILF-ADAMS-0004883 - PILF-ADAMS-0004885) | May |
| 130 | Johnson Dep. Ex. 33 (PILF-ADAMS-0009399) | Expects |
| 131 | Johnson Dep. Ex. 34 (PILF-ADAMS-0047358 - PILF-ADAMS-0047359) | Expects |
| 132 | Johnson Dep. Ex. 35 (PILF-ADAMS-0051869 - PILF-ADAMS-0051907) | May |
| 133 | Johnson Dep. Ex. 36 (PILF-ADAMS-0000250 - PILF-ADAMS-0000270) | Expects |
| 134 | Johnson Dep. Ex. 37 (PILF-ADAMS-0039701 - PILF-ADAMS-0039707) | Expects |
| 135 | Johnson Dep. Ex. 38 (PILF-ADAMS-0016737, PILF-ADAMS-0016738) | Expects |
| 136 | Johnson Dep. Ex. 39 (PILF-ADAMS-0005276) | Expects |
| 137 | Johnson Dep. Ex. 40 (PILF-ADAMS-0005129 - PILF-ADAMS-005131) | Expects |
| 138 | LULAC-RR Dep. Ex. 2 | May |
| 139 | LULAC-RR Dep. Ex. 10 | May |
| 140 | LULAC-RR Dep. Ex. 13 | May |
| 141 | LULAC-RR Dep. Ex. 14 | May |
| 142 | LULAC-RR Dep. Ex. 15 | May |
| 143 | LULAC-RR-000027 - LULAC-RR-000028 | Expects |
| 144 | LULAC-RR-000284 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 145 | LULAC-RR-000497 - LULAC-RR-000539 | Expects |
| 146 | LULAC-RR-000560 - LULAC-RR-000565 | Expects |
| 147 | LULAC-RR-000573 - LULAC-RR-000581 | May |
| 148 | LULAC-RR-000699 - LULAC-RR-000700 | Expects |
| 149 | LULAC-RR-000705 - LULAC-RR-000711 | May |
| 150 | LULAC-RR-000818 - LULAC-RR-000822 | Expects |
| 151 | LULAC-RR-001240 | May |
| 152 | LULAC-RR-001412 | Expects |
| 153 | LULAC-RR-001709 - LULAC-RR-001716 | May |
| 154 | LULAC-RR-001747 - LULAC-RR-001765 | May |
| 155 | LULAC-RR-001766 | Expects |
| 156 | LULAC-RR-001767 | May |
| 157 | LULAC-RR-001768 | May |
| 158 | LULAC-RR-001827 - LULAC-RR-001829 | Expects |
| 159 | LULAC-RR-002185 - LULAC-RR-002187 | May |
| 160 | LULAC-RR-002769 - LULAC-RR-002777 | Expects |
| 161 | LULAC-RR-002905 - LULAC-RR-002929 | Expects |
| 162 | LULAC-RR-002945 - LULAC-RR-002946 | May |
| 163 | LULAC-RR-003333 - LULAC-RR-003337 | May |
| 164 | LULAC-RR-004165 - LULAC-RR-004168 | Expects |
| 165 | LULAC-RR-004174 - LULAC-RR-004176 | May |
| 166 | LULAC-RR-004247 | May |
| 167 | LULAC-RR-004248 - LULAC-RR-004250 | Expects |
| 168 | LULAC-RR-004258 - LULAC-RR-004259 | May |
| 169 | LULAC-RR-004740 - LULAC-RR-004749 | Expects |
| 170 | LULAC-RR-004778 - LULAC-RR-004794 | Expects |
| 171 | LULAC-RR-004845 - LULAC-RR-004852 | Expects |
| 172 | LULAC-RR-005113 - LULAC-RR-005114 | May |
| 173 | LULAC-RR-005435 - LULAC-RR-005436 | May |
| 174 | LULAC-RR-006424 - LULAC-RR-006425 | May |
| 175 | LULAC-RR-006478 - LULAC-RR-006479 | Expect s |
| 176 | LULAC-RR-006530 | May |
| 177 | LULAC-RR-006593 - LULAC-RR-006596 | May |
| 178 | LULAC-RR-006614 | May |
| 179 | LULAC-RR-006724 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 180 | LULAC-RR-006737 - LULAC-RR-006796 | May |
| 181 | LULAC-RR-007165 - LULAC-RR-007167 | May |
| 182 | LULAC-RR-007187 - LULAC-RR-007195 | May |
| 183 | LULAC-RR-007621 - LULAC-RR-007622 | May |
| 184 | LULAC-RR-009402 - LULAC-RR-009405 | May |
| 185 | LULAC-RR-010515 - LULAC-RR-010571 | Expects |
| 186 | LULAC-RR-010898 - LULAC-RR-010904 | Expects |
| 187 | LULAC-RR-011770 - LULAC-RR-011771 | May |
| 188 | LULAC-RR-011898 - LULAC-RR-011900 | May |
| 189 | LULAC-RR-012054 - LULAC-RR-012055 | May |
| 190 | LULAC-RR-012068 - LULAC-RR-012069 | May |
| 191 | LULAC-RR-012174 - LULAC-RR-012176 | May |
| 192 | LULAC-RR-012264 - LULAC-RR-012268 | May |
| 193 | LULAC-RR-012328 - LULAC-RR-012329 | Expects |
| 194 | LULAC-RR-012336 - LULAC-RR-012375 | Expects |
| 195 | LULAC-RR-012399 - LULAC-RR-012401 | Expects |
| 196 | LULAC-RR-012460 | May |
| 197 | LULAC-RR-012468 - LULAC-RR-012469 | Expects |
| 198 | LULAC-RR-012481 - LULAC-RR-012482 | Expects |
| 199 | LULAC-RR-012597 - LULAC-RR-012599 | May |
| 200 | LULAC-RR-012618 - LULAC-RR-012624 | May |
| 201 | LULAC-RR-012643 - LULAC-RR-012644 | May |
| 202 | LULAC-RR-012785 - LULAC-RR-012787 | May |
| 203 | LULAC-RR-012853 - LULAC-RR-012855 | Expects |
| 204 | LULAC-RR-012871 - LULAC-RR-012873 | May |
| 205 | LULAC-RR-013021 - LULAC-RR-013022 | May |
| 206 | LULAC-RR-013058 | May |
| 207 | LULAC-RR-013098 - LULAC-RR-013100 | May |
| 208 | LULAC-RR-013114 - LULAC-RR-013116 | May |
| 209 | LULAC-RR-013145 - LULAC-RR-013146 | Expect |
| 210 | LULAC-RR-013162 - LULAC-RR-013165 | May |
| 211 | LULAC-RR-013183 - LULAC-RR-013185 | May |
| 212 | LULAC-RR-013189 | May |
| 213 | LULAC-RR-013190 - LULAC-RR-013192 | May |
| 214 | LULAC-RR-013243 - LULAC-RR-013245 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 215 | LULAC-RR-013257 - LULAC-RR-013260 | May |
| 216 | MSOS1-001312 | May |
| 217 | MSOS1-002193 - MSOS1-002194 | May |
| 218 | MSOS1-006049 | May |
| 219 | MSOS1-006488 - MSOS1-006489 | May |
| 220 | Palmer Dep. Ex. 5 | May |
| 221 | Palmer Dep. Ex. 6 | May |
| 222 | Palmer Dep. Ex. 16 (PILF-ADAMS-0013996) | May |
| 223 | Palmer Dep. Ex. 17 (PILF-ADAMS-0013859) | May |
| 224 | PILF 30(b)(6) Dep. Ex. 2 (PILF-ADAMS-0020792 - PILF-ADAMS-0020858) | May |
| 225 | PILF 30(b)(6) Dep. Ex. 4 (PILF-ADAMS-0018345 - PILF-ADAMS-0018373) | May |
| 226 | PILF 30(b)(6) Dep. Ex. 5 (PILF-ADAMS-0027092 - PILF-ADAMS-0027094) | May |
| 227 | PILF 30(b)(6) Dep. Ex. 6 (PILF-ADAMS-0003265 - PILF-ADAMS-0003277) | Expects |
| 228 | PILF 30(b)(6) Dep. Ex. 7 (PILF-ADAMS-000654 - PILF-ADAMS-000657) | Expects |
| 229 | PILF 30(b)(6) Dep. Ex. 8 (PILF-ADAMS-0008942 - PILF-ADAMS-0008989) | Expects |
| 230 | PILF 30(b)(6) Dep. Ex. 9 (PILF-ADAMS-0014015 - PILF-ADAMS-0014033) | Expects |
| 231 | PILF 30(b)(6) Dep. Ex. 10 (PILF-ADAMS-0013933 - PILF-ADAMS-0013951) | May |
| 232 | PILF 30(b)(6) Dep. Ex. 11 (PILF-ADAMS-0005444 - PILF-ADAMS-0005586) | May |
| 233 | PILF 30(b)(6) Dep. Ex. 12 (PILF-ADAMS-0013698 - PILF-ADAMS-0013718) | Expects |
| 234 | PILF 30(b)(6) Dep. Ex. 13 (PILF-ADAMS-0005278 - PILF-ADAMS-0005421) | May |
| 235 | PILF 30(b)(6) Dep. Ex. 15 (PILF-ADAMS-0013464 - PILF-ADAMS-0013471) | Expects |
| 236 | PILF 30(b)(6) Dep. Ex. 16 (PILF-ADAMS-0013091 - PILF-ADAMS-0013109) | Expects |
| 237 | PILF 30(b)(6) Dep. Ex. 17 (PILF-ADAMS-0016622 - PILF-ADAMS-0016642) | Expects |
| 238 | PILF 30(b)(6) Dep. Ex. 18 (PILF-ADAMS-0009178 - PILF-ADAMS-0009197) | Expects |
| 239 | PILF 30(b)(6) Dep. Ex. 19 (PILF-ADAMS-0009170 - PILF-ADAMS-0009172) | Expects |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 240 | PILF 30(b)(6) Dep. Ex. 20 (PILF-ADAMS-0019100 - PILF-ADAMS-0019105) | Expects |
| 241 | PILF 30(b)(6) Dep. Ex. 21 (PILF-ADAMS-0006337 - PILF-ADAMS-0006340) | Expects |
| 242 | PILF 30(b)(6) Dep. Ex. 22 (PILF-ADAMS-0009200 - PILF-ADAMS-0009202) | Expects |
| 243 | PILF 30(b)(6) Dep. Ex. 24 (PILF-ADAMS-0000241 - PILF-ADAMS-0000246) | Expects |
| 244 | PILF 30(b)(6) Dep. Ex. 25 (PILF-ADAMS-0000022 - PILF-ADAMS-0000028) | Expects |
| 245 | PILF 30(b)(6) Dep. Ex. 26 (PILF-ADAMS-0000045 - PILF-ADAMS-0000087) | Expects |
| 246 | PILF 30(b)(6) Dep. Ex. 27 (PILF-ADAMS-0050984 - PILF-ADAMS-0051022) | Expects |
| 247 | PILF 30(b)(6) Dep. Ex. 28 (PILF-ADAMS-0017960 - PILF-ADAMS-0017961) | Expects |
| 248 | PILF 30(b)(6) Dep. Ex. 29 (PILF-ADAMS-0017951 - PILF-ADAMS-0017952) | Expects |
| 249 | PILF 30(b)(6) Dep. Ex. 30 (PILF-ADAMS-0050275 - PILF-ADAMS-0050848) | Expects |
| 250 | PILF 30(b)(6) Dep. Ex. 31 (PILF-ADAMS-0052723 - PILF-ADAMS-0052724) | Expects |
| 251 | PILF 30(b)(6) Dep. Ex. 32 (PILF-ADAMS-0046297) | |
| 252 | PILF 30(b)(6) Dep. Ex. 33 (PILF-ADAMS-0013344 - PILF-ADAMS-0013404) | Expects |
| 253 | PILF 30(b)(6) Dep. Ex. 34 (PILF-ADAMS-0005422) | Expects |
| 254 | PILF 30(b)(6) Dep. Ex. 35 (PILF-ADAMS-0017882 - PILF-ADAMS-0049765) | Expects |
| 255 | PILF 30(b)(6) Dep. Ex. 36 (PILF-ADAMS-0017707 - PILF-ADAMS-0017710) | Expects |
| 256 | PILF 30(b)(6) Dep. Ex. 37 (PILF-ADAMS-0017698 - PILF-ADAMS-0017702) | May |
| 257 | PILF 30(b)(6) Dep. Ex. 38 (PILF-ADAMS-0018554 - PILF-ADAMS-0018558) | May |
| 258 | PILF-ADAMS-0000154 - PILF-ADAMS-0000155 | May |
| 259 | PILF-ADAMS-0000158 - PILF-ADAMS-0000160 | May |
| 260 | PILF-ADAMS-0000437 | May |
| 261 | PILF-ADAMS-0000615 - PILF-ADAMS-0000616 | May |
| 262 | PILF-ADAMS-0000654 - PILF-ADAMS-0000657 | May |
| 263 | PILF-ADAMS-0000816 - PILF-ADAMS-0000818 | May |
| 264 | PILF-ADAMS-0000821 - PILF-ADAMS-0000823 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 265 | PILF-ADAMS-0000947 - PILF-ADAMS-0000970 | May |
| 266 | PILF-ADAMS-0001183 - PILF-ADAMS-0001203 | May |
| 267 | PILF-ADAMS-0001238 - PILF-ADAMS-0001256 | May |
| 268 | PILF-ADAMS-0001296 - PILF-ADAMS-0001316 | May |
| 269 | PILF-ADAMS-0001321 - PILF-ADAMS-0001359 | May |
| 270 | PILF-ADAMS-0001411 | May |
| 271 | PILF-ADAMS-0001425 - PILF-ADAMS-0001914 | May |
| 272 | PILF-ADAMS-0002528 - PILF-ADAMS-0002533 | May |
| 273 | PILF-ADAMS-0002574 - PILF-ADAMS-0002576 | May |
| 274 | PILF-ADAMS-0003235 - PILF-ADAMS-0003236 | May |
| 275 | PILF-ADAMS-0004312 - PILF-ADAMS-0004314 | May |
| 276 | PILF-ADAMS-0005423 - PILF-ADAMS-0005441 | May |
| 277 | PILF-ADAMS-0005685 - PILF-ADAMS-0005690 | May |
| 278 | PILF-ADAMS-0005955 - PILF-ADAMS-0005960 | May |
| 279 | PILF-ADAMS-0006111 | May |
| 280 | PILF-ADAMS-0008536 - PILF-ADAMS-0008539 | May |
| 281 | PILF-ADAMS-0008541 - PILF-ADAMS-0008649 | May |
| 282 | PILF-ADAMS-0009272 | May |
| 283 | PILF-ADAMS-0009384 - PILF-ADAMS-0009386 | May |
| 284 | PILF-ADAMS-0009982 | May |
| 285 | PILF-ADAMS-0012954 - PILF-ADAMS-0012959 | May |
| 286 | PILF-ADAMS-0013195 - PILF-ADAMS-0013233 | May |
| 287 | PILF-ADAMS-0013996 - PILF-ADAMS-0014014 | May |
| 288 | PILF-ADAMS-0014090 - PILF-ADAMS-0014106 | May |
| 289 | PILF-ADAMS-0015020 - PILF-ADAMS-0015043 | May |
| 290 | PILF-ADAMS-0015188 - PILF-ADAMS-0015190 | May |
| 291 | PILF-ADAMS-0016643 - PILF-ADAMS-0016645 | May |
| 292 | PILF-ADAMS-0016646 - PILF-ADAMS-0016649 | May |
| 293 | PILF-ADAMS-0016758 - PILF-ADAMS-0016759 | May |
| 294 | PILF-ADAMS-0016785 - PILF-ADAMS-0016786 | May |
| 295 | PILF-ADAMS-0017438 - PILF-ADAMS-0017439 | May |
| 296 | PILF-ADAMS-0018043 - PILF-ADAMS-0018049 | May |
| 297 | PILF-ADAMS-0019733 - PILF-ADAMS-0019739 | May |
| 298 | PILF-ADAMS-0023217 - PILF-ADAMS-0023223 | May |
| 299 | PILF-ADAMS-0024854 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 300 | PILF-ADAMS-0026914 - PILF-ADAMS-0026917 | May |
| 301 | PILF-ADAMS-0027074 - PILF-ADAMS-0027076 | May |
| 302 | PILF-ADAMS-0027149 - PILF-ADAMS-0027152 | May |
| 303 | PILF-ADAMS-0036960 - PILF-ADAMS-0037021 | May |
| 304 | PILF-ADAMS-0037281 - PILF-ADAMS-0037283 | Expects |
| 305 | PILF-ADAMS-0037943 - PILF-ADAMS-0037971 | May |
| 306 | PILF-ADAMS-0038275 - PILF-ADAMS-0038299 | May |
| 307 | PILF-ADAMS-0038353 - PILF-ADAMS-0038375 | May |
| 308 | PILF-ADAMS-0038579 | May |
| 309 | PILF-ADAMS-0039437 - PILF-ADAMS-0039446 | May |
| 310 | PILF-ADAMS-0040168 - PILF-ADAMS-0040245 | May |
| 311 | PILF-ADAMS-0041123 | May |
| 312 | PILF-ADAMS-0044089 - PILF-ADAMS-0044091 | May |
| 313 | PILF-ADAMS-0044391 - PILF-ADAMS-0044402 | May |
| 314 | PILF-ADAMS-0044403 - PILF-ADAMS-0044411 | May |
| 315 | PILF-ADAMS-0044588 - PILF-ADAMS-0044596 | May |
| 316 | PILF-ADAMS-0047195 | May |
| 317 | PILF-ADAMS-0049764 - PILF-ADAMS-0049765 | May |
| 318 | PILF-ADAMS-0051921 - PILF-ADAMS-0051924 | May |
| 319 | PILF-ADAMS-0051998 - PILF-ADAMS-0052009 | May |
| 320 | PILF-ADAMS-0052032 | May |
| 321 | PILF-ADAMS-0052150 - PILF-ADAMS-0052151 | May |
| 322 | SA-001-000526 - SA-001-000528 | Expects |
| 323 | SA-001-000529 - SA-001-000532 | Expects |
| 324 | SA-001-000550 - SA-001-000552 | Expects |
| 325 | SA-001-000573 - SA-001-000574 | May |
| 326 | SA-001-000790 | May |
| 327 | SA-001-000838 - SA-001-000841 | May |
| 328 | SA-001-001501 - SA-001-001502 | Expects |
| 329 | Spakovsky Dep. Ex. 10 | May |
| 330 | Spakovsky Dep. Ex. 11 | May |
| 331 | Spakovsky Dep. Ex. 16 | May |
| 332 | Spakovsky Dep. Ex. 17 | May |
| 333 | Spakovsky Dep. Ex. 18 (HVS-000001 - HVS-000003) | May |
| 334 | Spakovsky Dep. Ex. 19 | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 335 | Spakovsky Dep. Ex. 20 | May |
| 336 | Spakovsky Dep. Ex. 21 | May |
| 337 | Spakovsky Dep. Ex. 26 (HVS-000103 - HVS-0001) | May |
| 338 | VDOE Dep. Ex. 3 | Expects |
| 339 | VDOE Dep. Ex. 5 | May |
| 340 | VDOE Dep. Ex. 7 (PILF-ADAMS-0040708) | Expects |
| 341 | VDOE Dep. Ex. 10 (PILF-ADAMS-0000043 - PILF-ADAMS-0000044) | Expects |
| 342 | VDOE Dep. Ex. 11 | Expects |
| 343 | VDOE Dep. Ex. 12 | Expects |
| 344 | VDOE Dep. Ex. 15 | Expects |
| 345 | VDOE Dep. Ex. 17 | Expects |
| 346 | VDOE Dep. Ex. 20 | Expects |
| 347 | VVA Dep. Ex. 5 | Expects |
| 348 | VVA Dep. Ex. 6 | Expects |
| 349 | VVA Dep. Ex. 7 (PILF-ADAMS-0000637 - PILF-ADAMS-0000641) | May |
| 350 | VVA Dep. Ex. 8 (PILF-ADAMS-0003265 – PILF-ADAMS-0003277) | Expects |
| 351 | VVA Dep. Ex. 9 (VVA-000919 - VVA-000936) | Expects |
| 352 | VVA Dep. Ex. 10 (PILF-ADAMS-0005587) | Expects |
| 353 | VVA Dep. Ex. 11 (PILF-ADAMS-0014051, PILF-ADAMS-0014052) | Expects |
| 354 | VVA Dep. Ex. 13 (PILF-ADAMS-0000172 - PILF-ADAMS-0000196) | Expects |
| 355 | VVA Dep. Ex. 14 (PILF-ADAMS-0000971 - PILF-ADAMS-0000994) | Expects |
| 356 | VVA Dep. Ex. 15 (PILF-ADAMS-0015020 - PILF-ADAMS-0015043) | Expects |
| 357 | VVA Dep. Ex. 16 (PILF-ADAMS-0015185 - PILF-ADAMS-0015186, PILF-ADAMS-0015187) | Expects |
| 358 | VVA Dep. Ex. 19 (PILF-ADAMS-0009178 - PILF-ADAMS-0009197) | Expects |
| 359 | VVA Dep. Ex. 20 | Expects |
| 360 | VVA Dep. Ex. 22 | May |
| 361 | VVA Dep. Ex. 23 (VVA-000820 - VVA-000826) | May |
| 362 | VVA Dep. Ex. 24 (VVA-000766 - VVA-000772) | May |
| 363 | VVA Dep. Ex. 25 (PILF-ADAMS-0038304 - PILF-ADAMS-0038306) | Expects |
| 364 | VVA Dep. Ex. 26 (PILF-ADAMS-0001233) | Expects |
| 365 | VVA Dep. Ex. 27 (PILF-ADAMS-0013078 - PILF-ADAMS-0013079) | Expects |
| 366 | VVA Dep. Ex. 28 (PILF-ADAMS-00003391) | May |
| 367 | VVA Dep. Ex. 29 (PILF-ADAMS-00016686, PILF-ADAMS-00016687) | May |

| Exhibit Number | Identification | Expects/ May |
|---|---|---|
| 368 | VVA Dep. Ex. 30 (VVA-000617 - VVA-000618) | Expects |
| 369 | VVA Dep. Ex. 32 (PILF-ADAMS-0013087 - PILF-ADAMS-0013089) | May |
| 370 | VVA Dep. Ex. 33 (MR-000136 – MR-000141) | May |
| 371 | VVA Dep. Ex. 35 (PILF-ADAMS-0043845 - PILF-ADAMS-0043848) | Expects |
| 372 | VVA Dep. Ex. 37 | May |
| 373 | VVA Dep. Ex. 38 (PILF-ADAMS-0041556 - PILF-ADAMS-0041557) | May |
| 374 | VVA Dep. Ex. 39 (PILF-ADAMS-0001408 - PILF-ADAMS-0001410) | Expects |
| 375 | VVA-000972 - VVA-000973 | Expects |
| 376 | VVA-001149 - VVA-001150 | May |
| 377 | VVA-001159 | May |
| 378 | VVA-001752 | May |
| 379 | VVA-002796 | May |
| 380 | VVA-004186 - VVA-004188 | May |
| 381 | VVA-004199 - VVA-004201 | May |
| 382 | VVA-004202 - VVA-004204 | May |
| 383 | VVA-004249 | May |
| 384 | VVA-004376 | May |
| 385 | Wheeler Dep. Ex. 11 (PILF-ADAMS-0038762 - PILF-ADAMS-0038763) | May |
| 386 | Wheeler Dep. Ex. 15 (PILF-ADAMS-0038467) | May |
| 387 | Wheeler Dep. Ex. 18 (PILF-ADAMS-0000043 - PILF-ADAMS-0000044) | May |
| 388 | Wheeler Dep. Ex. 19 (VVA-000766 - VVA-000772) | May |
| 389 | Wheeler Dep. Ex. 20 (VVA-000655 - VVA-000661) | May |
| 390 | Wheeler Dep. Ex. 32 (ELECT002170 - ELECT002173) | May |
| 391 | VIDEO: John Fredricks Show Interview 6/1/17 | Expects |
| 392 | VIDEO: Dana Loesch YouTube Show | Expects |
| 393 | AUDIO: Mornings on the Mall Interview 3/2/17 | Expects |
| 394 | VIDEO: Tucker Carlson Tonight Interview 5/30/17 | Expects |
| 395 | VIDEO: WJLA Interview 10/3/16 | May |
| 396 | Election Law Center Article, Sept. 9, 2016 | May |
| 397 | Election Law Center Article, Dec. 13, 2016 | May |
| 398 | Election Law Center Article, May 30, 2017 | May |
| 399 | PILF Press Release, May 31, 2017 | May |

Plaintiffs reserve the right to (i) present any exhibit that appears on Defendants' exhibit list; (ii) supplement and amend their exhibit list in light of any exhibits set forth on Defendants' exhibit list or documents not yet produced; (iii) present exhibits for rebuttal purposes; and offer demonstrative, summary, or enlargement exhibits based on trial evidence that Plaintiffs determine to be useful to the Court or finder of fact.  Plaintiffs further reserve the right to amend this exhibit list in connection with the depositions recently taken, for which final transcripts and exhibits are not available.

Dated: May 17, 2019                              Respectfully submitted,


_____ /s/
NICOLE M. CLEMINSHAW (VSB No. 92161)
ANISA A. SOMANI (VSB No. 86103)
CHRISTOPHER S. HERLIHY (VSB No. 93558)
GEOFFREY M. WYATT (*Pro hac vice*)
SEAN M. TEPE (*Pro hac vice*)
ANDREW HANSON (*Pro hac vice*)
ZACHARY W. MARTIN (*Pro hac vice*)
JOHN R. THORNBURGH II (*Pro hac vice*)
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7588
Facsimile:    (202) 393-5760
Nicole.Cleminshaw@probonolaw.com
Anisa.Somani@probonolaw.com
Christopher.Herlihy@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com
John.Thornburgh@probonolaw.com


ALLISON RIGGS (*Pro hac vice*)
JACLYN MAFFETORE (*Pro hac vice*)
JEFFREY LOPERFIDO (*Pro hac vice*)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone:    (919) 323-3380
Facsimile:    (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

CAMERON KISTLER (*Pro hac vice*)
GENEVIEVE NADEAU (*Pro hac vice*)
JAMILA BENKATO (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006
Telephone:   (202) 599-0466
Facsimile:   (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@ protectdemocracy.org


LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
10 Ware St.
Cambridge, MA 02138
Telephone: (202)-599-0466
Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org


ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
DAVID LEBOWITZ (*Pro hac vice*)
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone:   (212) 763-5000
Facsimile:   (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com


*Attorneys for Plaintiffs League of United Latin American Citizens –
Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, Abby
Jo Gearhart*

## <u>CERTIFICATE OF SERVICE</u>

I, Nicole M. Cleminshaw, hereby certify that on the 17th day of May, 2019, I caused true and correct copies of the foregoing Rule 26(a)(3) Disclosures, Exhibit List and Witness List with the Clerk of the Court using the CM/ECF system which will then send a notification of such filing (NEF) to counsel of record, including:

Michael J. Lockerby, Esq.
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007
mlockerby@foley.com


*Counsel for Defendants*

                                        /s/_____
                                        NICOLE M. CLEMINSHAW (VSB No. 92161)
                                        1440 New York Ave. NW
                                        Washington, DC 20005
                                        Telephone:    (202) 371-7588
                                        Facsimile:    (202) 393-5760
                                        Nicole.Cleminshaw@probonolaw.com

                                        *Counsel for Plaintiffs League of United Latin*
                                        *American Citizens – Richmond Region Council*
                                        *4614, Eliud Bonilla, Luciania Freeman, Abby Jo*
                                        *Gearhart*