**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| League of United Latin American Citizens – Richmond Region Council 4614, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC INTEREST LEGAL FOUNDATION, an Indiana Corporation, and J. CHRISTIAN ADAMS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:18-cv-00423-LO-IDD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO RE-OPEN THE DEPOSITION**
**OF DEFENDANT J. CHRISTIAN ADAMS**

Plaintiffs, by and through their undersigned counsel, respectfully make this motion pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(ii) to re-open the deposition of Defendant J. Christian Adams in light of the recent disclosure of material documents and information that were previously withheld by Defendant Adams and closely related third parties.

For the reasons stated in Plaintiffs' supporting memorandum, and accompanying Declaration of Genevieve Nadeau, filed concurrently herewith and incorporated herein by reference, Plaintiffs respectfully ask the Court to order Defendant Adams (1) to appear for another full day of deposition (both in his corporate and personal capacities) and (2) to answer deposition questions without obstruction.  Plaintiffs further request that the Court grant any additional relief it deems appropriate.

In accordance with Federal Rule of Civil Procedure 37(a)(1) and Local Civil Rule 37(E), the undersigned counsel certifies that counsel for Plaintiffs conferred by letter and telephone with attorneys for Defendants PILF and Adams before filing this motion, and that counsel for Plaintiffs made a good faith effort to resolve the discovery matters at issue.

Dated: May 17, 2019                    Respectfully submitted,


                        */s/ Christopher S. Herlihy*
                        _____
                        CHRISTOPHER S. HERLIHY (VSB No. 93558)
                        ANISA A. SOMANI (VSB No. 86103)
                        NICOLE M. CLEMINSHAW (VSB No. 92161)
                        GEOFFREY M. WYATT (*Pro hac vice*)
                        SEAN M. TEPE (*Pro hac vice*)
                        ANDREW HANSON (*Pro hac vice*)
                        ZACHARY W. MARTIN (*Pro hac vice*)
                        JOHN R. THORNBURGH II (*Pro hac vice*)
                        1440 New York Ave. NW
                        Washington, DC 20005
                        Telephone:    (202) 371-7293
                        Facsimile:    (202) 661-8293
                        Christopher.Herlihy@probonolaw.com
                        Anisa.Somani@probonolaw.com
                        Nicole.Cleminshaw@probonolaw.com
                        Geoffrey.Wyatt@probonolaw.com
                        Sean.Tepe@probonolaw.com
                        Andrew.Hanson@probonolaw.com
                        Zachary.Martin@probonolaw.com
                        John.Thornburgh@probonolaw.com

                        ALLISON RIGGS (*Pro hac vice*)
                        JACLYN MAFFETORE (*Pro hac vice*)
                        JEFFREY LOPERFIDO (*Pro hac vice*)
                        **SOUTHERN COALITION FOR SOCIAL JUSTICE**
                        1415 West Highway 54, Suite 101
                        Durham, NC 27707
                        Telephone:    (919) 323-3380
                        Facsimile:    (919) 323-3942
                        AllisonRiggs@southerncoalition.org
                        JaclynMaffetore@southerncoalition.org
                        JeffLoperfido@scsj.org

CAMERON KISTLER (*Pro hac vice*)
GENEVIEVE NADEAU (*Pro hac vice*)
JAMILA BENKATO (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006
Telephone:    (202) 599-0466
Facsimile:     (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@ protectdemocracy.org

LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202)-599-0466
Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org

ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
DAVID LEBOWITZ (*Pro hac vice*)
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone:    (212) 763-5000
Facsimile:     (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

*Attorneys for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, and Abby Jo Gearhart*

3

## CERTIFICATE OF SERVICE

I, Christopher S. Herlihy, hereby certify that on May 17, 2019, I electronically filed the

foregoing Motion to Re-Open the Deposition of Defendant J. Christian Adams using the

CM/ECF system, which shall send notification of such filing (NEF) to the following counsel of

record:

Michael J. Lockerby, Esq.
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007
mlockerby@foley.com

*Counsel for Defendants*

Matthew E. Kelley, Esq.
Ballard Spahr LLP
1909 K Street, NW | 12th Floor
Washington, DC 20006
kelleym@ballardspahr.com

*Counsel for Defendant J. Christian Adams*

_____ /s/
CHRISTOPHER S. HERLIHY (VSB No. 93558)
1440 New York Ave. NW
Washington, DC 20005
Telephone:     (202) 371-7293
Facsimile:     (202) 661-8293
Christopher.Herlihy@probonolaw.com

*Counsel for Plaintiffs League of United Latin*
*American Citizens – Richmond Region Council*
*4614, Eliud Bonilla, Luciana Freeman, Abby Jo*
*Gearhart*

4