# EXHIBIT E

**From:** Reagan George
**Sent:** Friday, January 4, 2019 10:40 PM
**To:** Patrick McSweeney (patrick@mck-lawyers.com)
**CC:** Christian Adams (adams@electionlawcenter.com); Adams J. Christian (a@electionlawcenter.com)
**Subject:** FW: Extention of Time

**Importance:** High

Pat;

Here is the extension of time request to Ms. Cleminshaw. I will send you the various documents electronically when I get them together.

Thank you Pat for your assistance in this matter. Happy New Year!

Reagan G. George
713.545.1047 cell
703.803.8482 office
rgeorge137@cox.net

**Our hope is science. "When the search for truth is confused with political advocacy, the pursuit of knowledge is reduced to a quest for power"** - *Alston Chase, as quoted by Michael Crichton in his book,* State of Fear

---

**From:** Reagan George [mailto:rgeorge137@cox.net]
**Sent:** Friday, January 04, 2019 5:36 PM
**To:** 'Nicole.Cleminshaw@probonolaw.com'
**Cc:** 'Reagan George'
**Subject:** Extention of Time
**Importance:** High

Ms. Cleminshaw;

I request that the Subpoena's date of January 7th, in the matter of Eliud Bonilla, et al, v. Public Interest Legal Foundation, be extended until the 7th of February. This is due to scheduling problems with my attorney during the month of January.

Reagan G. George
713.545.1047 cell
703.803.8482 office
rgeorge137@cox.net