# EXHIBIT F

**From:** Reagan George
**Sent:** Monday, January 14, 2019 1:37 AM
**To:** Patrick McSweeney (patrick@mck-lawyers.com)
**Subject:** Subpoena situation

Pat;

I talked to Christian Adams about Ms. Cleminshaw not being willing to extend the deadline.  He said that he was in court Thursday and the Judge "spanked" the plaintiff's lawyers about their approach to discovery, which I guess would mean their subpoena's being overly broad.  Would it be worth your time to call her again to see if she has had a change in heart since Friday?

Besides the Attorney Client Privilege, what was the other term you used about her requests being hard to comply with?

So far I have not heard from her.

Reagan G. George
713.545.1047 cell
703.803.8482 office
rgeorge137@cox.net

**Our hope is science.  "When the search for truth is confused with political advocacy, the pursuit of knowledge is reduced to a quest for power"**  - *Alston Chase, as quoted by Michael Crichton in his book,* State of Fear

VVA-004157