# EXHIBIT G

**From:** Reagan George
**Sent:** Thursday, January 17, 2019 4:24 PM
**To:** 'Reagan George'
**BCC:** Christian Adams (adams@electionlawcenter.com)
**Subject:** FW: R. George and VVA Subpoenas-- LULAC et al. v. PILF et al., 18-cv-423 (EDVA)

Christian;

Here is the latest response to Cleminshaw.

Reagan G. George
713.545.1047 cell
703.803.8482 office
rgeorge137@cox.net

**Our hope is science. "When the search for truth is confused with political advocacy, the pursuit of knowledge is reduced to a quest for power"** - *Alston Chase, as quoted by Michael Crichton in his book,* State of Fear

**From:** Patrick McSweeney [mailto:patrick@mck-lawyers.com]
**Sent:** Thursday, January 17, 2019 10:59 AM
**To:** Cleminshaw, Nicole M
**Cc:** Reagan George
**Subject:** Re: R. George and VVA Subpoenas-- LULAC et al. v. PILF et al., 18-cv-423 (EDVA)

# Ms. Cleminshaw,

I advised you previously that I was unable to review the voluminous materials involved in responding to your subpoenas for a period of time because of my litigation schedule. You declined to agree to an extension. I completed a final draft of a petition for a writ of certiorari this morning and will have time to respond to you later today, but will have severe scheduling constraints thereafter. I will prepare a response to accommodate you while I attempt to arrange other representation for the individual and entity that were served. Upon preliminary review of the requests, I must say that I am astonished by their reach. You will receive objections later today by email.

Pat

On Wed, Jan 16, 2019 at 8:58 PM Cleminshaw, Nicole M <Nicole.Cleminshaw@skadden.com > wrote:

> Mr. McSweeney,
>
> I write again with regard to the subpoenas served on Mr. Reagan George and his organization, Virginia Voters Alliance. These entities have failed to object to, obey or respond in any substantive form to Plaintiffs' subpoenas. And you have not responded at all to my email of 8 days ago. So while we would prefer to resolve compliance without the need for expensive court intervention, we cannot abide this continued noncompliance with the subpoenas. We will also follow up via telephone tomorrow.
>
> Thanks,
>
> Nicole
>
> **Nicole M. Cleminshaw**
> **Admitted to Practice in Virginia Only; Supervised by a Member of the D.C. Bar**
> Skadden, Arps, Slate, Meagher & Flom LLP
> 1440 New York Avenue, N.W. | Washington | D.C. | 20005-2111
> T: +1.202.371.7588 | F: +1.202.393.5760
> nicole.cleminshaw@skadden.com
>
> Skadden
>
> ------------------------------------------------------------------------
> This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.
>
> Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
>
> ===============================================================================

--
*Patrick M. McSweeney*
*McSweeney, Cynkar & Kachouroff, PLLC*
3358 John Tree Hill Road
Powhatan, VA 23139

(804) 937-0895
FAX (877) 598-4668

NOTICE: If you are not the intended recipient of this message, you are not authorized to use the information contained in this message in any manner. Please delete this email and notify the sender of this inadvertent transmission by return email.

VVA-004156