# EXHIBIT I

**From:** Reagan George
**Sent:** Tuesday, November 28, 2017 3:30 PM
**To:** 'Logan Churchwell'
**Subject:** RE: Draft petition to remove Richard C. Pilger from office

Thanks Logan.

We are putting a webpage together so we can begin to advertise.

Reagan

---

**From:** Logan Churchwell [mailto:lchurchwell@PublicInterestLegal.org]
**Sent:** Tuesday, November 28, 2017 10:29 AM
**To:** Reagan George
**Subject:** Re: Draft petition to remove Richard C. Pilger from office

P – E – T – I – T – I – O – N

We the People, demand that Richard C. Pilger, Director of the Election Crimes Branch in the Public Integrity Section of the Criminal Division of the United States Department of Justice, be fired for non-performance of assigned duties.

Ex-President, Barack Obama, and Attorney General, Eric Holder appointed Mr. Pilger to his current position. In the nine (9) years serving in his capacity of Director of the Election Crimes Branch, Mr. Pilger has not prosecuted any cases of voter fraud.

The Virginia Voters Alliance (VVA) and the Public Interest Legal Foundation (PILF) identified more than 5,550 non-citizens removed from the voter rolls of the Commonwealth of Virginia in May 2017. These removed voters, self-identified that they were non-citizens to the Virginia Department of Motor Vehicles (DMV) during their driver's license renewal process. By law, the DMV reported these non-citizens to the Virginia State Board of Elections where they were found to be registered to vote and subsequently removed from the voter database VERIS.

Further investigations revealed that 1,862 of those removed from VERIS, cast 7,474 votes in elections from 1988 thru March, 2017. It is a felony for non-citizens to register to vote under penalty of perjury. It is also a felony for a voter to vote fraudulently being a non-citizen.

This evidence was provided to the Federal District Attorneys in Alexandria, VA and Charlottesville, VA. To date, Mr. Pilger's office has taken no action and therefore should be removed from office.

In September 2017, PILF identified more than 1,000 admitted non-U.S. citizens within the New Jersey voter registration system. Evidence was submitted to the Presidential Advisory

**Commission on Election Integrity for public review. Mr. Pilger apparently has not taken any notice of these matters.**

**Later in September, the City of Philadelphia confirmed and expanded upon a 2016 PILF report originally finding more than 80 noncitizens registered to vote while officially adding hundreds more to the total of those illegally registered. The Commonwealth of Pennsylvania is still investigating the scale of illegal registrants. Mr. Pilger apparently has not offered any guidance or investigative assistance despite the fact that many of these voters were participating in federal elections dating back to the 1990s, according to the Commonwealth.**

**From:** Reagan George <rgeorge137@cox.net>
**Sent:** Monday, November 27, 2017 2:52:31 PM
**To:** Logan Churchwell
**Subject:** FW: Draft petition to remove Richard C. Pilger from office

## See below
Reagan

**From:** Christian Adams [mailto:adams@electionlawcenter.com]
**Sent:** Tuesday, November 21, 2017 8:17 PM
**To:** 'Reagan George'; 'Adams J. Christian'
**Cc:** 'Smith Nancy'
**Subject:** RE: Draft petition to remove Richard C. Pilger from office

I would add Pennsylvania and New Jersey findings also. Logan can get them to you.

**From:** Reagan George [mailto:rgeorge137@cox.net]
**Sent:** Tuesday, November 21, 2017 6:34 PM
**To:** Adams J. Christian <a@electionlawcenter.com>; Christian Adams <adams@electionlawcenter.com>
**Cc:** Smith Nancy <nancy@middleresolution.org>
**Subject:** Draft petition to remove Richard C. Pilger from office

Christian, please look this draft over and see if it is true.

Nancy, we need to talk about getting John Whitbeck and RPV involved as well a TEA Party and other conservative groups to sign the petition. This could go nationally if communicated properly.

The website and sign up area needs to restrict anyone from signing up more than once. So you know what info we should ask for?

Are we going try to hand deliver the printed petitions to Sessions and Trump?

Reagan

P – E – T – I – T – I – O – N

We the People, demand that Richard C. Pilger, Director of the Election Crimes Branch in the Public Integrity Section of the Criminal Division of the United States Department of Justice, be fired for non-performance of assigned duties.

Ex-President, Barack Obama, and Attorney General, Eric Holder appointed Mr. Pilger to his current position. In the nine (9) years serving in his capacity of Director of the Election Crimes Branch, Mr. Pilger has not prosecuted any cases of voter fraud.

The Virginia Voters Alliance (VVA) and the Public Interest Legal Foundation (PILF) identified 5,550 non-citizens removed from the voter rolls of the Commonwealth of Virginia. These removed voters, self-identified that they were non-citizens to the Virginia Department of Motor Vehicles (DMV) during their driver's license renewal process. By law, the DMV reported these non-citizens to the Virginia State Board of Elections where they were found to be registered to vote and subsequently removed from the voter database VERIS.

Further investigations revealed that 1,862 of those removed from VERIS, cast 7,474 votes in elections from 1988 thru March, 2017. It is a felony for non-citizens to register to vote under penalty of perjury. It is also a felony for a voter to vote fraudulently being a non-citizen.

This evidence was provided to the Federal District Attorneys in Alexandria, VA and Charlottesville, VA. To date, Mr. Pilger's office has taken no action and therefore should be removed from office.

VVA-004204