# EXHIBIT J

**From:** Reagan George [rgeorge137@cox.net]
**Sent:** 11/29/2017 11:32:06 AM
**To:** Logan Churchwell [lchurchwell@PublicInterestLegal.org]
**Subject:** RE: Draft petition to remove Richard C. Pilger from office



**From:** Logan Churchwell [mailto:lchurchwell@PublicInterestLegal.org]
**Sent:** Tuesday, November 28, 2017 10:29 AM
**To:** Reagan George
**Subject:** Re: Draft petition to remove Richard C. Pilger from office

[redacted]

**From:** Reagan George <rgeorge137@cox.net>
**Sent:** Monday, November 27, 2017 2:52:31 PM
**To:** Logan Churchwell
**Subject:** FW: Draft petition to remove Richard C. Pilger from office

[redacted]

**From:** Christian Adams [mailto:adams@electionlawcenter.com]
**Sent:** Tuesday, November 21, 2017 8:17 PM
**To:** 'Reagan George'; 'Adams J. Christian'
**Cc:** 'Smith Nancy'
**Subject:** RE: Draft petition to remove Richard C. Pilger from office

I would add Pennsylvania and New Jersey findings also. Logan can get them to you.

**From:** Reagan George [mailto:rgeorge137@cox.net]
**Sent:** Tuesday, November 21, 2017 6:34 PM
**To:** Adams J. Christian <a@electionlawcenter.com>; Christian Adams <adams@electionlawcenter.com>
**Cc:** Smith Nancy <nancy@middleresolution.org>
**Subject:** Draft petition to remove Richard C. Pilger from office

Christian, please look this draft over and see if it is true.

Nancy, we need to talk about getting John Whitbeck and RPV involved as well a TEA Party and other conservative groups to sign the petition. This could go nationally if communicated properly.

The website and sign up area needs to restrict anyone from signing up more than once. So you know what info we should ask for?

Are we going try to hand deliver the printed petitions to Sessions and Trump?

Reagan

## P – E – T – I – T – I – O – N

We the People, demand that Richard C. Pilger, Director of the Election Crimes Branch in the Public Integrity Section of the Criminal Division of the United States Department of Justice, be fired for non-performance of assigned duties.
Ex-President, Barack Obama, and Attorney General, Eric Holder appointed Mr. Pilger to his current position. In the nine (9) years serving in his capacity of Director of the Election Crimes Branch, Mr. Pilger has not prosecuted any cases of voter fraud.
The Virginia Voters Alliance (VVA) and the Public Interest Legal Foundation (PILF) identified 5,550 non-citizens removed from the voter rolls of the Commonwealth of Virginia. These removed voters, self-identified that they were non-citizens to the Virginia Department of Motor Vehicles (DMV) during their driver's license renewal process. By law, the DMV reported these non-citizens to the Virginia State Board of

PILF-ADAMS-0049651

Elections where they were found to be registered to vote and subsequently removed from the voter database VERIS.

Further investigations revealed that 1,862 of those removed from VERIS, cast 7,474 votes in elections from 1988 thru March, 2017. It is a felony for non-citizens to register to vote under penalty of perjury. It is also a felony for a voter to vote fraudulently being a non-citizen.

This evidence was provided to the Federal District Attorneys in Alexandria, VA and Charlottesville, VA. To date, Mr. Pilger's office has taken no action and therefore should be removed from office.