# EXHIBIT K

**From:** Reagan George
**Sent:** Monday, March 14, 2016 1:18 AM
**To:** 'Christian Adams'
**Subject:** RE: Alexandria Resident

Christian;

I talked with Jeremy tonight. We would be happy for David to join our group. We are willing to accept a donation for $10 to $10,000. David's choice. He can mail a check to Virginia Voters Alliance; P.O. Box 221581; Chantilly, VA 20153.

I am ready to mail the other four counties tomorrow.

Reagan

---

**From:** Christian Adams [mailto:a@electionlawcenter.com]
**Sent:** Sunday, March 13, 2016 4:19 PM
**To:** 'Reagan George'; Jeremy Taylor
**Cc:** 'Noel Johnson'
**Subject:** Alexandria Resident

Guys: You may know David Norcross. He is an Alexandria resident and has volunteered to add his name to the complaint if it helps ward off a potential standing attack. Has he donated money to become a member of VVA? If not, I may suggest to him he does so we might have an Alexandria resident in the case to bolster standing.

Must we have a resident? No, not necessarily. But we've long wished we had one in these cases to make standing stronger.

The key question is whether you guys have any problem with David being a co-plaintiff. David was a former RNC counsel and is a rock solid Tea Party kind of guy. (He drives a car with a Gadsen flag sticker for example). I could arrange a meeting if you have any questions. Or, you could entirely veto the idea. It's up to you. Ideally, he makes a donation to VVA and he appears as a member or supporter of VVA.

I'm happy to talk about it further, or, can just instruct him where to send the donation via an email discussion.

Christian