# EXHIBIT R

Message

| | |
|---|---|
| **From:** | Christian Adams ▉@electionlawcenter.com] |
| **Sent:** | 10/11/2016 2:38:09 PM |
| **To:** | 'Ginni' ▉@libertyinc.co] |
| **CC:** | 'Steve Albertson' ▉@gmail.com]; 'Janice Rurup' ▉@judicialwatch.org] |
| **Subject:** | RE: Don't Forget: Membership Meeting TOMORROW! |

Virginia Noncitizen Voters, the state cover up and the Republican response

**From:** Ginni [mailto▉@libertyinc.co]
**Sent:** Tuesday, October 11, 2016 10:31 AM
**To:** Christian Adams ▉@electionlawcenter.com>
**Cc:** Steve Albertson ▉@gmail.com>; Janice Rurup ▉@judicialwatch.org>
**Subject:** Re: Don't Forget: Membership Meeting TOMORROW!

# GREAT - tell us quickly what you want to title this and how much time you need, Christian.

# Janice is preparing the email to go out shortly.

**Ginni Thomas**
888-900-7611
Daily Caller News Foundation ▉@dailycallernewsfoundation.org &
Liberty Consulting / ▉@libertyinc.co /
5765F Burke Centre Parkway #302, Burke, VA  22015
My Public Facebook Page and the archive of interviews at Daily Caller is here.

**Just Posted:** Six specific examples of the Clinton's pay to play efforts to use public office for private gain, from *Clinton Cash* author, Peter Schweizer! Click here.

On Tue, Oct 11, 2016 at 10:28 AM, Christian Adams ▉@electionlawcenter.com> wrote:

I could if you think it is good.  It's also a great chance to explain how the Republicans are incapable of doing anything on this issue because they, well, are Republicans.  Phone is probably best as I have to go to Oregon Thursday for a fed soc event and will be out of the office 2 days.

**From:** Ginni [mailto▉@libertyinc.co]
**Sent:** Tuesday, October 11, 2016 10:22 AM
**To:** Christian Adams ▉@electionlawcenter.com>
**Cc:** Steve Albertson ▉@gmail.com>; Janice Rurup ▉@judicialwatch.org>
**Subject:** Re: Don't Forget: Membership Meeting TOMORROW!

# Christian,

# Do you want to do an update tomorrow at Groundswell on election integrity? By phone or in person?

CONFIDENTIAL

**Ginni Thomas**
888-900-7611

Daily Caller News Foundation ███ █@dailycallernewsfoundation.org &

Liberty Consulting / ███ @libertyinc.co /

5765F Burke Centre Parkway #302, Burke, VA  22015

My Public Facebook Page and the archive of interviews at Daily Caller is here.

**Just Posted**: Six specific examples of the Clinton's pay to play efforts to use public office for private gain, from *Clinton Cash* author, Peter Schweizer! Click here.

On Tue, Oct 11, 2016 at 10:17 AM, Christian Adams - █@electionlawcenter.com> wrote:

Reagan and I have talked daily.  There is a legislative hearing on Thursday the GOP is holding.  They shouldn't but that's another story.

**From:** Ginni [mailto██████@libertyinc.co]
**Sent:** Tuesday, October 11, 2016 10:00 AM
**To:** J. Christian Adams - █@electionlawcenter.com>; Steve Albertson <██████@gmail.com>
**Subject:** Fwd: Don't Forget: Membership Meeting TOMORROW!

# Wondering if you are both connected to Reagan George and this effort in VA to do what can be done at this late date....

**Ginni Thomas**
888-900-7611

Daily Caller News Foundation ███ @dailycallernewsfoundation.org &

Liberty Consulting / ███ @libertyinc.co /

5765F Burke Centre Parkway #302, Burke, VA  22015

My Public Facebook Page and the archive of interviews at Daily Caller is here.

**Just Posted**: Six specific examples of the Clinton's pay to play efforts to use public office for private gain, from *Clinton Cash* author, Peter Schweizer! Click here.

---------- Forwarded message ----------
**From: Middle Resolution** ███ @middleresolution.org>
**Date:** Tue, Oct 11, 2016 at 9:00 AM
**Subject:** Don't Forget: Membership Meeting TOMORROW!
**To:**███ @libertyinc.co

CONFIDENTIAL

CONFIDENTIAL

SA-001-001073

Dear Friends of the Middle Resolution,

We don't want you to forget about our Membership Meeting **TOMORROW**! We will have special guest, Reagan George, from the Virginia Voters Alliance discussing the very real and important issue of Voter Fraud. Coffee, Juice, and Pastries will be served, so you won't want to be late!

**When**: *TOMORROW*, October 12, 2016
**Time:** 7-9AM,
**Where:** Historic Hanover Tavern (13181 Hanover Courthouse Rd. Hanover, VA 23069)

**Agenda:**
- Virginia Voter Registration Project
- Upcoming Elections
- Preparing for the 2017 General Assembly Session
- Four Points to Consider Before Voting on Election Day
- Review of 2 Proposed Amendments to VA's Constitution on 2016's Ballot
- Special Guest Speaker: **Reagan George of Virginia Voters Alliance**
      *Topic: Voter Fraud in Virginia is Real, and We're Doing Something About It*

We have so much to discuss and prepare for! <u>**Your presence is greatly appreciated and encouraged, as none of what we have or will accomplish could be done without you!**</u>

CONFIDENTIAL

See you tomorrow!

Sincerely,

Your Middle Resolution Team,

The Middle Resolution
P.O. Box 479
Mechanicsville, VA 23111
P: 804-746-1508
F: 804-730-4780

Facebook

Twitter

Instagram

CONFIDENTIAL

Website

Copyright © 2016 Middle Resolution PAC, All rights reserved.
You are receiving this email because you requested to have Middle Resolution PAC to send you updates via email regarding important elections and legislation happening in Virginia.

**Our mailing address is:**

Middle Resolution PAC

P.O. Box 479

Mechanicsville, VA 23111

Add us to your address book

unsubscribe from this list   update subscription preferences

SA-001-001076