EXHIBIT C

| | |
|---|---|
| From: | Tierney Sneed [tierney@talkingpointsmemo.com] |
| Sent: | 4/12/2018 10:02:40 AM |
| To: | Logan Churchwell [lchurchwell@PublicInterestLegal.org] |
| Subject: | lawsuit |

Hi Logan,
I've caught wing of a lawsuit being filed in federal court today against PILF and J Christian Adams. It is being brought by 4 Virginians who say they were labeled in your " Alien Invasion" reports as being non-citizens who were illegally registered, despite the fact that all four are citizens eligible to vote in Virginia. The lawsuit accuse Adams/PILF of voter intimidation, VRA violations, and defamation, by including their names — and in some cases, personal info such as phone numbers and address — in your reports and it appendices. I wanted to give you a chance to respond. Sounds like the lawsuit is going to be filed within the next half hour, maybe sooner. So let me know ASAP if you're going to want to comment.

Thanks,
Tierney


--
Tierney Sneed
Talking Points Memo
202-758-3048 ext 204
@tierney_megan