# EXHIBIT K

# Romes, Ana

| | |
|---|---|
| **From:** | Lockerby, Michael J. |
| **Sent:** | Monday, March 18, 2019 5:02 PM |
| **To:** | Cleminshaw, Nicole M; anisa.somani@probonolaw.com; acelli@ecbalaw.com; akaufman@ecbalaw.com; AllisonRiggs@southerncoalition.org; Andrew.Hanson@probonolaw.com; cameron.kistler@protectdemocracy.org; dlmlcwas@skadden.com; Geoffrey.Wyatt@probonolaw.com; JaclynMaffetore@southerncoalition.org; jeffloperfido@scsj.org; larry.schwartztol@protectdemocracy.org; Lauren.Eisenberg@probonolaw.com; Sam.Levor@probonolaw.com; Sean.Tepe@probonolaw.com; Zachary.Martin@probonolaw.com; Davis, Bill; Romes, Ana; Evans, Eli L. |
| **Cc:** | Davis, Bill; Romes, Ana; Evans, Eli L. |
| **Subject:** | FW: [Ext] RE: LULAC v. PILF and Adams: Subpoena to Skadden |
| **Attachments:** | 20190317.zip |

Dear Counsel:

Attached please find documents produced by Skadden Arps in response to Defendants' subpoena.

I have yet to hear whether Mr. Albertson personally is represented by counsel in this matter.

Michael J. Lockerby

Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.945.6079

View My Bio
Visit Foley.com



| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TAMPA |
| BOSTON | HOUSTON | MIAMI | SAN DIEGO | WASHINGTON, D.C. |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN FRANCISCO | BRUSSELS |
| DALLAS | LOS ANGELES | NEW YORK | SILICON VALLEY | TOKYO |
| DENVER | MADISON | ORLANDO | TALLAHASSEE | |

---

**From:** Haberman, Lauren A <Lauren.Haberman@skadden.com>
**Sent:** Monday, March 18, 2019 4:11 PM
**To:** Lockerby, Michael J. <MLockerby@foley.com>
**Cc:** Carney, David E <David.Carney@skadden.com>; Davis, Bill <WDavis@foley.com>; Romes, Ana <aromes@foley.com>;

Evans, Eli L. <EEvans@foley.com>
**Subject:** RE: [Ext] RE: LULAC v. PILF and Adams: Subpoena to Skadden

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Attached is an unsecured zip file.  Please let me know if you encounter any issue accessing the documents.  Thank you.

---

**From:** MLockerby@foley.com [mailto:MLockerby@foley.com]
**Sent:** Saturday, March 16, 2019 7:49 AM
**To:** Haberman, Lauren A (NYC)
**Cc:** Carney, David E (WAS); WDavis@foley.com; aromes@foley.com; EEvans@foley.com
**Subject:** [Ext] RE: LULAC v. PILF and Adams: Subpoena to Skadden

Thank you.

I cannot get the password to work.  Also, if Defendants seek to depose Steve Albertson, will the Skadden OGC be representing him in connection with that?


Michael J. Lockerby

Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.945.6079

View My Bio
Visit Foley.com



| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TAMPA |
| BOSTON | HOUSTON | MIAMI | SAN DIEGO | WASHINGTON, D.C. |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN FRANCISCO | BRUSSELS |
| DALLAS | LOS ANGELES | NEW YORK | SILICON VALLEY | TOKYO |
| DENVER | MADISON | ORLANDO | TALLAHASSEE | |