IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-00423 (LO/IDD) |
| PUB. INTEREST LEGAL FOUND., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Re-open the Deposition of Defendant J. Christian Adams [Dkt. No. 158] is **GRANTED**. The scope of the deposition shall be limited to the new documents produced and shall be in accordance with the duration provided by Fed. R. Civ. P. 30(d).

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 24th day of May 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia