IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| League of United Latin American Citizens – Richmond Region Council 4614, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC INTEREST LEGAL FOUNDATION, an Indiana Corporation, and J. CHRISTIAN ADAMS, <br><br> Defendants. | Civil Action No. 1:18-cv-00423-LO-IDD |

**NOTICE OF SUBMISSION OF PROPOSED STIPULATED JOINT PRETRIAL SCHEDULING ORDER**

Pursuant to this Court's instruction at the May 17, 2019 Final Pretrial Conference and Dkt. No. 157, the parties hereto, by counsel, hereby file this Notice of Submission of a Proposed Stipulated Joint Pretrial Scheduling Order. The parties respectfully request entry of their Proposed Stipulated Joint Pretrial Scheduling Order, which is attached as Exhibit 1 to this Notice.

Dated: May 31, 2019

Respectfully submitted,

 */s/ Michael J. Lockerby*
 MICHAEL J. LOCKERBY (VSB No. 24003)
 ELI L. EVANS (VSB No. 90700)
 **FOLEY & LARDNER LLP**
 Washington Harbour
 3000 K Street, N.W., Suite 600
 Washington, D.C. 20007-5109
 Telephone: 202-945-6079

Respectfully submitted,

 */s/ Nicole Cleminshaw*
 NICOLE M. CLEMINSHAW (VSB No. 92161)
 CHRISTOPHER S. HERLIHY (VSB No. 93558)
 ANISA A. SOMANI (VSB No. 86103)
 GEOFFREY M. WYATT (*Pro hac vice*)
 SEAN M. TEPE (*Pro hac vice*)

Facsimile: 202-672-5399
mlockerby@foley.com
eevans@foley.com

WILLIAM E. DAVIS (*Pro hac vice*)
ANA ROMES (*Pro hac vice*)
**FOLEY & LARDNER LLP**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-482-8404
Facsimile: 305-482-8600
wdavis@foley.com
aromes@foley.com
*Counsel for Defendants Public Interest Legal Foundation and J. Christian Adams*

MATTHEW E. KELLY (VSB No. 84045)
SETH D. BERLIN (*Pro hac vice*)
**BALLARD SPAHR LLP**
1909 K Street, NW | 12th Floor
Washington, DC 20006
Telephone: (202) 518-1112
Facsimile: (202) 661-2299
kelleym@ballardspahr.com
berlins@ballardspahr.com
*Counsel for Defendant J. Christian Adams*

STEVEN D. ZANSBERG (*Pro hac vice*)
**BALLARD SPAHR LLP**
1225 Seventeenth Street, Suite 2300
Denver, CO 80202
Telephone: (303) 376-2409
Facsimile: (303) 296-3956
zansbergs@ballardspahr.com
*Counsel for Defendant J. Christian Adams*

ANDREW HANSON (*Pro hac vice*)
ZACHARY W. MARTIN (*Pro hac vice*)
JOHN R. THORNBURGH II (*Pro hac vice*)
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7293
Facsimile:    (202) 661-8293
Christopher.Herlihy@probonolaw.com
Anisa.Somani@probonolaw.com
Nicole.Cleminshaw@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com
John.Thornburgh@probonolaw.com

ALLISON RIGGS (*Pro hac vice*)
JACLYN MAFFETORE (*Pro hac vice*)
JEFFREY LOPERFIDO (*Pro hac vice*)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone:    (919) 323-3380
Facsimile:    (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

CAMERON KISTLER (*Pro hac vice*)
GENEVIEVE NADEAU (*Pro hac vice*)
JAMILA BENKATO (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006
Telephone:    (202) 599-0466
Facsimile:    (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@ protectdemocracy.org

LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202)-599-0466

Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org

ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
DAVID LEBOWITZ (*Pro hac vice*)
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

*Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, and Abby Jo Gearhart*

3

**CERTIFICATE OF SERVICE**

I, Nicole M. Cleminshaw, hereby certify that on May 31, 2019, I electronically filed the foregoing Notice of Submission of Proposed Stipulated Joint Pretrial Scheduling Order using the CM/ECF system, which shall send notification of such filing (NEF) to the following counsel of record:

Michael J. Lockerby, Esq.
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007
mlockerby@foley.com

*Counsel for Defendants*

Matthew E. Kelly
Ballard Spahr LLP
1909 K Street, NW | 12th Floor
Washington, DC 20006
kelleym@ballardspahr.com

*Counsel for Defendant J. Christian Adams*

                                            /s/
Nicole M. Cleminshaw (VSB No.92161 )
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7293
Facsimile:    (202) 661-8293
Nicole.Cleminshaw@probonolaw.com

*Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciana Freeman, Abby Jo Gearhart*