IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| League of United Latin American Citizens – Richmond Region Council 4614, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC INTEREST LEGAL FOUNDATION, an Indiana Corporation, and J. CHRISTIAN ADAMS, <br><br> Defendants. | Civil Action No. 1:18-cv-00423-LO-IDD |

## STIPULATED JOINT PRETRIAL SCHEDULING ORDER

Pursuant to this Court's instruction at the May 17, 2019 Final Pretrial Conference and Dkt. No. 157, the parties hereto, by counsel, hereby jointly stipulate to and propose the following pretrial schedule in this matter:

| Deadline to file: <br> • Objections to proposed exhibits <br> • Objections to proposed designation designations | 6/4/2019 (previously set by Court) |
|---|---|
| Deadline to file Summary Judgment Motions | 6/14/2019 |
| Deadline to file Summary Judgment Opposition Briefs | 7/1/2019 |
| Deadline to file Summary Judgment Reply Briefs | 7/12/2019 |
| Summary Judgment Hearing | 7/19/2019 |
| Deadline to file Motions *in limine* | 7/30/2019 |
| Deadline to file Motions *in limine* Opposition Briefs | 8/6/2019 |

| Deadline to file Motions *in limine* Reply Briefs | 8/13/2019 |
| --- | --- |
| Motions *in limine* Hearing | 8/16/2019 |
| Deadline to serve trial subpoenas | 8/26/2019 |
| Deadline by which parties must attain Court permission to use courtroom technology | 8/26/2019 |
| Deadline to file:<br>• Proposed jury instructions<br>• Proposed voir dire questions | 8/30/2019 |
| Trial | 9/9/2019, 10:00 a.m. (previously set by Court) |

Based on the foregoing and pursuant to this Court's instruction, the Parties jointly submit and respectfully request entry of the above schedule.

The parties also respectfully request that the page limitations set forth in Local Civil Rule 7(F)(3) be construed so as not to include tables of contents, table of authorities, or signature blocks.

It is so ORDERED this __31st__ day of __May__, 2019.

_____
Honorable Liam O'Grady
United States District Judge

2