## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS - RICHMOND REGION COUNCIL 4614, ELIUD BONILLA, LUCIANIA FREEMAN, and ABBY JO GEARHART, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-00423 (LO/IDD) |
| v. | ) ) ) ) | |
| PUBLIC INTEREST LEGAL FOUNDATION and J. CHRISTIAN ADAMS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' OBJECTIONS TO
## PLAINTIFFS' PROPOSED DEPOSITION DESIGNATIONS

Defendants, Public Interest Legal Foundation and J. Christian Adams, by counsel, respectfully state as follows for their objections to Plaintiffs' Proposed Deposition Designations (Dkt. #156). In addition to the following specific objections, Defendants object to Plaintiffs' proposed use of deposition designations for non-party witnesses who are within the subpoena power of the Court and available to testify at trial. The parties have agreed to reserve the right to object to counter designated testimony before the commencement of trial.

| Public Interest Legal Foundation 30(b)(6) designee, J. Christian Adams, taken April 18, 2019 ||
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 6:8-9 | |
| 6:22-7:1 | |
| 8:5-23 | Form-Document speaks for itself |
| 14:14-18 | |

| Public Interest Legal Foundation 30(b)(6) designee, J. Christian Adams, taken April 18, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 16:19-18:17 | Form-Document speaks for itself |
| 21:20-23:12 | Form-Document speaks for itself; Form-Asked and answered |
| 24:20-25:17 | 401/403-Relevance; 403-Prejudice |
| 27:14-18 | |
| 30:24-32:15 | Form-Document speaks for itself |
| 33:12-15 | 401/403-Relevance; 403-Prejudice; 106-Completeness |
| 34:5-25 | Form-Document speaks for itself |
| 35:5-37:14 | 401/403-Relevance; 403-Prejudice; 801/07-Hearsay; Form-Document speaks for itself |
| 38:16-39:5 | Form-Document speaks for itself |
| 39:24-41:4 | 801/07-Hearsay; Form-Document speaks for itself; 401/403-Relevance; 403-Prejudice |
| 42:17-44:15 | Form-Vague; 401/403-Relevance; 403-Prejudice |
| 49:2-51:11 | Form-Document speaks for itself; 401/403-Relevance; 403-Prejudice |
| 52:14-20 | |
| 54:1-55:2 | 602-Foundation; Form-Document speaks for itself; Form-Vague |
| 56:25-57:8 | |
| 57:22-58:20 | |
| 59:5-60:25 | Form-Document speaks for itself |
| 61:8-61:25 | Form-Document speaks for itself |
| 67:25-68:5 | |
| 68:11-69:20 | Form-Document speaks for itself; Form-Vague |
| 78:14-79:2 | Form-Document speaks for itself; 602-Foundation |
| 79:12-80:4 | Form-Document speaks for itself |
| 92:1-17 | |
| 93:22-95:22 | |
| 102:12-103:20 | Form-Document speaks for itself |
| 106:17-107:12 | Form-Document speaks for itself |
| 108:10-110:3 | Form-Document speaks for itself |
| 111:7-15 | Form-Document speaks for itself |
| 112:5-16 | Form-Asked and answered |
| 113:10-14 | 602-Foundation; 401/403-Relevance; 403-Prejudice; Form-Asked and answered |
| 117:18-119:10 | Form-Document speaks for itself |
| 120:1-121:4 | Form-Document speaks for itself |
| 122:12-127:5 | Form-Document speaks for itself; Form-Argumentative |
| 130:1-11 | Form-Document speaks for itself |
| 132:6-135:12 | Form-Document speaks for itself; 106-Completeness; 801/07-Hearsay |
| 136:16-138:21 | Form-Document speaks for itself; 106-Completeness; 801/07-Hearsay |

| Public Interest Legal Foundation 30(b)(6) designee, J. Christian Adams, taken April 18, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 140:17-141:24 | Form-Document speaks for itself; 106-Completeness; 801/07-Hearsay |
| 142:2-144:20 | 106-Completeness; Form-Argumentative |
| 144:23-145:13 | Form-Asked and answered |
| 145:22-148:2 | Form-Asked and answered; 401/403-Relevance; 403-Prejudice, Form-Argumentative |
| 148:13-151:19 | Form-Asked and answered; 401/403-Relevance; 403-Prejudice; Form-Argumentative; 106-Completeness |
| 155:11-161:4 | Form-Document speaks for itself |
| 162:14-24 | Form-Document speaks for itself |
| 165:14-168:5 | |
| 168:12-170:20 | Form-Document speaks for itself |
| 170:23-173:16 | Form-Document speaks for itself |
| 174:6-175:24 | Form-Document speaks for itself |
| 177:11-178:9 | |
| 181:23-185:16 | Form-Document speaks for itself; 801/07-Hearsay |
| 185:22-189:3 | |
| 190:12-191:4 | |
| 192:3-193:11 | Form-Document speaks for itself |
| 194:22-195:17 | Form-Document speaks for itself |
| 202:12-204:4 | |
| 206:17-210:22 | |
| 212:8-213:8 | |
| 213:15-215:2 | Form-Document speaks for itself; 801/07-Hearsay |
| 215:10-219:8 | Form-Document speaks for itself; 106-Completeness |
| 224:22-225:1 | Form-Document speaks for itself |
| 230:20-233:8 | Form-Document speaks for itself; 801/07-Hearsay; 602-Foundation |
| 235:19-236:1 | |
| 236:7-237:12 | Form-Document speaks for itself; 801/07-Hearsay |
| 238:7-12 | |
| 238:18-241:12 | Form-Document speaks for itself |
| 244:6-10 | Form-Document speaks for itself |
| 244:15-245:9 | |
| 246:6-247:1 | Form-Document speaks for itself; 801/07-Hearsay |
| 247:22-248:25 | 801/07-Hearsay; 401/403-Relevance; 403-Prejudice |
| 251:19-252:2 | Form-Argumentative |
| 253:9-257:12 | 801/07-Hearsay; 602-Foundation |
| 257:22-259:3 | 801/07-Hearsay; 602-Foundation |
| 260:2-261:13 | 801/07-Hearsay; Form-Document speaks for itself |
| 261:19-262:15 | 801/07-Hearsay; 602-Foundation; Form-Document speaks for itself |
| 263:2-265:14 | 801/07-Hearsay; 602-Foundation; Form-Document speaks for itself |
| 265:19-268:2 | 801/07-Hearsay; 602-Foundation; Form-Document speaks for itself |
| 276:19-25 | 602-Foundation |

| Public Interest Legal Foundation 30(b)(6) designee, J. Christian Adams, taken April 18, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 277:6-9 | 602-Foundation; 401/403-Relevance; 403-Prejudice |
| 278:14-282:1 | Form-Document speaks for itself; 106-Completeness; 801/07-Hearsay; Form-Asked and answered |
| 282:8-285:13 | |
| 285:20-287:9 | 801/07-Hearsay; Form-Document speaks for itself |
| 288:1-13 | |
| 290:22-291:17 | |
| 296:6-20 | |
| 297:3-298:5 | Form-Document speaks for itself |
| 298:17-299:3 | |
| 299:9-23 | |
| 301:10-19 | |
| 302:13-19 | |
| 303:11-304:12 | |
| 304:18-305:11 | |
| 305:17-306:3 | |
| 306:9-307:7 | |
| 307:13-307:23 | |
| 308:2-308:17 | |
| 308:23-309:9 | |
| 309:12-311:5 | |
| 311:14-20 | |
| 314:16-315:5 | |
| 315:8-12 | |
| 315:17-316:16 | |
| 316:22-318:5 | |
| 318:10-320:5 | |
| 320:16-321:11 | Form-Document speaks for itself; 106-Completeness |
| 321:12-16 | 401/403-Relevance; 403-Prejudice |
| 321:19-322:8 | 401/403-Relevance; 403-Prejudice |
| 322:15-323:13 | 401/403-Relevance; 403-Prejudice |
| 323:19-324:5 | 401/403-Relevance; 403-Prejudice |
| 324:11-325:15 | 401/403-Relevance; 403-Prejudice |
| 325:21-326:9 | 401/403-Relevance; 403-Prejudice |
| 326:24-327:2 | 401/403-Relevance; 403-Prejudice |

| J. Christian Adams, taken April 22, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 6:6-14 | |
| 7:12-15 | |
| 7:22-10:14 | Form-Asked and answered (7:22-8:2, 10:10-10:14) |
| 12:17-14:20 | |
| 15:3-8 | Form-Asked and answered; Form--Argumentative |
| 15:11-16:3 | Form-Asked and answered; Form-Argumentative |
| 16:17-18 | Form-Argumentative; Form-Vague |
| 16:20-17:4 | Form-Argumentative; Form-Vague |
| 17:6-7 | |
| 17:15-17 | |
| 17:24-25 | |
| 18:8-12 | |
| 18:19-21 | |
| 19:13-20:11 | Form-Argumentative; Form-Asked and answered (20:8-20:11) |
| 21:5-9 | |
| 21:13-22 | |
| 22:1-21 | |
| 23:1-24 | |
| 26:4-27:6 | |
| 30:8-13 | |
| 30:22-31:8 | |
| 31:13-32:3 | |
| 32:13-21 | |
| 33:2-3 | |
| 33:20-34:20 | |
| 35:2-10 | |
| 35:15-37:12 | |
| 37:18-38:11 | |
| 40:14-41:21 | |
| 42:15-43:2 | 401/403-Relevance; 403-Prejudice |
| 44:18 – 46:7 | 401/403-Relevance; 403-Prejudice |
| 46:16-47:4 | 401/403-Relevance; 403-Prejudice |
| 47:6-48:25 | 401/403-Relevance; 403-Prejudice; 701-Improper lay testimony; Form-Legal conclusion |
| 49:11-50:6 | 401/403-Relevance; 403-Prejudice |
| 50:16-23 | 401/403-Relevance; 403-Prejudice |
| 51:9-52:22 | 401/403-Relevance; 403-Prejudice |
| 52:23-53:2 | 401/403-Relevance; 403-Prejudice |
| 55:12-25 | |
| 57:13-17 | |
| 60:18-61:8 | |

| J. Christian Adams, taken April 22, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 61:13-19 | |
| 62:2-5 | |
| 62:9-12 | |
| 63:7-15 | |
| 64:2-7 | |
| 64:14-68:6 | |
| 70:8-74:6 | |
| 75:9-11 | |
| 75:16-76:4 | |
| 76:6-15 | |
| 79:8-10 | |
| 79:14-80:4 | |
| 80:11-12 | |
| 82:9-85:9 | |
| 86:18-87:10 | |
| 88:2-5 | |
| 90:5-91:19 | |
| 92:7-23 | |
| 93:6-23 | 401/403-Relevance; 403-Prejudice; 602-Foundation; Form-Document speaks for itself |
| 94:14-17 | 401/403-Relevance; 403-Prejudice; 602-Foundation; Form-Document speaks for itself |
| 95:21-96:10 | 401/403-Relevance; 403-Prejudice; 602-Foundation; Form-Document speaks for itself |
| 96:12-23 | |
| 97:2-12 | |
| 97:24-99:5 | |
| 99:9-17 | |
| 99:19-100:3 | 401/403-Relevance; 403-Prejudice |
| 100:12-15 | 401/403-Relevance; 403-Prejudice |
| 101:4-102:2 | 401/403-Relevance; 403-Prejudice |
| 102:19-104:25 | 401/403-Relevance; 403-Prejudice |
| 105:12-19 | |
| 107:18-109:11 | |
| 109:19-110:16 | |
| 112:13-114:10 | |
| 117:21-118:6 | |
| 119:24-121:25 | |
| 123:20-114:10 | |
| 117:21-118:6 | |
| 119:24-121:25 | |
| 123:20-124:19 | |
| 126:5-127:7 | |

| J. Christian Adams, taken April 22, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 127:9-129:1 | |
| 131:7-9 | 401/403-Relevance; 403-Prejudice |
| 131:23-133:1 | 106-Completeness; 401/403-Relevance; 403-Prejudice |
| 133:23-134:9 | 401/403-Relevance; 403-Prejudice |
| 136:2-19 | 401/403-Relevance; 403-Prejudice |
| 137:15-20 | 401/403-Relevance; 403-Prejudice |
| 138:1-21 | 401/403-Relevance; 403-Prejudice |
| 139:5-12 | 401/403-Relevance; 403-Prejudice |
| 142:7-20 | 401/403-Relevance; 403-Prejudice |
| 143:20-145:3 | 401/403-Relevance; 403-Prejudice |
| 147:2-6 | 106-Completeness; 401/403-Relevance; 403-Prejudice |
| 147:12-21 | 401/403-Relevance; 403-Prejudice |
| 149:15-150:5 | 401/403-Relevance; 403-Prejudice |
| 152:23-153:6 | 401/403-Relevance; 403-Prejudice |
| 153:13-154:15 | 401/403-Relevance; 403-Prejudice |
| 156:13-158:12 | 401/403-Relevance; 403-Prejudice |
| 158:22-159:16 | 401/403-Relevance; 403-Prejudice |
| 160:5-162:3 | |
| 163:8-164:6 | |
| 169:5-170:16 | 401/403-Relevance; 403-Prejudice |
| 170:21-171:6 | 401/403-Relevance; 403-Prejudice |
| 171:9-15 | 401/403-Relevance; 403-Prejudice |
| 171:18-172:1 | 401/403-Relevance; 403-Prejudice |
| 173:16-174:21 | 401/403-Relevance; 403-Prejudice |
| 175:2-5 | 401/403-Relevance; 403-Prejudice |
| 176:21-177:20 | 401/403-Relevance; 403-Prejudice |
| 178:1-181:14 | 401/403-Relevance; 403-Prejudice |
| 249:9-16 | |
| 252:16-253:12 | |
| 254:6-255:19 | |
| 256:9-257:2 | |
| 258:7-10 | |
| 258:19-259:1 | |
| 259:13-263:11 | 401/403-Relevance; 403-Prejudice; 407-Subsequent remedial measures |
| 263:14-265:9 | 401/403-Relevance; 403-Prejudice; 407-Subsequent remedial measures |
| 268:11-25 | |

| Virginia Department of Elections 30(b)(6) designee, Edgardo Cortes, taken April 10, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 12:20-23 | |
| 20:14-25:5 | |
| 25:12-30:23 | |
| 45:2-48:16 | 106-Completeness (48:17-51:13, 51:16-53:9) |
| 182:17-183:13 | 602-Foundation; 401/403-Relevance; 403-Prejudice; 801/07-Hearsay; 106-Completeness (183:14-185:13, 186:2-189:7, 189:11, 190:7, 190:10-190:18, 191:2-193:3, 215:19-217:14, 218:22-221:10) |
| 196:13-15 | |
| 196:20-198:1 | |
| 198:5-198:10 | |
| 207:2-207:4 | 701-Improper lay testimony; Form-Legal conclusion |
| 207:7-209:17 | 701-Improper lay testimony; Form-Legal conclusion; 106-Completeness (209:18-210:16) |
| 223:24-224:21 | |
| 234:12-235:8 | Form-Document speaks for itself; 106-Completeness (235:9-236:15, 236:19-237:23) |
| 242:3-249:14 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 249:17-249:21 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 249:24-250:24 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 251:2-12 | 701-Improper lay testimony; Form--Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 251:15-20 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 251:23-252:17 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 252:20-253:10 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 253:13-256:2 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 256:5-258:9 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 258:12-259:4 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 259:7-260:3 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 260:6-15 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |
| 263:20-266:12 | Form-Document speaks for itself; 611-Leading questions |
| 266:15-267:5 | Form-Document speaks for itself; 611-Leading questions |

| Virginia Department of Elections 30(b)(6) designee, Edgardo Cortes, taken April 10, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 267:8-268:5 | Form-Document speaks for itself; 611-Leading questions |
| 268:8-17 | Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 269:18-21 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 269:24-270:12 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 271:7-12 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 271:19-272:18 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602--Foundation |
| 272:21 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 273:5-16 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 273:19-274:13 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 274:16-275:1 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 275:6-276:14 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 276:17-277:11 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 277:14-279:14 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 279:17-281:5 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation |
| 281:21-282:8 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions; 602-Foundation; 401/403-Relevance; 403-Prejudice |
| 295:12-18 | 701-Improper lay testimony; Form-Legal conclusion; Form-Document speaks for itself; 611-Leading questions |

| Virginia Voters Alliance 30(b)(6) designee, Reagan George, taken March 15, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 7:20-22 | |
| 8:3-4 | |
| 9:18-22 | |
| 16:24-17:11 | |
| 18:18- 25 | |
| 19:25-20:5 | |
| 21:17-22:5 | |
| 24:21-25:22 | |
| 27:19-28:3 | |
| 34:11-35:9 | |
| 35:22-37:14 | |
| 37:18-40:10 | |
| 44:23-46:4 | |
| 46:8-50:24 | |
| 51:9-52:9 | |
| 52:12-53:1 | |
| 53:25-55:16 | |
| 56:22-24 | |
| 57:7-17 | |
| 60:23-63:17 | |
| 63:22-64:4 | |
| 64:10-13 | |
| 67:6-21 | |
| 68:2-70:10 | |
| 80:16-18 | |
| 82:9-85:3 | |
| 85:8-86:5 | 106-Completeness (86:6-86:25) |
| 87:1-16 | 106-Completeness (87:17-87:23) |
| 87:24-88:3 | |
| 97:1-99:4 | |
| 101:2-102:10 | |
| 102:13 | |
| 102:16 | |
| 102:19-103:2 | |
| 107:2-108:16 | |
| 108:19-25 | 106-Completeness (109:1-109:4) |
| 111:3-20 | |
| 113:4-8 | |
| 113:11-17 | Form-Asked and answered; 106-Completeness (113:18-113:24) |
| 115:12-116:9 | |
| 116:19-118:4 | |
| 118:16-119:2 | |

| Virginia Voters Alliance 30(b)(6) designee, Reagan George, taken March 15, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 119:18-120:22 | |
| 121:25-123:18 | |
| 131:3-134:3 | |
| 138:5-139:8 | |
| 140:4-141:2 | |
| 141:16-17 | |
| 141:22-142:4 | |
| 144:14-145:9 | |
| 146:1-147:10 | |
| 147:13-22 | |
| 148:12-149:3 | |
| 152:2-5 | |
| 152:20-153:16 | 602-Foundation |
| 158:18-160:3 | 602-Foundation |
| 160:19-161:2 | 602-Foundation |
| 167:3-8 | |
| 167:20-24 | |
| 186:5-11 | |
| 186:17-190:6 | |
| 191:15-192:2 | 602-Foundation; Form-Document speaks for itself |
| 192:4-22 | |
| 192:25-193:2 | |
| 193:23-25 | |
| 194:12-197:25 | 602-Foundation; Form-Document speaks for itself |
| 203:12-25 | |
| 210:23-212:21 | |
| 214:15-215:19 | |
| 216:1-217:25 | |
| 218:17-218:25 | |
| 219:12-224:5 | |
| 224:21-225:8 | 602-Foundation; Form-Document speaks for itself; 106-Completeness |
| 230:2-23 | |
| 239:5-6 | |
| 239:10-22 | |
| 240:3-9 | 401/403-Relevance; 403-Prejudice |
| 240:13-241:6 | 401/403-Relevance; 403-Prejudice |
| 241:14-242:19 | 401/403-Relevance; 403-Prejudice |
| 242:22-243:13 | 401/403-Relevance; 403-Prejudice |
| 244:11-24 | 401/403-Relevance; 403-Prejudice |
| 245:4-246:15 | 401/403-Relevance; 403-Prejudice |
| 247:1-20 | 401/403-Relevance; 403-Prejudice |
| 248:6-23 | |

| Virginia Voters Alliance 30(b)(6) designee, Reagan George, taken March 15, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 249:1-25 | |
| 250:5-253:10 | |
| 291:15-291:17 | |
| 293:20-294:12 | |
| 294:23-296:9 | |

| Noel Johnson, taken April 12, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 10:11-13 | |
| 11:2-10 | |
| 17:15-18:5 | |
| 19:21-20:9 | |
| 22:21-23:2 | |
| 24:6-20 | |
| 31:15-17 | |
| 31:22-34:20 | |
| 36:19-37:23 | |
| 37:24-38:2 | |
| 38:5 | |
| 38:7-15 | |
| 38:22-39:2 | |
| 39:4-6 | |
| 44:5-45:2 | |
| 45:23-46:5 | |
| 46:23-47:21 | |
| 49:22- 52:10 | |
| 52:12-14 | |
| 52:16-52:25 | |
| 53:18-55:21 | |
| 56:23-58:8 | |
| 58:13-59:2 | |
| 59:4-11 | |
| 59:13-17 | |
| 59:22-60:1 | |
| 60:3-7 | |
| 60:9-16 | |
| 60:18-23 | |
| 60:25-61:4 | |
| 61:6-12 | |
| 61:14-21 | |
| 61:23-62:4 | |

| Noel Johnson, taken April 12, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 62:6-11 | |
| 62:13-18 | |
| 62:20-63:1 | |
| 63:3-9 | |
| 63:11-16 | |
| 63:18-22 | |
| 63:24-64:5 | |
| 64:7-12 | |
| 64:14-66:8 | |
| 66:14-67:2 | |
| 67:20-22 | |
| 68:6-15 | |
| 68:17 | |
| 68:19-20 | |
| 68:22 | |
| 68:24-69:6 | |
| 69:8-9 | |
| 69:11-17 | |
| 69:20-70:14 | |
| 70:15-17 | |
| 70:21-71:10 | |
| 71:12-22 | |
| 72:1-13 | |
| 72:21-74:1 | |
| 74:14-75:1 | |
| 75:4-76:11 | |
| 76:12-77:22 | |
| 78:13-81:14 | |
| 81:15-83:6 | |
| 83:8-9 | |
| 83:10-84:1 | |
| 84:2-17 | |
| 84:18-85:3 | |
| 85:6-86:22 | |
| 87:19-21 | |
| 87:22-91:15 | |
| 93:11-95:4 | |
| 95:11-97:19 | |
| 97:21-22 | |
| 98:7-99:6 | |
| 99:10-100:1 | |
| 101:8-102:1 | |
| 103:15-105:5 | |

| Noel Johnson, taken April 12, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 105:7-8 | |
| 107:18-108:16 | |
| 108:19-24 | |
| 110:19-111:1 | |
| 111:3-14 | |
| 111:17-20 | |
| 111:22-114:14 | |
| 114:15-25 | |
| 116:5-24 | |
| 117:20-23 | |
| 118:2-8 | |
| 118:13-121:2 | |
| 121:6-122:9 | |
| 122:13-124:19 | |
| 124:21-22 | |
| 125:17-126:2 | |
| 126:4-11 | |
| 126:13-18 | |
| 127:2-6 | |
| 127:9-10 | |
| 128:6-21 | |
| 128:25-132:18 | |
| 132:20-133:15 | |
| 133:18-19 | |
| 133:21-134:8 | |
| 134:16-136:18 | |
| 136:20-23 | |
| 142:9-143:3 | |
| 143:6-145:20 | |
| 146:9-148:8 | |
| 148:13-19 | |
| 148:23-150:20 | |
| 150:24-153:13 | |
| 153:15-18 | |
| 153:20-154:4 | |
| 162:11-18 | |
| 163:11-12 | |
| 163:14-15 | |
| 165:19-167:5 | Form-Document speaks for itself |
| 180:18-21 | |
| 181:4-17 | |
| 181:21-183:19 | |
| 184:17-20 | |

| Noel Johnson, taken April 12, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 184:22-185:22 | |
| 185:25-186:5 | |
| 186:19-20 | |
| 186:22-187:3 | |
| 187:4-14 | |
| 187:17-189:19 | |
| 190:18-191:19 | |
| 191:21-192:3 | |
| 192:22-194:2 | |
| 194:16-195:10 | |
| 195:14-196:22 | |
| 198:22-199:9 | |
| 200:6-14 | |
| 200:16-17 | |
| 202:21-204:18 | |
| 204:22-206:8 | |
| 206:12-209:7 | |
| 209:10-210:2 | |
| 210:9-211:4 | |
| 211:7-8 | |
| 211:11-21 | |
| 211:23-212:5 | |
| 212:6-13 | |
| 212:24-213:5 | |
| 219:24-220:2 | 401/403-Relevance; 403-Prejudice |
| 220:8-15 | 401/403-Relevance; 403-Prejudice |
| 220:19-223:4 | 401/403-Relevance; 403-Prejudice |
| 223:8-224:20 | |
| 227:11-228:3 | |
| 228:5-10 | |
| 228:14-230:3 | 401/403-Relevance; 403-Prejudice; 407-Subsequent remedial measures |
| 230:7-231:5 | 401/403-Relevance; 403-Prejudice; 407-Subsequent remedial measures |
| 231:7-232:2 | 401/403-Relevance; 403-Prejudice; 407-Subsequent remedial measures |
| 232:7-234:11 | |
| 236:16-237:2 | |
| 237:6-239:20 | |
| 239:24-241:24 | |
| 242:3-243:18 | |
| 243:20-244:8 | |
| 244:10-13 | |

| Noel Johnson, taken April 12, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 244:15-25 | |
| 245:4-246:18 | |
| 280:8-12 | |
| 281:17-285:15 | |
| 285:20-286:4 | |
| 286:6-9 | |

| Virginia Department of Elections 30(b)(6) designee, Christopher Piper, taken April 19, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 158:3-5 | |
| 158:14-25 | |
| 159:1-160:5 | |
| 161:8-165:2 | |
| 165:16-167:3 | |
| 172:18-174:13 | |
| 174:20-25 | |
| 183:23-184:7 | |
| 184:13-185:11 | |
| 185:12-186:12 | 106-Completeness (186:13-187:7) |
| 187:8-189:21 | 106-Completeness (189:22-190:25) |
| 199:22-202:14 | 106-Completeness (202:15-203:1) |
| 205:10-207:1 | |
| 207:24-208:14 | 701-Improper lay testimony; Form--Legal conclusion |
| 208:17-209:2 | 701-Improper lay testimony; Form--Legal conclusion; 602-Foundation |
| 209:5-210:9 | 602-Foundation; Form-Asked and answered; 611-Leading questions |
| 210:12-213:4 | 701-Improper lay testimony; Form-Legal conclusion |
| 213:24-214:7 | Form-Asked and answered; 611-Leading questions; 701-Improper lay testimony; Form-Legal conclusion |
| 214:10-214:25 | Form-Asked and answered; 611-Leading questions; 701-Improper lay testimony; Form-Legal conclusion |

| Virginia Department of Elections 30(b)(6) designee, Arielle Schneider, taken April 19, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 9:22-25 | |
| 10:9-18 | |
| 12:1-5 | |
| 21:10-22:14 | |
| 23:2-20 | |
| 38:23-39:24 | 602-Foundation; Form-Document speaks for itself |
| 40:21-41:3 | 602-Foundation; Form-Document speaks for itself |
| 41:6-24 | 602-Foundation; Form-Document speaks for itself |
| 46:5-15 | |
| 48:18-49:3 | 602-Foundation; Form-Document speaks for itself; 401/403-Relevance; 403-Prejudice |
| 49:6-50:13 | 602-Foundation; Form-Document speaks for itself; 401/403-Relevance; 403-Prejudice; 106-Completeness (217:3-217:6, 217:9-221:10) |

| Virginia Department of Elections 30(b)(6) designee, Matthew Sears, taken April 19, 2019 | |
|---|---|
| Plaintiffs' Designations | Defendants' Objections |
| 63:18-20 | |
| 64:2-11 | |
| 65:21-66:21 | |
| 66:22-69:2 | |
| 69:3-72:4 | |
| 72:5-73:2 | 106-Completeness (73:3-74:4) |
| 74:5-78:1 | |
| 84:8-86:23 | 106-Completeness (87:15-87:20) |
| 91:25-92:8 | |
| 92:12-95:8 | |
| 95:20-96:16 | |
| 109:16-110:5 | |
| 110:15-112:3 | |
| 115:13-116:21 | |
| 117:4-119:12 | |
| 119:25-120:6 | |
| 120:17-122:6 | 106-Completeness (126:20-128:7, 128:10-128:21, 128:24-129:19, 129:23-131:8, 133:25-135:22, 135:25-138:6, 138:8-139:1) |
| 122:9-124:25 | |
| 125:12-126:13 | |
| 139:8-140:9 | |
| 144:10-144:24 | |
| 146:3-13 | 106-Completeness (146:14-146:21) |

Dated:  June 4, 2019

Respectfully submitted,


PUBLIC INTEREST LEGAL FOUNDATION
and J. CHRISTIAN ADAMS

By:  */s/ Michael J. Lockerby*
              Counsel

Michael J. Lockerby (Virginia State Bar No. 24003)
Eli L. Evans (Virginia State Bar No. 90700)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone:  202-945-6079
Facsimile:  202-672-5399
Email:  mlockerby@foley.com
Email:  eevans@foley.com

William E. Davis (Admitted *pro hac vice*)
Ana Romes (Admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone:  305-482-8404
Facsimile:  305-482-8600
Email:  wdavis@foley.com
Email:  aromes@foley.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2019, I filed the foregoing DEFENDANTS'

OBJECTIONS TO PLAINTIFS' DEPOSITION DESIGNATIONS using the CM/ECF system,

which will send a Notice of Electronic Filing (NEF) to all counsel of record.


*/s/ Michael J. Lockerby*