IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS - RICHMOND REGION
COUNCIL 4614, ELIUD BONILLA,
LUCIANIA FREEMAN, and ABBY JO
GEARHART,

                    Plaintiffs,

          v.

PUBLIC INTEREST LEGAL FOUNDATION
and J. CHRISTIAN ADAMS,

                    Defendants.

Civil Action No. 1:18-cv-00423 (LO/IDD)

## PLAINTIFFS' OBJECTIONS / COUNTER DESIGNATIONS TO DEFENDANTS' PROPOSED DEPOSITION DESIGNATIONS

Pursuant to this Court's Order, Dkt. No. 163, Plaintiffs, by counsel, respectfully submit

Plaintiffs' Objections and Proposed Counter Designations to Defendants' Proposed Deposition

Designations, which were filed on May 17, 2019, Dkt No. 154.

The parties have agreed to reserve the right to object to counter designated testimony

prior to the commencement of trial.

| Defendants' Designations  (Bonilla) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objections |
| 9 | 11 | 9 | 14 | 602 - Foundation |
| 10 | 16 | 11 | 13 | 602 – Foundation |
| 11 | 20 | 23 | 17 | 602 - Foundation |
| 13 | 17 | 14 | 3 | 602 - Foundation |
| 17 | 15 | 17 | 29 | 602 - Foundation |
| 18 | 8 | 18 | 16 | 602 - Foundation |
| 21 | 24 | 22 | 13 | Form; Speculation |
| 22 | 14 | 22 | 20 | 602 - Foundation |
| 31 | 6 | 32 | 1 | 401/402 - Relevance; Collateral |

| Page Start | Line Start | Page End | Line End | Objections |
|---|---|---|---|---|
| | | | | Defendants' Designations  (Bonilla) -- Objections |
| 32 | 4 | 32 | 9 | 401/402 - Relevance; 602 - Foundation; Form; Collateral |
| 32 | 12 | 33 | 3 | 401/402 - Relevance; 602 - Foundation; Form; Collateral |
| 33 | 6 | 33 | 23 | 401/402 - Relevance; 602 - Foundation; Collateral |
| 33 | 24 | 35 | 3 | 401/402 - Relevance; Collateral |
| 50 | 3 | 55 | 18 | 401/402 - Relevance; 403 - Prejudice |
| 56 | 3 | 56 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 56 | 16 | 56 | 25 | 401/402 - Relevance; 403 - Prejudice; Form |
| 57 | 5 | 58 | 3 | 401/402 - Relevance; 403 - Prejudice |
| 58 | 4 | 58 | 7 | 401/402 - Relevance; 403 - Prejudice |
| 58 | 20 | 58 | 23 | 401/402 - Relevance; 403 - Prejudice |
| 59 | 1 | 59 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 59 | 14 | 59 | 18 | 401/402 - Relevance; 403 - Prejudice; Form |
| 59 | 21 | 60 | 9 | 401/402 - Relevance; 403 - Prejudice; Form |
| 60 | 12 | 60 | 15 | 401/402 - Relevance; 403 - Prejudice |
| 61 | 8 | 61 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 61 | 15 | 62 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 62 | 21 | 63 | 18 | 401/402 - Relevance; 403 - Prejudice |
| 63 | 19 | 64 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 64 | 3 | 64 | 5 | 403 - Prejudice; Form |
| 64 | 8 | 64 | 9 | 401/402 - Relevance; Form |
| 64 | 10 | 64 | 22 | 403 - Prejudice; 801/07 - Hearsay |
| 64 | 23 | 65 | 7 | 401/402 - Relevance; 403 - Prejudice |
| 66 | 21 | 67 | 17 | 401/402 - Relevance; 403 - Prejudice; 801/07 - Hearsay; Form |
| 67 | 21 | 67 | 23 | 401/402 - Relevance; 403 - Prejudice; 801/07 - Hearsay; Form |
| 78 | 19 | 78 | 22 | 401/402 - Relevance; 403 - Prejudice; Form |
| 78 | 25 | 79 | 5 | 401/402 - Relevance; 403 - Prejudice; Form |
| 79 | 6 | 79 | 8 | 401/402 - Relevance; 403 - Prejudice; Form |
| 79 | 12 | 79 | 16 | 401/402 - Relevance; 403 - Prejudice; Form |
| 79 | 17 | 80 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 80 | 13 | 80 | 15 | 401/402 - Relevance; 403 - Prejudice; Form |
| 80 | 18 | 80 | 19 | Form |
| 80 | 20 | 80 | 22 | 401/402 - Relevance; 403 - Prejudice; Form |
| 81 | 1 | 81 | 11 | 401/402 - Relevance; 403 - Prejudice; Form |
| 82 | 21 | 83 | 6 | 401/402 - Relevance; 403 - Prejudice |
| 84 | 3 | 84 | 6 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Form |
| 84 | 9 | 84 | 13 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Form |
| 84 | 14 | 84 | 17 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; |

| Defendants' Designations (Bonilla) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objections |
| | | | | Form |
| 84 | 20 | 84 | 21 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Form |
| 84 | 20 | 84 | 24 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 85 | 16 | 85 | 23 | 401/402 - Relevance; 403 - Prejudice; Form; 701 Improper Lay Testimony |
| 86 | 1 | 86 | 6 | 401/402 - Relevance; 403 - Prejudice; Form; 701 Improper Lay Testimony |
| 86 | 7 | 86 | 11 | 401/402 - Relevance; 403 - Prejudice; Form; 701 Improper Lay Testimony |
| 86 | 14 | 86 | 24 | 401/402 - Relevance; 403 - Prejudice; Form; 701 Improper Lay Testimony |
| 86 | 25 | 87 | 1 | 401/402 - Relevance; 403 - Prejudice; 701 Improper Lay Testimony |
| 87 | 9 | 87 | 13 | 401/402 - Relevance; 403 - Prejudice; Form; 701 Improper Lay Testimony |
| 87 | 16 | 88 | 6 | 401/402 - Relevance; 403 - Prejudice; Form; 701 Improper Lay Testimony |
| 90 | 19 | 90 | 22 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Form; 701 Improper Lay Testimony |
| 91 | 1 | 91 | 11 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Form; 701 Improper Lay Testimony |
| 91 | 22 | 92 | 2 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; 701 Improper Lay Testimony |
| 92 | 5 | 92 | 6 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; 701 Improper Lay Testimony |
| 95 | 13 | 95 | 17 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; 701 Improper Lay Testimony |
| 96 | 5 | 96 | 12 | 401/402 - Relevance; 403 - Prejudice; Form |
| 96 | 15 | 96 | 17 | 401/402 - Relevance; 403 - Prejudice; Form |
| 96 | 20 | 97 | 6 | 401/402 - Relevance; 403 - Prejudice; Form |
| 97 | 9 | 97 | 16 | 401/402 - Relevance; 403 - Prejudice; Form |
| 97 | 20 | 98 | 2 | 401/402 - Relevance; 403 - Prejudice; Form |
| 98 | 9 | 98 | 14 | 401/402 - Relevance; 403 - Prejudice; Form |
| 98 | 20 | 99 | 8 | 401/402 - Relevance; 403 - Prejudice; Form |
| 100 | 7 | 100 | 10 | 401/402 - Relevance; 403 - Prejudice; Form |
| 100 | 15 | 100 | 24 | 401/402 - Relevance; 403 - Prejudice; Form |
| 102 | 13 | 102 | 24 | 401/402 - Relevance; 403 - Prejudice |
| 105 | 12 | 105 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 117 | 22 | 118 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 127 | 25 | 128 | 25 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 154 | 6 | 154 | 23 | 401/402 - Relevance; 403 - Prejudice |

| Defendants' Designations  (Bonilla) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objections |
| 155 | 1 | 155 | 19 | 401/402 - Relevance; 403 - Prejudice |
| 155 | 20 | 155 | 21 | 401/402 - Relevance; 403 - Prejudice; Form |
| 155 | 25 | 156 | 3 | 401/402 - Relevance; 403 - Prejudice; Form |
| 156 | 25 | 157 | 14 | 401/402 – Relevance; 403- Prejudice |

| Plaintiffs' Counter Designations (Bonilla) |
|---|
| 23:18 - 23:25 |
| 25:6 - 25:6 |
| 28:17 - 29:15 |
| 35:15 - 35:19 |
| 65:10 - 65:20 |
| 70:10 - 71:9 |
| 77:10 - 77:25 |
| 106:12 - 107:6 |
| 111:10 - 112:23 |
| 118:9 - 120:11 |
| 121:9 - 122:9 |
| 126:21 - 126:25 |
| 133:24 - 134:11 |
| 135:6 - 135:22 |
| 137:1 - 137:3 |
| 137:7 - 138:8 |
| 164:15 - 164:25 |
| 166:10 - 166:18 |
| 168:11 - 170:3 |

| Defendants' Designations (Cortes) — Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 11 | 22 | 11 | 23 | Not testimony |
| 54 | 7 | 55 | 18 | 401/402 - Relevance; 403 - Prejudice |
| 55 | 19 | 55 | 22 | Completeness |
| 57 | 11 | 57 | 16 | 401/402 - Relevance; 403 - Prejudice |
| 59 | 23 | 60 | 11 | 401/402 - Relevance; 403 - Prejudice |
| 60 | 15 | 61 | 24 | 401/402 - Relevance; 403 - Prejudice |
| 81 | 5 | 82 | 2 | 401/402 - Relevance |
| 84 | 11 | 85 | 16 | 401/402 - Relevance; 403 - Prejudice |
| 86 | 17 | 87 | 14 | 602 - Foundation |
| 86 | 17 | 87 | 25 | 401/402 - Relevance; 403 - Prejudice |

| Defendants' Designations (Cortes) — Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 92 | 11 | 92 | 16 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 93 | 24 | 94 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 96 | 11 | 96 | 25 | 401/402 - Relevance; 403 - Prejudice |
| 97 | 4 | 97 | 14 | 401/402 - Relevance; 403 - Prejudice; 611 - Leading Questions |
| 102 | 10 | 104 | 6 | 401/402 - Relevance; 403 - Prejudice |
| 105 | 19 | 106 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 108 | 9 | 109 | 10 | 401/402 - Relevance; 403 - Prejudice |
| 112 | 21 | 113 | 19 | 401/402 - Relevance; 403 - Prejudice |
| 114 | 16 | 115 | 4 | 401/402 - Relevance; 403 - Prejudice |
| 115 | 12 | 116 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 119 | 8 | 119 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 128 | 23 | 129 | 15 | 401/402 - Relevance; 403 - Prejudice |
| 131 | 25 | 132 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 133 | 18 | 134 | 22 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Calls for a Legal Opinion |
| 140 | 21 | 140 | 25 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; 611 - Leading Questions |
| 141 | 7 | 141 | 8 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; 611 - Leading Questions |
| 141 | 9 | 141 | 16 | 401/402 - Relevance; 403 - Prejudice; 611 - Leading Questions |
| 141 | 17 | 142 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 145 | 2 | 145 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 147 | 8 | 148 | 21 | 401/402 - Relevance; 403 - Prejudice |
| 150 | 16 | 151 | 19 | 401/402 - Relevance; 403 - Prejudice |
| 153 | 14 | 154 | 11 | 401/402 - Relevance; 403 - Prejudice |
| 154 | 14 | 154 | 14 | 401/402 - Relevance; 403 - Prejudice |
| 154 | 21 | 155 | 15 | 401/402 - Relevance |
| 156 | 23 | 157 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 165 | 25 | 166 | 3 | Completeness |
| 173 | 5 | 173 | 6 | Not testimony |
| 176 | 15 | 176 | 16 | Not testimony |
| 184 | 15 | 185 | 7 | 401/402 - Relevance |
| 189 | 22 | 190 | 7 | 401/402 - Relevance; 403 - Prejudice |
| 190 | 10 | 190 | 18 | 401/402 - Relevance; 403 - Prejudice |
| 194 | 7 | 194 | 8 | Not testimony |
| 199 | 9 | 199 | 19 | 401/402 - Relevance |
| 221 | 5 | 221 | 10 | 401/402 - Relevance; 403 - Prejudice |
| 282 | 16 | 284 | 1 | 401/402 - Relevance; 403 - Prejudice |
| 285 | 13 | 286 | 7 | 401/402 - Relevance; 403 - Prejudice |

| Defendants' Designations (Cortes) — Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 286 | 9 | 286 | 25 | 401/402 - Relevance; 403 - Prejudice |
| 286 | 20 | 286 | 25 | Calls for a Legal Conclusion |
| 287 | 3 | 287 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 287 | 8 | 287 | 13 | Form; Calls for a Legal Conclusion |
| 287 | 20 | 288 | 5 | 401/402 - Relevance; 403 - Prejudice; Form; Calls for a Legal Conclusion |
| 288 | 6 | 288 | 10 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Calls for a Legal Conclusion |
| 288 | 20 | 289 | 1 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Calls for a Legal Conclusion |
| 290 | 16 | 290 | 21 | 403 - Prejudice; 611 - Leading Questions |
| 290 | 24 | 291 | 1 | 403 - Prejudice; 611 - Leading Questions |
| 291 | 11 | 291 | 18 | 403 - Prejudice; 611 - Leading Questions; Form |
| 291 | 21 | 291 | 21 | 403 - Prejudice; 611 - Leading Questions; Form |

| Plaintiffs' Counter Designations (Cortes) |
|---|
| 51:11 - 51:13 |
| 51:16 - 51:25 |
| 57:17 - 57:21 |
| 57:24 - 58:14 |
| 90:11 - 90:13 |
| 158:11 - 159:14 |
| 163:6 - 163:12 |
| 180:3 - 180:15 |
| 181:23 - 182:9 |
| 185:8 - 185:13 |
| 186:2 - 186:5 |
| 186:21 - 187:14 |
| 221:18 - 221:23 |
| 222:4 - 222:8 |
| 229:5 - 229:14 |
| 270:13 - 271:6 |

| Defendants' Designations (Freeman) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 15 | 23 | 16 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 20 | 21 | 21 | 6 | 401/402 - Relevance |
| 23 | 7 | 25 | 20 | 401/402 - Relevance |
| 27 | 8 | 27 | 12 | 602 - Foundation |
| 27 | 13 | 27 | 17 | Form |

| Defendants' Designations (Freeman) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 28 | 1 | 29 | 17 | 401/402 - Relevance |
| 30 | 2 | 31 | 24 | 401/402 - Relevance |
| 31 | 7 | 31 | 24 | 602 - Foundation; 701 Improper Lay Testimony |
| 32 | 9 | 34 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 34 | 24 | 37 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 37 | 16 | 38 | 19 | 401/402 - Relevance; 403 - Prejudice |
| 39 | 10 | 44 | 16 | 401/402 - Relevance; 403 - Prejudice |
| 44 | 24 | 44 | 24 | 403 - Prejudice |
| 44 | 24 | 45 | 25 | 401/402 - Relevance |
| 46 | 10 | 49 | 6 | 401/402 - Relevance; 403 - Prejudice |
| 46 | 10 | 49 | 6 | Form |
| 49 | 9 | 50 | 5 | 401/402 - Relevance; 403 - Prejudice |
| 50 | 6 | 50 | 13 | Form |
| 50 | 6 | 50 | 13 | 602 - Foundation |
| 50 | 16 | 50 | 23 | 401/402 - Relevance; 403 - Prejudice |
| 50 | 16 | 50 | 23 | 602 - Foundation |
| 51 | 24 | 57 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 59 | 8 | 60 | 4 | 401/402 - Relevance |
| 62 | 18 | 65 | 20 | 401/402 - Relevance |
| 66 | 1 | 66 | 17 | Form |
| 66 | 1 | 67 | 17 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 68 | 25 | 69 | 11 | 401/402 - Relevance; 403 - Prejudice |
| 72 | 6 | 73 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 73 | 23 | 75 | 21 | 401/402 - Relevance; 403 - Prejudice |
| 76 | 1 | 76 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 77 | 22 | 78 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 78 | 6 | 78 | 8 | 602 - Foundation; Form |
| 78 | 17 | 78 | 17 | 602 - Foundation; Form |
| 78 | 17 | 79 | 7 | 401/402 - Relevance; 403 - Prejudice |
| 79 | 13 | 79 | 20 | 401/402 - Relevance; 403 - Prejudice |
| 80 | 5 | 80 | 21 | 401/402 - Relevance; 403 - Prejudice |
| 80 | 20 | 80 | 21 | Form |
| 81 | 4 | 81 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 84 | 7 | 85 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 85 | 19 | 86 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 94 | 13 | 94 | 20 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 101 | 8 | 101 | 13 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Completeness |
| 101 | 25 | 102 | 9 | Form |
| 102 | 6 | 102 | 13 | 401/402 - Relevance; 602 - Foundation |

| Defendants' Designations (Freeman) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 102 | 13 | 102 | 21 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 102 | 22 | 103 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 104 | 12 | 104 | 16 | 401/402 - Relevance; Form |
| 105 | 12 | 105 | 12 | Form |
| 105 | 13 | 105 | 18 | Form |
| 105 | 19 | 106 | 13 | Form |
| 106 | 18 | 106 | 18 | Form |
| 106 | 23 | 107 | 1 | Form |
| 108 | 16 | 108 | 25 | Form |
| 109 | 6 | 109 | 10 | Form |
| 110 | 21 | 111 | 21 | 401/402 - Relevance; 403 - Prejudice; 801/07 - Hearsay; Form; 701 Improper Lay Testimony |
| 111 | 24 | 112 | 5 | 401/402 - Relevance; 403 - Prejudice; Form |
| 112 | 16 | 113 | 9 | 401/402 - Relevance; Form |
| 116 | 16 | 122 | 5 | 401/402 - Relevance |
| 121 | 14 | 122 | 5 | Form |
| 126 | 8 | 126 | 11 | Form |
| 133 | 21 | 133 | 25 | Privilege (Attorney-Client) |
| 135 | 10 | 135 | 12 | 401/402 - Relevance |
| 135 | 13 | 135 | 16 | Form |
| 135 | 13 | 135 | 19 | 602 - Foundation |
| 135 | 19 | 135 | 19 | Form |
| 136 | 7 | 136 | 11 | Form |
| 136 | 13 | 136 | 13 | Form |
| 136 | 14 | 139 | 16 | 401/402 - Relevance |
| 139 | 25 | 141 | 1 | 401/402 - Relevance |
| 141 | 6 | 141 | 6 | 401/402 - Relevance |
| 141 | 19 | 142 | 21 | 401/402 - Relevance |
| 143 | 2 | 143 | 10 | 401/402 - Relevance |
| 144 | 2 | 144 | 20 | 401/402 - Relevance; 403 - Prejudice |
| 145 | 6 | 145 | 21 | 401/402 - Relevance; 403 - Prejudice |
| 146 | 7 | 146 | 21 | 401/402 - Relevance; 403 - Prejudice |
| 151 | 2 | 153 | 25 | 401/402 - Relevance |
| 155 | 23 | 158 | 5 | 401/402 - Relevance |
| 164 | 18 | 165 | 4 | 401/402 - Relevance |
| 166 | 5 | 166 | 9 | Form |

| Plaintiffs' Counter Designations (Freeman) |
|---|
| 17:10 - 17:18 |
| 18:13 - 19:5 |

| Plaintiffs' Counter Designations (Freeman) |
|:---:|
| 57:3 - 57:11 |
| 122:19 - 123:16 |
| 130:7 - 130:21 |
| 158:14 - 160:17 |
| 160:20 - 163:5 |
| 163:6 - 164:12 |

| Defendants' Designations (Gearhart) —Objections | | | | |
|:---:|:---:|:---:|:---:|:---:|
| Page Start | Line Start | Page End | Line End | Objection |
| 19 | 7 | 19 | 9 | 401/402 - Relevance; 602 - Foundation |
| 19 | 12 | 19 | 17 | 401/402 - Relevance; 602 - Foundation |
| 19 | 22 | 19 | 22 | 401/402 - Relevance; 602 - Foundation |
| 21 | 18 | 21 | 20 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 21 | 24 | 21 | 24 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 22 | 2 | 22 | 4 | 602 - Foundation; Form |
| 22 | 6 | 22 | 6 | 602 - Foundation; Form |
| 22 | 12 | 22 | 15 | 602 - Foundation; Form |
| 23 | 14 | 23 | 18 | 401/402 - Relevance; 602 - Foundation |
| 23 | 19 | 23 | 22 | 401/402 - Relevance; 602 - Foundation |
| 25 | 9 | 26 | 6 | 401/402 - Relevance |
| 25 | 17 | 25 | 23 | 801/07 - Hearsay |
| 26 | 14 | 26 | 23 | 401/402 - Relevance |
| 27 | 6 | 27 | 21 | 401/402 - Relevance |
| 27 | 16 | 27 | 21 | 602 - Foundation; Form |
| 27 | 25 | 28 | 2 | 401/402 - Relevance; 602 - Foundation; Form |
| 36 | 9 | 36 | 21 | 401/402 - Relevance; 403 - Prejudice |
| 37 | 8 | 37 | 10 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 37 | 13 | 37 | 13 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 37 | 15 | 37 | 21 | 401/402 - Relevance; 403 - Prejudice; 801/07 - Hearsay |
| 37 | 22 | 38 | 14 | 401/402 - Relevance; 403 - Prejudice |
| 41 | 19 | 42 | 16 | 401/402 - Relevance; 403 - Prejudice |
| 43 | 10 | 43 | 21 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 43 | 22 | 44 | 8 | 602 - Foundation |
| 45 | 14 | 45 | 17 | 401/402 - Relevance; Form |
| 45 | 20 | 45 | 20 | 401/402 - Relevance; Form |
| 46 | 8 | 48 | 6 | 401/402 - Relevance; 403 - Prejudice |
| 48 | 3 | 48 | 6 | 602 - Foundation; Form |
| 48 | 11 | 48 | 14 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Form |
| 48 | 18 | 50 | 9 | 401/402 - Relevance |

| Defendants' Designations (Gearhart) —Objections |
|---|

| Page Start | Line Start | Page End | Line End | Objection |
|---|---|---|---|---|
| 48 | 21 | 49 | 5 | 602 - Foundation |
| 49 | 14 | 50 | 2 | 602 - Foundation |
| 51 | 11 | 51 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 51 | 20 | 53 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 55 | 14 | 55 | 25 | 401/402 - Relevance; 403 - Prejudice |
| 56 | 16 | 56 | 20 | 602 - Foundation |
| 62 | 3 | 62 | 7 | 401/402 - Relevance; 403 - Prejudice |
| 62 | 13 | 63 | 21 | 401/402 - Relevance |
| 68 | 19 | 68 | 20 | Form |
| 68 | 24 | 69 | 1 | Form |
| 70 | 2 | 70 | 9 | 403 - Prejudice; 602 - Foundation |
| 70 | 10 | 70 | 13 | 403 - Prejudice; 602 - Foundation |
| 70 | 16 | 70 | 16 | 403 - Prejudice; 602 - Foundation |
| 71 | 5 | 71 | 16 | 801/07 - Hearsay; 602 - Foundation; Form |
| 72 | 1 | 72 | 21 | 801/07 - Hearsay; 602 - Foundation |
| 73 | 6 | 74 | 10 | 801/07 - Hearsay; 602 - Foundation |
| 74 | 19 | 76 | 9 | 401/402 - Relevance; 403 - Prejudice |
| 76 | 14 | 77 | 3 | 401/402 - Relevance; 403 - Prejudice |
| 77 | 14 | 77 | 25 | 401/402 - Relevance; 403 - Prejudice |
| 78 | 5 | 78 | 22 | 401/402 - Relevance; 403 - Prejudice |
| 80 | 3 | 80 | 17 | 401/402 - Relevance |
| 81 | 9 | 81 | 18 | 401/402 - Relevance; 403 - Prejudice |
| 81 | 23 | 82 | 3 | 401/402 - Relevance; 403 - Prejudice |
| 83 | 4 | 83 | 7 | 403 - Prejudice; 602 - Foundation; Privilege |
| 83 | 13 | 83 | 13 | 403 - Prejudice; 602 - Foundation;  Privilege |
| 88 | 24 | 89 | 6 | 401/402 - Relevance; 602 - Foundation |
| 89 | 14 | 90 | 17 | 401/402 - Relevance; 602 - Foundation |

| Plaintiffs' Counter Designation (Gearhart) |
|---|
| 12:17 - 12:23 |

| Defendants' Designations (Levitt) – Objections |
|---|

| Page Start | Line Start | Page End | Line End | Objection |
|---|---|---|---|---|
| 12 | 19 | 12 | 23 | 401/402 - Relevance |
| 17 | 16 | 17 | 20 | 401/402 - Relevance |
| 18 | 1 | 18 | 5 | 401/402 - Relevance |
| 22 | 18 | 24 | 1 | 401/402 - Relevance; 403 - Prejudice |
| 26 | 10 | 27 | 1 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 27 | 17 | 28 | 6 | 401/402 - Relevance; 403 - Prejudice |

| Page Start | Line Start | Page End | Line End | Objection |
|---|---|---|---|---|
| | | | | **Defendants' Designations (Levitt) – Objections** |
| 28 | 5 | 28 | 6 | Form |
| 28 | 9 | 28 | 13 | Form |
| 46 | 19 | 47 | 10 | 401/402 - Relevance; 403 - Prejudice |
| 58 | 3 | 58 | 13 | 401/402 - Relevance |
| 58 | 3 | 59 | 8 | 403 - Prejudice |
| 58 | 14 | 59 | 8 | 401/402 - Relevance |
| 59 | 15 | 60 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 61 | 6 | 61 | 14 | 401/402 - Relevance |
| 62 | 10 | 63 | 3 | 401/402 - Relevance; 403 - Prejudice |
| 64 | 15 | 64 | 17 | 401/402 - Relevance; 602 - Foundation |
| 64 | 20 | 65 | 4 | 401/402 - Relevance; 602 - Foundation |
| 65 | 11 | 65 | 13 | 401/402 - Relevance; 602 - Foundation |
| 65 | 17 | 65 | 22 | 401/402 - Relevance; 602 - Foundation |
| 68 | 16 | 69 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 69 | 14 | 69 | 17 | 602 - Foundation |
| 70 | 1 | 70 | 8 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 71 | 1 | 72 | 18 | 602 - Foundation |
| 72 | 22 | 72 | 22 | 602 - Foundation |
| 73 | 12 | 73 | 24 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 74 | 3 | 74 | 6 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 74 | 8 | 76 | 5 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 76 | 8 | 76 | 11 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 76 | 13 | 76 | 15 | 602 - Foundation |
| 76 | 19 | 77 | 6 | 602 - Foundation; Speculation |
| 77 | 8 | 78 | 21 | 602 - Foundation; Speculation; Improper Lay Testimony |
| 78 | 19 | 78 | 21 | Form |
| 78 | 23 | 79 | 14 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 79 | 17 | 79 | 22 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 79 | 24 | 81 | 15 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 81 | 17 | 81 | 19 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 81 | 21 | 81 | 24 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 82 | 1 | 82 | 1 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 82 | 3 | 82 | 10 | 401/402 - Relevance; 403 - Prejudice |
| 82 | 22 | 84 | 14 | 401/402 - Relevance |
| 84 | 18 | 84 | 21 | 401/402 - Relevance |
| 86 | 5 | 88 | 4 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 88 | 7 | 88 | 9 | 602 - Foundation |
| 88 | 11 | 88 | 15 | 602 - Foundation; Calls for Speculation; Improper Lay Testimony |

| Page Start | Line Start | Page End | Line End | Objection |
|---|---|---|---|---|
| Defendants' Designations (Levitt) – Objections ||||| |

| Page Start | Line Start | Page End | Line End | Objection |
|---|---|---|---|---|
| 88 | 18 | 89 | 3 | Improper Lay Testimony |
| 89 | 5 | 89 | 9 | 401/402 - Relevance; 602 - Foundation; Calls for Speculation; Improper Lay Testimony |
| 90 | 2 | 93 | 15 | 401/402 - Relevance |
| 93 | 13 | 93 | 15 | Form |
| 93 | 18 | 94 | 7 | 401/402 - Relevance |
| 94 | 23 | 95 | 3 | 401/402 - Relevance |
| 95 | 14 | 95 | 22 | 401/402 - Relevance |
| 96 | 9 | 98 | 2 | 401/402 - Relevance; 602 - Foundation |
| 98 | 17 | 98 | 24 | 401/402 - Relevance |
| 99 | 9 | 101 | 4 | 401/402 - Relevance |
| 102 | 8 | 102 | 21 | 401/402 - Relevance |
| 103 | 19 | 104 | 3 | 401/402 - Relevance |
| 103 | 24 | 104 | 3 | 602 - Foundation; Form |
| 104 | 5 | 104 | 10 | Form |
| 104 | 5 | 104 | 10 | 401/402 - Relevance; 602 - Foundation |
| 104 | 9 | 104 | 10 | Form |
| 104 | 12 | 104 | 14 | 401/402 - Relevance; 602 - Foundation; Form |
| 104 | 16 | 104 | 24 | 401/402 - Relevance; 403 - Prejudice |
| 104 | 25 | 105 | 3 | 401/402 - Relevance |
| 105 | 4 | 105 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 106 | 2 | 106 | 9 | 401/402 - Relevance |
| 106 | 10 | 106 | 16 | 401/402 - Relevance |
| 136 | 7 | 137 | 8 | 401/402 - Relevance |
| 137 | 14 | 137 | 20 | 602 - Foundation |
| 138 | 2 | 139 | 17 | 401/402 - Relevance |
| 138 | 23 | 139 | 4 | Form |
| 140 | 5 | 140 | 21 | 401/402 - Relevance |
| 140 | 22 | 141 | 12 | 401/402 - Relevance; 602 – Foundation; Calls for Speculation |
| 141 | 13 | 141 | 21 | 401/402 - Relevance |
| 141 | 22 | 142 | 9 | 602 – Foundation; Calls for Speculation |
| 142 | 13 | 142 | 23 | 602 - Foundation; Form; Calls for Speculation |
| 143 | 1 | 143 | 1 | 602 – Foundation; Calls for Speculation |
| 143 | 4 | 143 | 7 | 602 - Foundation; Speculation; Improper Lay Testimony |
| 143 | 15 | 143 | 19 | 401/402 - Relevance |
| 143 | 23 | 144 | 1 | 401/402 - Relevance; 602 - Foundation |
| 144 | 13 | 145 | 4 | 602 - Foundation |
| 145 | 5 | 145 | 22 | 801/07 - Hearsay; 602 - Foundation |
| 153 | 6 | 153 | 12 | 401/402 - Relevance; 403 - Prejudice |
| 154 | 15 | 155 | 8 | 401/402 - Relevance |

| Defendants' Designations (Levitt) – Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 155 | 20 | 156 | 22 | 401/402 - Relevance |
| 156 | 24 | 157 | 23 | 401/402 - Relevance; Improper Lay Opinion |
| 158 | 6 | 160 | 4 | 401/402 - Relevance; Improper Lay Opinion |
| 160 | 3 | 160 | 4 | Form |
| 160 | 8 | 161 | 8 | 401/402 - Relevance; Improper Lay Opinion |
| 161 | 16 | 163 | 11 | 401/402 - Relevance; Improper Lay Opinion |
| 166 | 10 | 170 | 5 | 401/402 - Relevance |
| 170 | 21 | 171 | 1 | 401/402 - Relevance |
| 172 | 9 | 173 | 15 | 401/402 - Relevance |
| 173 | 16 | 174 | 11 | 401/402 - Relevance |
| 174 | 20 | 175 | 3 | 401/402 - Relevance; 403 - Prejudice |
| 175 | 23 | 176 | 3 | 403 - Prejudice; 602 - Foundation |
| 176 | 25 | 177 | 5 | 401/402 - Relevance; 403 - Prejudice |
| 177 | 6 | 177 | 20 | 401/402 - Relevance |
| 177 | 14 | 177 | 20 | 801/07 - Hearsay |
| 177 | 24 | 178 | 19 | 401/402 - Relevance |
| 178 | 20 | 179 | 2 | 401/402 - Relevance |
| 178 | 24 | 179 | 2 | Form |
| 179 | 4 | 179 | 8 | 401/402 - Relevance |
| 179 | 10 | 180 | 19 | 401/402 - Relevance |
| 181 | 9 | 181 | 20 | 401/402 - Relevance; Improper Lay Opinion |
| 181 | 18 | 181 | 20 | Form |
| 181 | 24 | 182 | 4 | Improper Lay Opinion |
| 181 | 24 | 182 | 4 | Form |
| 182 | 5 | 182 | 15 | 401/402 - Relevance; Improper Lay Opinion |
| 183 | 14 | 183 | 17 | Form |
| 184 | 14 | 184 | 16 | Form |
| 184 | 19 | 184 | 19 | Form |
| 190 | 21 | 190 | 25 | 403 - Prejudice |
| 191 | 11 | 192 | 10 | 401/402 - Relevance |
| 192 | 11 | 192 | 24 | 401/402 - Relevance |
| 193 | 3 | 194 | 11 | 401/402 - Relevance; 403 - Prejudice |
| 194 | 12 | 194 | 23 | 401/402 - Relevance; 403 - Prejudice |
| 194 | 24 | 195 | 16 | 401/402 - Relevance; 403 - Prejudice |
| 196 | 6 | 198 | 5 | 401/402 - Relevance; 403 - Prejudice |
| 198 | 11 | 199 | 14 | 401/402 - Relevance; 801/07 - Hearsay; Improper Lay Opinion |
| 200 | 16 | 200 | 22 | 401/402 - Relevance |
| 201 | 18 | 205 | 3 | 401/402 - Relevance |
| 205 | 17 | 205 | 18 | 401/402 - Relevance |
| 205 | 23 | 207 | 2 | 401/402 - Relevance; 403 - Prejudice |

| Defendants' Designations (Levitt) – Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 211 | 12 | 211 | 21 | 602 - Foundation; Form |
| 212 | 9 | 212 | 14 | 602 - Foundation; Form |
| 212 | 17 | 213 | 1 | 602 - Foundation; Form |
| 213 | 2 | 214 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 214 | 3 | 214 | 15 | 401/402 - Relevance; 801/07 - Hearsay; Improper Lay Opinion |
| 218 | 15 | 219 | 3 | 401/402 - Relevance; 403 - Prejudice; Improper Lay Opinion |
| 220 | 18 | 221 | 23 | 401/402 - Relevance |

| Plaintiffs' Counter Designations (Levitt) |
|---|
| 28:15 - 28:17 |
| 56:16 - 57:4 |
| 64:8 - 64:14 |
| 110:10 - 110:14 |
| 113:23 - 114:4 |
| 127:9 - 127:12 |
| 146:8 - 146:16 |
| 176:4 - 176:24 |
| 183:7 - 183:9 |
| 189:22 - 189:25 |
| 205:4 - 205:16 |
| 209:12 - 209:13 |
| 209:19 - 210:21 |
| 210:22 - 211:11 |
| 221:24 - 222:10 |

| Defendants' Designations (Piper) —Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 157 | 8 | 157 | 9 | Not testimony |
| 160 | 6 | 161 | 7 | 401/402 - Relevance; 403 - Prejudice |
| 168 | 11 | 171 | 10 | 401/402 - Relevance |
| 171 | 18 | 172 | 9 | 401/402 - Relevance |
| 172 | 14 | 172 | 15 | Not testimony |
| 173 | 2 | 174 | 3 | 401/402 - Relevance; 602 - Foundation |
| 177 | 1 | 179 | 15 | 401/402 - Relevance |
| 190 | 8 | 190 | 25 | 602 - Foundation |
| 193 | 20 | 194 | 16 | 401/402 - Relevance |
| 195 | 23 | 196 | 13 | 401/402 - Relevance |
| 196 | 25 | 197 | 9 | 602 - Foundation |
| 197 | 20 | 198 | 8 | 401/402 - Relevance; 602 - Foundation |

| Defendants' Designations (Piper) —Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 198 | 14 | 199 | 21 | 401/402 - Relevance; 602 - Foundation; Beyond scope of 30(b)(6) |
| 200 | 4 | 200 | 25 | 401/402 - Relevance |
| 201 | 11 | 203 | 1 | 401/402 - Relevance |
| 210 | 10 | 210 | 11 | Not testimony |
| 217 | 11 | 218 | 18 | 602 - Foundation |
| 219 | 4 | 219 | 9 | 401/402 - Relevance |
| 220 | 6 | 220 | 22 | 602 - Foundation |
| 220 | 23 | 221 | 10 | 401/402 - Relevance |

| Defendants' Designations (Schneider) -- Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 9 | 2 | 9 | 3 | Not testimony |
| 26 | 20 | 27 | 2 | 403 - Prejudice; 801/07 - Hearsay; 602 - Foundation |
| 29 | 23 | 32 | 1 | 602 - Foundation |
| 34 | 20 | 36 | 5 | 401/402 - Relevance |

| Plaintiffs' Counter Designations (Schneider) |
|---|
| 44:25 - 45:17 |
| 45:20 - 46:4 |

| Defendants' Designations (Sears)– Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 62 | 13 | 62 | 14 | Not testimony |
| 73 | 3 | 73 | 25 | 401/402 - Relevance |
| 78 | 8 | 78 | 17 | 401/402 - Relevance; 602 - Foundation |
| 87 | 7 | 87 | 21 | 401/402 - Relevance |
| 96 | 19 | 96 | 20 | Not testimony |
| 97 | 19 | 99 | 3 | 401/402 - Relevance; 602 - Foundation |
| 100 | 3 | 101 | 3 | 401/402 - Relevance; 602 - Foundation |
| 101 | 15 | 102 | 1 | 401/402 - Relevance; 602 - Foundation |
| 102 | 10 | 103 | 13 | 401/402 - Relevance; 602 - Foundation |
| 103 | 20 | 104 | 3 | 401/402 - Relevance; 602 - Foundation |
| 104 | 7 | 104 | 8 | Not testimony |
| 106 | 11 | 106 | 14 | 602 - Foundation |
| 106 | 17 | 106 | 17 | 602 - Foundation |
| 107 | 4 | 107 | 11 | 602 - Foundation |
| 107 | 14 | 107 | 15 | 602 - Foundation |

| Defendants' Designations (Sears)– Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 129 | 5 | 129 | 19 | 602 - Foundation |
| 129 | 23 | 130 | 10 | 602 - Foundation |
| 134 | 11 | 134 | 17 | 602 - Foundation |
| 135 | 16 | 135 | 22 | 602 - Foundation |
| 135 | 25 | 136 | 18 | 602 - Foundation |
| 137 | 5 | 138 | 6 | 602 - Foundation |
| 138 | 8 | 139 | 1 | 602 - Foundation |

| Defendants' Designations (Wheeler) – Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 249 | 22 | 250 | 1 | 401/402 - Relevance |
| 250 | 2 | 250 | 6 | 401/402 - Relevance |
| 250 | 7 | 250 | 10 | 401/402 - Relevance |
| 250 | 11 | 251 | 1 | 401/402 - Relevance |
| 251 | 2 | 251 | 18 | 401/402 - Relevance |
| 251 | 19 | 252 | 11 | 401/402 - Relevance |
| 251 | 25 | 252 | 6 | 801/07 - Hearsay |
| 252 | 13 | 252 | 21 | 401/402 - Relevance |
| 253 | 17 | 253 | 22 | 401/402 - Relevance; 602 - Foundation; Form |
| 253 | 25 | 254 | 3 | 401/402 - Relevance; 602 - Foundation; Form |
| 254 | 4 | 254 | 10 | 602 - Foundation; 611 - Leading Questions |
| 255 | 13 | 255 | 18 | 602 - Foundation |
| 256 | 3 | 256 | 14 | 602 - Foundation; 611 - Leading Questions; Form |
| 256 | 16 | 256 | 20 | 602 - Foundation; 611 - Leading Questions; Form |
| 256 | 22 | 257 | 9 | 602 - Foundation; 611 - Leading Questions; Form |
| 257 | 11 | 257 | 17 | 602 - Foundation; 611 - Leading Questions; Form |
| 258 | 3 | 258 | 8 | 602 - Foundation |
| 258 | 3 | 258 | 8 | 611 - Leading Questions |
| 258 | 13 | 259 | 11 | 602 - Foundation |
| 258 | 13 | 259 | 11 | 611 - Leading Questions |
| 259 | 12 | 259 | 24 | 602 - Foundation |
| 259 | 12 | 259 | 24 | 611 - Leading Questions |
| 260 | 18 | 261 | 12 | 401/402 - Relevance; 611 - Leading Questions |
| 261 | 20 | 262 | 5 | 611 - Leading Questions |
| 262 | 6 | 262 | 10 | 611 - Leading Questions |
| 263 | 11 | 264 | 9 | 401/402 - Relevance |
| 264 | 10 | 264 | 24 | 401/402 - Relevance |
| 264 | 25 | 265 | 23 | 401/402 - Relevance; 602 - Foundation |

| | | | | Defendants' Designations (Wheeler) – Objections |
|---|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
|---|---|---|---|---|
| 266 | 17 | 266 | 22 | 602 - Foundation; 611 - Leading Questions |
| 268 | 15 | 269 | 25 | 401/402 - Relevance; 403 - Prejudice |
| 270 | 1 | 270 | 4 | 401/402 - Relevance |
| 270 | 1 | 270 | 4 | 403 - Prejudice |
| 270 | 5 | 270 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 270 | 14 | 270 | 19 | 401/402 - Relevance; 403 - Prejudice |
| 270 | 20 | 271 | 11 | 401/402 - Relevance |
| 270 | 20 | 275 | 18 | 403 - Prejudice |
| 271 | 12 | 272 | 5 | 401/402 - Relevance |
| 272 | 6 | 272 | 23 | 401/402 - Relevance |
| 272 | 24 | 274 | 2 | 401/402 - Relevance |
| 274 | 3 | 274 | 22 | 401/402 - Relevance |
| 274 | 23 | 275 | 18 | 401/402 - Relevance |
| 275 | 19 | 275 | 23 | 401/402 - Relevance; 403 - Prejudice |
| 275 | 24 | 276 | 13 | 401/402 - Relevance; 403 - Prejudice |
| 276 | 7 | 276 | 13 | 611 - Leading Questions |
| 276 | 14 | 276 | 24 | 401/402 - Relevance; 403 - Prejudice; 611 - Leading Questions |
| 276 | 25 | 277 | 10 | 401/402 - Relevance; 403 - Prejudice |
| 276 | 25 | 277 | 10 | 801/07 - Hearsay |
| 277 | 21 | 278 | 3 | 401/402 - Relevance; 403 - Prejudice; 611 - Leading Questions |
| 278 | 4 | 278 | 14 | 401/402 - Relevance |
| 278 | 4 | 279 | 13 | 403 - Prejudice |
| 278 | 15 | 278 | 17 | 401/402 - Relevance |
| 278 | 18 | 279 | 6 | 401/402 - Relevance |
| 279 | 7 | 279 | 13 | 401/402 - Relevance |
| 279 | 14 | 280 | 1 | 401/402 - Relevance; 801/07 - Hearsay |
| 279 | 14 | 280 | 1 | 403 - Prejudice |
| 280 | 2 | 281 | 11 | 401/402 - Relevance |
| 281 | 12 | 281 | 21 | 401/402 - Relevance |
| 281 | 22 | 282 | 4 | 401/402 - Relevance |
| 283 | 7 | 283 | 13 | 602 - Foundation; 611 - Leading Questions |
| 284 | 16 | 284 | 21 | 401/402 - Relevance; 403 - Prejudice; 611 - Leading Questions; Form |
| 284 | 22 | 286 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 286 | 18 | 286 | 20 | 611 - Leading Questions; Form |
| 286 | 18 | 286 | 20 | 401/402 - Relevance; 403 - Prejudice |
| 286 | 23 | 287 | 2 | 611 - Leading Questions; Form |
| 286 | 23 | 287 | 2 | 401/402 - Relevance; 403 - Prejudice |

| Defendants' Designations (Wheeler) – Objections | | | | |
|---|---|---|---|---|
| Page Start | Line Start | Page End | Line End | Objection |
| 287 | 4 | 287 | 8 | 611 - Leading Questions |
| 287 | 4 | 287 | 8 | 401/402 - Relevance; 403 - Prejudice |
| 289 | 13 | 289 | 21 | 403 - Prejudice; 602 - Foundation; Form |
| 289 | 22 | 290 | 1 | 403 - Prejudice |
| 289 | 22 | 290 | 1 | 611 - Leading Questions |
| 290 | 2 | 290 | 6 | 401/402 - Relevance; Form |
| 290 | 7 | 290 | 11 | 602 - Foundation; 611 - Leading Questions |
| 291 | 11 | 291 | 14 | 801/07 - Hearsay |
| 291 | 24 | 292 | 7 | 401/402 - Relevance; 403 - Prejudice; 602 - Foundation |
| 292 | 8 | 292 | 19 | 801/07 - Hearsay |
| 292 | 8 | 293 | 8 | 401/402 - Relevance |
| 293 | 14 | 294 | 6 | 403 - Prejudice |
| 293 | 14 | 294 | 6 | 401/402 - Relevance |
| 294 | 7 | 296 | 2 | 401/402 - Relevance; 403 - Prejudice |
| 296 | 22 | 297 | 19 | 401/402 - Relevance |
| 297 | 20 | 300 | 3 | 401/402 - Relevance; 403 - Prejudice |
| 300 | 4 | 300 | 17 | 401/402 - Relevance; 403 - Prejudice |
| 301 | 13 | 301 | 21 | 401/402 - Relevance; Form |
| 301 | 13 | 301 | 21 | 403 - Prejudice |
| 301 | 23 | 301 | 24 | 401/402 - Relevance; Form |
| 301 | 23 | 301 | 24 | 403 - Prejudice |
| 302 | 1 | 302 | 24 | 401/402 - Relevance |
| 305 | 6 | 306 | 1 | 401/402 - Relevance; 403 - Prejudice; 611 - Leading Questions |
| 305 | 22 | 306 | 1 | 602 - Foundation |
| 306 | 7 | 307 | 1 | 611 - Leading Questions |
| 308 | 7 | 310 | 5 | 401/402 - Relevance |
| 308 | 19 | 308 | 21 | 401/402 - Relevance |
| 309 | 3 | 309 | 5 | 401/402 - Relevance |
| 309 | 15 | 309 | 18 | 401/402 - Relevance |
| 310 | 2 | 310 | 5 | 401/402 - Relevance |
| 311 | 25 | 312 | 17 | 401/402 - Relevance |
| 312 | 20 | 313 | 10 | 401/402 - Relevance |
| 331 | 11 | 332 | 8 | 401/402 - Relevance |

| Plaintiffs' Counter Designations (Wheeler) |
|---|
| 12:21 - 13:4 |
| 13:5 - 13:8 |
| 14:4 - 15:4 |
| 16:9 - 17:24 |

| Plaintiffs' Counter Designations (Wheeler) |
|---|
| 37:18 - 38:2 |
| 38:6 - 38:18 |
| 54:1 - 54:18 |
| 56:3 - 57:6 |
| 74:23 - 74:25 |
| 75:6 - 75:16 |
| 76:17 - 77:13 |
| 77:24 - 78:1 |
| 78:9 -  78:10 |
| 78:24 - 79:9 |
| 79:10 - 79:15 |
| 85:11 - 85:25 |
| 105:9 - 105:14 |
| 105:19 - 106:1 |
| 106:8 - 106:11 |
| 155:10 - 155:11 |
| 155:15 - 155:25 |
| 165:24 - 167:7 |
| 167:10 - 167:17 |
| 202:19 - 205:4 |
| 317:12 - 318:5 |
| 325:11 - 326:14 |
| 327:3 - 328:1 |

Dated: June 4, 2019

Respectfully submitted,

*/s/ Nicole Cleminshaw*
NICOLE M. CLEMINSHAW (VSB No. 92161)
CHRISTOPHER S. HERLIHY (VSB No. 93558)
ANISA A. SOMANI (VSB No. 86103)
GEOFFREY M. WYATT (*Pro hac vice*)
SEAN M. TEPE (*Pro hac vice*)
ANDREW HANSON (*Pro hac vice*)
ZACHARY W. MARTIN (*Pro hac vice*)
JOHN R. THORNBURGH II (*Pro hac vice*)
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7293

Facsimile: (202) 661-8293
Christopher.Herlihy@probonolaw.com
Anisa.Somani@probonolaw.com
Nicole.Cleminshaw@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com
John.Thornburgh@probonolaw.com

ALLISON RIGGS (*Pro hac vice*)
JACLYN MAFFETORE (*Pro hac vice*)
JEFFREY LOPERFIDO (*Pro hac vice*)
**SOUTHERN COALITION FOR SOCIAL
JUSTICE**
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: (919) 323-3380
Facsimile: (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

CAMERON KISTLER (*Pro hac vice*)
GENEVIEVE NADEAU (*Pro hac vice*)
JAMILA BENKATO (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006
Telephone: (202) 599-0466
Facsimile: (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@ protectdemocracy.org

LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202)-599-0466
Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org

ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
DAVID LEBOWITZ (*Pro hac vice*)

**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone:    (212) 763-5000
Facsimile:    (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

*Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, and Abby Jo Gearhart*

## CERTIFICATE OF SERVICE

I, Nicole M. Cleminshaw, hereby certify that on June 4, 2019, I electronically filed the

foregoing Plaintiffs' Objections and Proposed Counter Designations to Defendants' Proposed

Deposition Designations using the CM/ECF system, which shall send notification of such filing

(NEF) to the following counsel of record:

Michael J. Lockerby, Esq.
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007
mlockerby@foley.com

*Counsel for Defendants*

Matthew E. Kelley
Ballard Spahr LLP
1909 K Street, NW | 12th Floor
Washington, DC 20006
kelleym@ballardspahr.com

*Counsel for Defendant J. Christian Adams*

*/s/ Nicole Cleminshaw*_____
Nicole M. Cleminshaw (VSB No.92161 )
1440 New York Ave. NW
Washington, DC 20005
Telephone:     (202) 371-7293
Facsimile:     (202) 661-8293
Nicole.Cleminshaw@probonolaw.com

*Counsel for Plaintiffs League of United Latin
American Citizens – Richmond Region Council
4614, Eliud Bonilla, Luciana Freeman, Abby Jo
Gearhart*
