**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**LEAGUE OF UNITED LATIN AMERICAN
CITIZENS - RICHMOND REGION
COUNCIL 4614, ELIUD BONILLA,
LUCIANIA FREEMAN, and ABBY JO
GEARHART,**

                **Plaintiffs,**

        **v.**

**PUBLIC INTEREST LEGAL FOUNDATION
and J. CHRISTIAN ADAMS,**

                **Defendants**.

**Civil Action No. 1:18-cv-00423 (LO/IDD)**

**EXHIBITS TO DECLARATION OF ELI L. EVANS**

1