# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Michael J. Lockerby, FOLEY & LARDNER LLP

Seth D. Berlin, BALLARD SPAHR LLP

Nathan A. Waddell, AXIS (insurance carrier)

Electronic Device(s): Laptop computer (including mouse) for each of the foregoing representatives of Defendants, plus a "Jetpack" for Mr. Berlin to permit easy Internet access for all three

Purpose and Location Of Use: To be used to access voluminous case record and other documents to facilitate settlement during settlement conference in Judge Anderson's Chambers

Case No.: 1:18-cv-00423-LO-IDD

Date(s) Authorized: June 24, 2019

IT Clearance Waived: _____(Yes)     _____(No)

APPROVED BY:

Date:_____     _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____     _____
IT Staff Member                                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**