## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Michael J. Lockerby, FOLEY & LARDNER LLP

Seth D. Berlin, BALLARD SPAHR LLP

Nathan A. Waddell, AXIS (insurance carrier)

**Electronic Device(s):** Laptop computer (including mouse) for each of the foregoing representatives of Defendants, plus a "Jetpack" for Mr. Berlin to permit easy Internet access for all three

**Purpose and Location Of Use:** To be used to access voluminous case record and other documents to facilitate settler during settlement conference in Judge Anderson's Chambers

**Case No.:** 1:18-cv-00423-LO-IDD

**Date(s) Authorized:** June 24, 2019

**IT Clearance Waived:** __X__ (Yes)   _____ (No)

APPROVED BY:

_____/s/_____
John F. Anderson
United States Magistrate Judge
United States District/Magistrate/Bankruptcy Judge

Date: June 21, 2019

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____   _____
                        IT Staff Member                     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**