IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS – RICHMOND REGIONAL COUNCIL 4614, *et al*, </br></br> Plaintiffs, </br></br> v. </br></br> PUBLIC INTEREST LEGAL FOUNDATION, *et al.*, </br></br> Defendants. | Civil Action No. 1:18cv0423(LO/IDD) |

### ORDER

For the reasons discussed with counsel and the parties during a conference on June 24, 2019, it is ordered that all activity in this case is stayed until August 1, 2019, and the hearing on the motions for summary judgment currently noticed for July 19, 2019, is cancelled. If a stipulated order of dismissal has not been filed with the court by August 1, 2019, the parties shall appear for a status conference before the undersigned on Friday, August 2, 2019 at 10:00 a.m.

Entered this 25th day of June, 2019.

/s/ *[signature]*
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia