UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS – RICHMOND REGION COUNCIL 4614, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-00423-LO-IDD |
| v. | ) ) ) | |
| PUBLIC INTEREST LEGAL FOUNDATION, an Indiana Corporation, and J. CHRISTIAN ADAMS | ) ) ) ) | |
| Defendants. | ) ) ) | |

# **JOINT MOTION TO SELECTIVELY SEAL PREVIOUSLY FILED EXHIBITS**

Pursuant to Local Civil Rules 5 and 7 and the Protective Order in this case (ECF No. 111), the Parties respectfully jointly move the Court for leave to seal portions of Exhibits 1 and 2 to ECF No. 130; Exhibits 2, 3, and 4 to ECF No. 185; Exhibit 9 to ECF No. 194; Exhibit 9 to ECF No. 195; Exhibit 4 to ECF No. 200; and Exhibits 5, 6, and 9 to ECF No. 204, which contain confidential information and personal identifiers. Certain portions of these documents should be filed under seal for the reasons stated in the accompanying Memorandum in Support.

Dated: July 15, 2019

Respectfully submitted,

/s/ Michael J. Lockerby
MICHAEL J. LOCKERBY (VSB No. 24003)
ELI L. EVANS (VSB No. 90700)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: 202-945-6079
Facsimile: 202-672-5399
mlockerby@foley.com
eevans@foley.com

WILLIAM E. DAVIS (*Pro hac vice*)
ANA ROMES (*Pro hac vice*)
**FOLEY & LARDNER LLP**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-482-8404
Facsimile: 305-482-8600
wdavis@foley.com
aromes@foley.com
*Counsel for Defendants Public Interest Legal Foundation and J. Christian Adams*

Respectfully submitted,

/s/ Nicole Cleminshaw
NICOLE M. CLEMINSHAW (VSB No. 92161)
CHRISTOPHER S. HERLIHY (VSB No. 93558)
ANISA A. SOMANI (VSB No. 86103)
GEOFFREY M. WYATT (*Pro hac vice*)
SEAN M. TEPE (*Pro hac vice*)
ANDREW HANSON (*Pro hac vice*)
ZACHARY W. MARTIN (*Pro hac vice*)
JOHN R. THORNBURGH II (*Pro hac vice*)
1440 New York Ave. NW
Washington, DC 20005
Telephone:  (202) 371-7293
Facsimile:   (202) 661-8293
Christopher.Herlihy@probonolaw.com
Anisa.Somani@probonolaw.com
Nicole.Cleminshaw@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com
John.Thornburgh@probonolaw.com

ALLISON RIGGS (*Pro hac vice*)
JACLYN MAFFETORE (*Pro hac vice*)
JEFFREY LOPERFIDO (*Pro hac vice*)
**SOUTHERN COALITION FOR SOCIAL JUSTICE**
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone:  (919) 323-3380
Facsimile:   (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

CAMERON KISTLER (*Pro hac vice*)
GENEVIEVE NADEAU (*Pro hac vice*)
JAMILA BENKATO (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave., NW # 163
Washington, DC 20006

Telephone: (202) 599-0466
Facsimile: (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@ protectdemocracy.org

LARRY SCHWARTZTOL (*Pro hac vice*)
**PROTECT DEMOCRACY PROJECT**
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202)-599-0466
Facsimile: (929)-777-9428
larry.schwartztol@protectdemocracy.org

ANDREW G. CELLI, JR. (*Pro hac vice*)
ALANNA KAUFMAN (*Pro hac vice*)
DAVID LEBOWITZ (*Pro hac vice*)
**EMERY CELLI BRINCKERHOFF & ABADY LLP**
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

*Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciania Freeman, and Abby Jo Gearhart*

# CERTIFICATE OF SERVICE

I, Nicole Cleminshaw, hereby certify that on July 15, 2019, I electronically filed the foregoing Motion To Selectively Seal Previously Filed Exhibits using the CM/ECF system, which shall send notification of such filing (NEF) to the following counsel of record:

Michael J. Lockerby, Esq.
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007
mlockerby@foley.com

*Counsel for Defendants*

Matthew E. Kelley, Esq.
Ballard Spahr LLP
1909 K Street, NW | 12th Floor
Washington, DC 20006
kelleym@ballardspahr.com

*Counsel for Defendant J. Christian Adams*

                /s/
NICOLE M. CLEMINSHAW (VSB No. 92161)
1440 New York Ave. NW
Washington, DC 20005
Telephone:    (202) 371-7588
Facsimile:     (202) 661-0588
Nicole.Cleminshaw@probonolaw.com

*Counsel for Plaintiffs League of United Latin American Citizens – Richmond Region Council 4614, Eliud Bonilla, Luciana Freeman, Abby Jo Gearhart*