**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS - RICHMOND REGION COUNCIL 4614, ELIUD BONILLA, LUCIANIA FREEMAN, and ABBY JO GEARHART,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**PUBLIC INTEREST LEGAL FOUNDATION and J. CHRISTIAN ADAMS,**<br><br>                    Defendants. | Civil Action No. 1:18-cv-00423 (LO/IDD) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement among the undersigned parties, the undersigned parties hereby stipulate to the dismissal of the above-captioned action with prejudice. The Court will retain jurisdiction over the Action for the purpose of enforcing compliance with the terms of the parties' agreement.

Dated: July 22, 2019                          Respectfully submitted,

By */s/ Christopher S. Herlihy*
   Christopher S. Herlihy (VSB No. 93558)
   Anisa A. Somani (VSB No. 86103)
   Nicole M. Cleminshaw (VSB No. 92161)
   Geoffrey M. Wyatt (*pro hac vice*)
   Sean M. Tepe (*pro hac vice*)
   Andrew Hanson (*pro hac vice*)
   Zachary W. Martin (*pro hac vice*)
   John R. Thornburgh II (*pro hac vice*)
   1440 New York Avenue, N.W.
   Washington, D.C. 20005

By */s/ Michael J. Lockerby*
   Michael J. Lockerby (Va. Bar No. 24003)
   Eli L. Evans (Va. Bar No. 90700)
   FOLEY & LARDNER LLP
   Washington Harbour
   3000 K Street, N.W., Suite 600
   Washington, D.C. 20007-5109
   Telephone: 202-945-6079
   Facsimile: 202-672-5399
   mlockerby@foley.com
   eevans@foley.com

Telephone: (202) 371-7293
Facsimile: (202) 661-8293
Christopher.Herlihy@probonolaw.com
Anisa.Somani@probonolaw.com
Nicole.Cleminshaw@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com
John.Thornburgh@probonolaw.com

Allison Riggs, Esq. (*pro hac vice*)
Jaclyn Maffetore, Esq. (*pro hac vice*)
Jeffrey Loperfido, Esq. (*pro hac vice*)
SOUTHERN COALITION
FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, North Carolina 27707
Telephone: (919) 323-3380
Facsimile: (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

Cameron Kistler, Esq. (*pro hac vice*)
Genevieve Nadeau, Esq. (*pro hac vice*)
Jamila Benkato, Esq. (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue, N.W. # 163
Washington, D.C. 20006
Telephone: (202) 599-0466
Facsimile: (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@protectdemocracy.org

Larry Schwartztol, Esq. (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202) 599-0466
Facsimile: (929) 777-9428
larry.schwartztol@protectdemocracy.org

Andrew G. Celli, Jr., Esq. (*pro hac vice*)
Alanna Kaufman, Esq. (*pro hac vice*)

William E. Davis (admitted *pro hac vice*)
Ana Romes (admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-482-8404
Facsimile: 305-482-8600
wdavis@foley.com
aromes@foley.com

*Counsel for Defendants Public Interest Legal Foundation and J. Christian Adams*

Matthew E. Kelley (Va. Bar No. 84045)
Seth D. Berlin (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
Alia L. Smith (*pro hac vice*)
Alexander I. Ziccardi (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Telephone: 202-661-2200
Facsimile: 202-661-2299
kelleym@ballardspahr.com
berlins@ballardspahr.com
zansbergs@ballardspahr.com
smithalia@ballardspahr.com
ziccardia@ballardspahr.com

*Counsel for Defendant J. Christian Adams*

David Lebowitz, Esq. (*pro hac vice*)
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

*Counsel for Plaintiffs*


**SO ORDERED:**

_____
United States District Court Judge