IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS - RICHMOND REGION COUNCIL 4614, ELIUD BONILLA, LUCIANIA FREEMAN, and ABBY JO GEARHART,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC INTEREST LEGAL FOUNDATION and J. CHRISTIAN ADAMS,<br><br>Defendants. | Civil Action No. 1:18-cv-00423 (LO/IDD) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement among the undersigned parties, the undersigned parties hereby stipulate to the dismissal of the above-captioned action with prejudice. The Court will retain jurisdiction over the Action for the purpose of enforcing compliance with the terms of the parties' agreement.

Dated: July 22, 2019

Respectfully submitted,

By /s/ Christopher S. Herlihy
Christopher S. Herlihy (VSB No. 93558)
Anisa A. Somani (VSB No. 86103)
Nicole M. Cleminshaw (VSB No. 92161)
Geoffrey M. Wyatt (*pro hac vice*)
Sean M. Tepe (*pro hac vice*)
Andrew Hanson (*pro hac vice*)
Zachary W. Martin (*pro hac vice*)
John R. Thornburgh II (*pro hac vice*)
1440 New York Avenue, N.W.
Washington, D.C. 20005

By /s/ Michael J. Lockerby
Michael J. Lockerby (Va. Bar No. 24003)
Eli L. Evans (Va. Bar No. 90700)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: 202-945-6079
Facsimile: 202-672-5399
mlockerby@foley.com
eevans@foley.com

Telephone: (202) 371-7293
Facsimile: (202) 661-8293
Christopher.Herlihy@probonolaw.com
Anisa.Somani@probonolaw.com
Nicole.Cleminshaw@probonolaw.com
Geoffrey.Wyatt@probonolaw.com
Sean.Tepe@probonolaw.com
Andrew.Hanson@probonolaw.com
Zachary.Martin@probonolaw.com
John.Thornburgh@probonolaw.com

Allison Riggs, Esq. (*pro hac vice*)
Jaclyn Maffetore, Esq. (*pro hac vice*)
Jeffrey Loperfido, Esq. (*pro hac vice*)
SOUTHERN COALITION
FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, North Carolina 27707
Telephone: (919) 323-3380
Facsimile: (919) 323-3942
AllisonRiggs@southerncoalition.org
JaclynMaffetore@southerncoalition.org
JeffLoperfido@scsj.org

Cameron Kistler, Esq. (*pro hac vice*)
Genevieve Nadeau, Esq. (*pro hac vice*)
Jamila Benkato, Esq. (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue, N.W. # 163
Washington, D.C. 20006
Telephone: (202) 599-0466
Facsimile: (929) 777-9428
cameron.kistler@protectdemocracy.org
genevieve.nadeau@protectdemocracy.org
jamila.benkato@protectdemocracy.org

Larry Schwartztol, Esq. (*pro hac vice*)
PROTECT DEMOCRACY PROJECT
125 Walnut St., Suite 202
Watertown, MA 02472
Telephone: (202) 599-0466
Facsimile: (929) 777-9428
larry.schwartztol@protectdemocracy.org

Andrew G. Celli, Jr., Esq. (*pro hac vice*)
Alanna Kaufman, Esq. (*pro hac vice*)

William E. Davis (admitted *pro hac vice*)
Ana Romes (admitted *pro hac vice*)
FOLEY & LARDNER LLP
One Biscayne Tower
2 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: 305-482-8404
Facsimile: 305-482-8600
wdavis@foley.com
aromes@foley.com

*Counsel for Defendants Public Interest Legal Foundation and J. Christian Adams*

Matthew E. Kelley (Va. Bar No. 84045)
Seth D. Berlin (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
Alia L. Smith (*pro hac vice*)
Alexander I. Ziccardi (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Telephone: 202-661-2200
Facsimile: 202-661-2299
kelleym@ballardspahr.com
berlins@ballardspahr.com
zansbergs@ballardspahr.com
smithalia@ballardspahr.com
ziccardia@ballardspahr.com

*Counsel for Defendant J. Christian Adams*

2

David Lebowitz, Esq. (*pro hac vice*)
EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue at Rockefeller Center
10th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
acelli@ecbalaw.com
akaufman@ecbalaw.com
dlebowitz@ecbalaw.com

*Counsel for Plaintiffs*

**SO ORDERED:**

_____
United States District Court Judge
/s/
Liam O'Grady
United States District Judge

Date: 07/23/2019

3