IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) PUB. INTEREST FOUND., *et al.*, ) ) Defendants. ) ) | Civil Action No. 1:18-cv-00423 (LO/IDD) |

## ORDER

This MATTER is before the Court on the Parties Joint Motion to Selectively Seal Previously Filed Exhibits [Dkt. No. 212]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that the Motion [Dkt. No. 212] is **GRANTED in part and DENIED in part.** The parties shall redact all personal identifiers in the Exhibits outlined in their Motion. All other information shall remain unsealed as it is public knowledge and/or is not sensitive or privileged information.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 24th day of July 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia